**Heather J. Van Meter**, OSB No. 983625
heather.vanmeter@millernash.com
**Iván Resendiz Gutierrez**, OSB No. 154617
ivan.resendiz@millernash.com
MILLER NASH LLP
1140 SW Washington St., Suite 700
Portland, OR  97205
Telephone: 503.224.5858
Fax: 503.224.0155

*Attorneys for Defendant
Washington County Consolidated
Communications Agency*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, on behalf of its clients and constituents, and JOSHUA WESLEY,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON COUNTY, a political subdivision of the State of Oregon; and the WASHINGTON COUNTY CONSOLIDATED COMMUNICATIONS AGENCY, an intergovernmental entity in the State of Oregon,<br><br>Defendants. | Case No. 3:24-cv-00235-SB<br><br>DEFENDANT WASHINGTON COUNTY CONSOLIDATED COMMUNICATIONS AGENCY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT |

Page 1 -   DEFENDANT WASHINGTON COUNTY CONSOLIDATED
COMMUNICATIONS AGENCY'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
1140 SW WASHINGTON ST, STE 700
PORTLAND, OREGON 97205

# LOCAL RULE 7-1 CERTIFICATION

Counsel for Defendant Washington County Consolidated Communications Agency ("WCCCA") certifies that WCCCA's counsel conferred in good faith with counsel for plaintiffs Disability Rights Oregon, and Joshua Wesley about this motion, and plaintiffs do not oppose this motion.

# MOTION

In accordance with Federal Rule of Civil Procedure 6(b), WCCCA moves this Court for a 14-day extension to the deadline to respond to plaintiffs' complaint filed on February 5, 2024. The current deadline for WCCCA to respond to plaintiffs' complaint is April 5, 2024, and WCCCA requests a 14-day extension of that deadline to April 19, 2024. Due to WCCCA's counsel's personal and professional obligations, WCCCA requires additional time to complete its investigation into each of the allegations made in plaintiffs' 61-page, 257-paragraph complaint and to finalize its response to the complaint.

This motion is being made in good faith and not for purpose of delay, and no party will be prejudiced by this request.

# MEMORANDUM OF LAW

"When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Fed R Civ P 6(b)(1)(A). "'Good cause' is a non-rigorous standard that has been construed broadly across procedural and statutory contexts." *Ahanchian v. Xenon Pictures, Inc.*, 624 F 3d 1253, 1259 (9th Cir 2010). "[R]equests for extensions of time made before the applicable deadline has passed should normally . . . be

Page 2 -   DEFENDANT WASHINGTON COUNTY CONSOLIDATED COMMUNICATIONS AGENCY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
1140 SW WASHINGTON ST, STE 700
PORTLAND, OREGON 97205

granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." *Ahanchian*, 624 F 3d at 1259 (internal quotation marks and citation omitted).

Here, good cause exists for the requested 14-day extension because WCCCA's counsel's professional and personal obligations, including drafting and filing an emergency petition for review in the Washington Supreme Court on March 21, 2024. This is WCCCA's first request for an extension of time to file a response to plaintiffs' 61-page, 257-paragraph complaint. This motion is made in good faith and not for purposes of delay. Critically, there is no indication that WCCCA's counsel is acting in bad faith or that an extension of time would prejudice plaintiffs. To the contrary, WCCCA's counsel acted conscientiously by timely seeking an extension of time due to necessity. Finally, plaintiffs do not oppose this motion. Put simply, WCCCA's requested extension of time is reasonable, justified, and would not result in prejudice to any party.

## CONCLUSION

For the reasons stated above, WCCCA respectfully requests that the Court grant this motion and issue an order extending the deadline for it to respond to plaintiffs' complaint to April 19, 2024.

DATED this 29th day of March, 2024.

MILLER NASH LLP

*s/Iván Resendiz Gutierrez*
Heather J. Van Meter, OSB No. 983625
Iván Resendiz Gutierrez, OSB No. 154617
heather.vanmeter@millernash.com
ivan.resendiz@millernash.com
Phone: 503.224.5858

*Attorneys for Defendant Washington County Consolidated Communications Agency*

Page 3 -   DEFENDANT WASHINGTON COUNTY CONSOLIDATED
           COMMUNICATIONS AGENCY'S UNOPPOSED MOTION FOR
           EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
1140 SW WASHINGTON ST, STE 700
PORTLAND, OREGON 97205

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing DEFENDANT WASHINGTON COUNTY CONSOLIDATED COMMUNICATIONS AGENCY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT on:

| | |
|---|---|
| David Boyer<br>Meghan E. Apshaga<br>Disability Rights Oregon<br>511 SW 10th Ave., Ste 200<br>Portland, OR 97205-2748<br>Phone: (503) 243-2081, ext. 301<br>Email: dboyer@droregon.org<br>mapshaga@droregon.org<br><br>*Of Attorneys for Plaintiffs*<br>*Disability Rights Oregon, Joshua Wesley* | Kelly Simon, OSB #154213<br>American Civil Liberties Union Foundation of Oregon, Inc.<br>PO Box 40585<br>Portland, OR 97240-0585<br>Phone: (503) 227-3186<br>Email: ksimon@aclu-or.org<br><br>*Of Attorneys for Plaintiffs*<br>*Disability Rights Oregon, Joshua Wesley* |
| Julian Clark*<br>Jenn Rolnick Borchetta*<br>American Civil Liberties Union Foundation, Inc.<br>125 Broad Street, 17th Floor<br>New York, NY 10004-2400<br>Phone: (929) 969-4365<br>Email: jclark@aclu.org, jborchetta@aclu.org<br><br>*Of Attorneys for Plaintiffs*<br>*Disability Rights Oregon, Joshua Wesley* | Daniel L. Brown*<br>Laura L. Chapman*<br>Sheppard, Mullin, Richter & Hampton LLP<br>30 Rockefeller Plaza<br>New York, NY 10112-0015<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109<br>Phone: NY (212) 634-3095<br>       SF (415) 434-9100<br>Email: dbrown@sheppardmullin.com<br>lchapman@sheppardmullin.com<br><br>*Of Attorneys for Plaintiffs*<br>*Disability Rights Oregon, Joshua Wesley* |

Page 1 -    CERTIFICATE OF SERVICE

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
1140 SW WASHINGTON ST, STE 700
PORTLAND, OREGON 97205

Brian Dimmick*
Westley Resendes*
American Civil Liberties Union Foundation, Inc.
915 15th Street NW
Washington, DC 20005-2302
Phone: (202) 638-2210
Email: bdimmick@aclu.org
wresendes@aclu.org

*Of Attorneys for Plaintiffs*
*Disability Rights Oregon, Joshua Wesley*

Wilson Baker*
American Civil Liberties Union Foundation, Inc.
425 California Street
San Francisco, CA 94104-2102
Phone: (415) 570-8011
Email: wbaker@aclu.org

*Of Attorneys for Plaintiffs*
*Disability Rights Oregon, Joshua Wesley*

by the following indicated method or methods on the date set forth below:

☒ **CM/ECF system transmission.**

☐ **E-mail.** As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

☐ **Facsimile communication device.**

☐ **First-class mail, postage prepaid.**

☐ **Hand-delivery.**

☐ **Overnight courier, delivery prepaid.**

DATED this 29th day of March, 2024.

<u>*s/Iván Resendiz Gutierrez*</u>
Iván Resendiz Gutierrez
Oregon State Bar No. 154617

*Of Attorneys for Defendant*
*Washington County Consolidated Communications Agency*

4890-3019-8450.1

Page 2 - CERTIFICATE OF SERVICE

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
1140 SW WASHINGTON ST, STE 700
PORTLAND, OREGON 97205