**Heather J. Van Meter**, OSB No. 983625
heather.vanmeter@millernash.com
**Iván Resendiz Gutierrez**, OSB No. 154617
ivan.resendiz@millernash.com
MILLER NASH LLP
1140 SW Washington Street, Suite 700
Portland, Oregon 97205
Telephone: 503.224.5858
Fax: 503.224.0155

*Attorneys for Defendant*
*Washington County Consolidated*
*Communications Agency*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, on behalf of its clients and constituents, and JOSHUA WESLEY,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON COUNTY, a political subdivision of the State of Oregon; and the WASHINGTON COUNTY CONSOLIDATED COMMUNICATIONS AGENCY, an intergovernmental entity in the State of Oregon,<br><br>Defendants. | Case No. 3:24-cv-00235-SB<br><br>DECLARATION OF IVÁN RESENDIZ GUTIERREZ IN SUPPORT OF DEFENDANT WASHINGTON COUNTY CONSOLIDATED COMMUNICATIONS AGENCY'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT |

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
1140 SW WASHINGTON ST, STE 700
PORTLAND, OREGON 97205

I, Iván Resendiz Gutierrez, hereby declare and state as follows:

1.   I am an attorney with the law firm of Miller Nash LLP, the attorneys of record for defendant Washington County Consolidated Communications Agency in the above-captioned case. I make this declaration in support of Defendant Washington County Consolidated Communications Agency's Motion to Dismiss Plaintiffs' Complaint. I am competent to testify to the matters stated herein and either have personal knowledge of the facts stated below or they are from sources deemed reliable.

2.   Attached as Exhibit 1 is a true and correct copy of the Washington County Consolidated Communications Agency's Call Taking Manual dated June 2023.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 19th day of April, 2024.


*s/Iván Resendiz Gutierrez*
Iván Resendiz Gutierrez, OSB No. 154617

4856-8600-2598.1

Page 2 -   Declaration of Ivan Resendiz Gutierrez in Support of Defendant WCCCA's Motion to Dismiss



**WASHINGTON COUNTY CONSOLIDATED COMMUNICATIONS AGENCY**
Call Taking Manual

# CALL TAKING

WASHINGTON COUNTY CONSOLIDATED COMMUNICATIONS AGENCY

WCCCA Call Taking Manual
June 2023

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 1 of 177



Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 2 of 177



# Table of Contents

❖ Call Taking 101 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

❖ Call Types & EMD. . . . . . . . . . . . . . . . . . . . . . . . . 31

❖ User Agencies & Other Partners . . . . . . . . . . . . . . . . . 81

❖ Systems, References & Tools . . . . . . . . . . . . . . . . . . 109

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 3 of 177



# Call Taking 101

❖ Introduction

❖ Call Taking Basics

▪ Emergency or Non-Emergency

▪ Six W's and One H

❖ Customer Service

❖ Caller Safety

❖ Potential Barriers

❖ Telematic Service Providers (TSP)

❖ Hearing/Speech Impaired

❖ Incomplete 911's

❖ Incidents Involving Multiple Callers

❖ Updating Information

❖ Closing/Ending Calls

❖ Cancellation of Calls

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 4 of 177



# Call Taking 101: An Introduction to Call Taking

<u>A call taker's primary responsibility it to:</u>
- Receive and process emergency, non-emergency and business/informal telephone calls.
  - NOTE: All calls received by WCCCA are recorded and electronically logged. Calls requiring response by Police, Fire or EMS are dispatched via CAD (computer aided dispatch).  CAD will auto generate and incident number and caller for service are categorized by call type.
- Actively listen to and question callers to obtain, verify and analyze information.
- Accurately determine nature and severity of the incident being reported and the type of service being requested based on the information provided by the caller. It may be necessary to provide the caller with appropriate contact information for outside entities such as WC Animal Control or police records departments.
- Categorize and prioritize the reported situation based on established policy and procedure.
- Utilize the CAD system to accurately create calls for service – includes handling of emergency calls and adding updated information to active CAD incidents.
- Use a multi-line computerized phone and CAD system simultaneously while monitoring multiple computer screens.

## PROFESSIONALISM IN PUBLIC SAFETY CALL TAKING

Call takers are to answer incoming calls for service promptly – this task takes precedence over other non-critical tasks like non-work-related activity. Non-emergency and business calls may be placed on hold to answer incoming emergency 911 calls.

Information received and processed at WCCCA is available upon request under Oregon Public Records Law (e.g. incoming/outgoing telephone calls, radio transmissions, CAD documents, LEDS/NCIC data searches). There are restrictions on release of personally identifiable medical information (HIPAA) and that information can only be release with the authorization of the patient. *(SOG 26)*

**LEDS:** If you are asked by the public, security or insurance companies to check a license plate for potential stolen vehicle or plate information, you can check the plate or VIN in LEDS for the creation of a call but <u>DO NOT</u> release the information to them, nor advise "we have no interest".

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 5 of 177



**MEDIA:** Media companies sometimes call non-e or WCCCA's "Press" back line to find out information about active calls. Call Takers are allowed to release the following information to the media (see Directive 4.12):

- Medical call – only state "medical call"
- Police/Fire call – you can provide the call type, time of call, location of the incident and the responding agency

Most media outlets have contact information for each agencies PIO (Public Information Officer).

Remember, as a call taker, you represent not only WCCCA, but all of the agencies WCCCA dispatches for. Telephone lines and communications are recorded so keep in mind how you want to sound to the public if one of your calls are played by the courts or media. We should also be mindful of background noises such as loud conversations and laughing. Headsets have noise cancelling features, but due to high clarity, they can draw in sounds from the background and can be heard on a recorded phone call or during radio transmissions.

## EMERGENCY OR NON-EMERGENCY

*An emergency call is defined by NENA (National Emergency Number Association) as "a telephone request for public safety agency emergency services which requires immediate action to save a life, to report a fire or to stop a crime; may also include other situations as determined locally."*

Emergencies can further be defined as an immediate threat to life safety such as potential for physical harm or medical emergencies and immediate threat to property safety such as fire, theft or robbery. Determining the nature and severity of each incident being reported is a **critical initial task.** Incidents and situations that are not in-progress, have not just occurred or that do not present a threat to life or property safety are considered non-emergencies.

<u>Terms and Definitions</u>
**9-1-1** – the nationally designated 3-digit direct dial number to connect callers with emergency police, fire and medical services. All calls to 911 are to be considered emergencies until otherwise determined not to be immediate threats to life or property safety. Emergency calls can also be routed to the 10-digit non-emergency number by direct dialing or via the VESTA phone quick button.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 6 of 177



**PSAP** (Public Safety Answering Point) – When someone calls 911, the call is either sent to a computer or tower which confirms the 911 center it should be routed to based off location information.

**ANI** (Automatic Number Identification) – Corresponds to the subscriber's 10-digit telephone number. The ANI displays at the PSAP on the digital ANI display console.

**ALI** (Automatic Location Identification) – Provides an address display of the subscriber calling 911. The PSAP receives the ALI display on the phone screen through Enhanced 911 (E911) systems.

## CALL TAKING BASICS

The standardized greeting for each of the different telephone lines are as follows:
- **911:** "911, you need Fire, Medical or Police?" -or- "911, what is the location of your emergency?"
- **Non-Emergency/Press/Alarm:** "Washington County Dispatch"

You may use pre-recorded greetings for both the non-emergency and 911 lines. Using your name is optional.

The NENA standard for information gathering is that the telecommunicator will obtain the basic information from the caller. At a minimum, this information should include:
- The address or exact location of the incident
- Call back number
- Type of emergency
- Time of occurrence
- Hazards, if any
- Identity of those involved and their location

## SIX (6) "W's" AND ONE (1) "H"

- WHERE – Location of occurrence
- WHAT – Type and severity of the incident
- WHEN – Time frame (in-progress or not)
- WHO – Identity of the involved person(s)
- WEAPONS – Are weapons involved and if so, what type?
- HOW – Mechanism on injury/damage and modes of transportation
- WHY – Relevant incident details

Provide a safety admonishment if appropriate and inform the caller of the anticipated response to their request for service.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 7 of 177



These call taking tasks are completed on **every** call for service. Call takers actively listen to callers while processing and clarifying the information provided to them. Then, accurately and concisely, document the information in an acceptable format and create a CAD incident to generate the appropriate response. If the call is in-progress, call takers may stay on the line with the caller AFTER the initial CAD incident has been created and obtain additional information. The decision to do this is determined by factors such as the safety of the caller and responders, in the incident is in-progress and rapidly changing and the number of calls holding.

Call takers provide professional, empathetic and courteous customer service in all contacts with the public, user agency personnel and co-workers. **The key communication component in call handling is establishing and maintaining control of the call/caller.** This is done by utilizing the technique of obtaining information in a predictable and organized manner in order of importance:

**<u>W</u>HERE (SOG 47 – Location Verification)**
Location in the **single most important piece of information** a call taker can obtain. Without a verified location, help may be delayed. Determining the location of an incident includes the following:

<u>Location of occurrence vs. caller's current location</u>
- Location of occurrence determines jurisdiction
- If the caller is giving a business name but the incident is on the street in front of or near the business, use the street they are on and then the closest cross street in order to get the correct police jurisdiction.
- Distinguish the difference in locations if a caller is requesting contact at a location other that the location of occurrence.
- Only ask *"What is your address?"* if that is EXACTLY what you need to obtain.

Ask the caller for the location of the emergency. Then, verify the location to Agency standard utilizing one of the following:

<u>Physical Address</u>
- Geo-verify the location in CAD
- Verbally confirm the numeric, directional, street name, street suffix and city/community code by **reading back to the caller the location as geo-verified by CAD.**
  e.g. *"9655 SW Canyon Road in Beaverton"*
- *If applicable*, ask for **the name of the business or apartment complex**, as well as, **suite or apartment number**. This is a secondary verification that helps our responders quickly locate the structure.



<u>Common/Location Place Name</u> – Name of business, public space, etc.
- Geo-verify the common place name in CAD
- Verbally confirm the common place name, street name of the address, at least one of the cross streets and the city/community code by **reading back to the caller the location as geo-verified by CAD.**
  e.g. *"Acura Dealership at SW Canyon Road and SW Garden View Avenue in Beaverton"*

<u>Intersection</u> – Intersecting streets near the location of occurrence
- Geo-verify the intersection in CAD; entering the street in incident is occurring on first, followed by the nearest cross street (if it is in the middle of the intersection either can be first).
- Verbally confirm each intersecting street using the street directional, street name, street suffix and the city/community code by **reading back to the caller the location as geo-verified by CAD.**
  e.g. *"SW Canyon Road and SW Garden View Avenue in Beaverton"*

<u>Enhanced 911 Calls</u> – ANI/ALI Data (see SOG 34)
- Use "Accept ALI" to transfer location information to the ECT (Emergency Call Taking screen). If the address given by the caller **EXACTLY MATCHES** the data transferred and geo-verified by CAD, the call taker does not need to voice verify the location.
- If the address does not match, follow the applicable procedures mentioned above (SOG 47).

<div align="center"><u>Transfers</u></div>

If the callers request is outside of our jurisdiction, transfer the caller to the appropriate PSAP. We call these warm transfers and handle them as follows:
- Dial the appropriate PSAP and be prepared to give the PSAP the incident location and type of service being requested (police, fire or medical)
  e.g. *"WCCCA with a transfer for police at……."*
- Remain on the line until the exact nature of the emergency is determined. This is especially important on multi-jurisdictional calls. Create a call for service if needed.
- When handling a call for service within our jurisdiction that will require an additional response from a neighboring jurisdiction, make sure to let the other dispatch center know as soon as possible by calling them or sending a CAD message/incident.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 9 of 177



- Prior to disconnecting, ensure the transfer was successful and that any location information has been given. Inform the other PSAP when you are prepared to disconnect the line.

## Unknown Locations

There are a variety of reasons why a caller may not be able to accurately communicate where they are (unfamiliar with an area, emotional distress, language barriers, child/elderly callers, etc.). If a caller is unable to identify their location, the call taker can use the following tools and techniques to better determine the location:

### Phase 2 Wireless Cell Phone

Use "Accept Ali" in the ECT to populate the Phase 2 location. The integrated GEO mapping system will plot on the map where the call is coming from and display a cell phone icon at the location. If the call some in as Phase 1, that will be the cell tower location and it will be indicated on the map with a tower icon. Phase 1 locations are not considered good locations. In these situations, you may have to hit "Update" on the Vesta phone to get a Phase 2 location. A yellow "Update Location" button will activate in the ECT. You should acknowledge this and accept the new location when applicable. There may be situations when you have a dual call type (both police and fire/medical responding) that you would not want to change the location which would impact the call location in fire.

### RapidSOS (see SOG 34)

RapidSOS is an emergency technology company that provides a direct link from connected devices to 911 services. Upon answering of a 911 cell phone call that has RapidSOS technology, the cell phone location information will automatically be pulled and available within Inform CAD via an interface. Once a call taker has the ECT screen open, the "Update Location" will highlight yellow indicating that a source code for RapidSOS is available. This service should be an additional tool for the call taker when verifying the call location. By clicking the "Update Location" button, the most accurate GPS information will be provided and will geo-verify in CAD after you "Accept" the information in the pop-up "Update Address" information window.

### Caller Location Query (CLQ) (see SOG 34)

This feature allows a person to share their GPS location on their phone with the call taker.

System Function:
- The ECT/Incident Viewer has to be open
- The person does not need to be on the phone for the feature to work

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 10 of 177



- The person in possession of the cell phone will receive a text message that advises them to "click" the link from WCCCA to share their GPS coordinates.
- If the recipient chooses to share this information, the "Update Location" button in the ECT will highlight yellow.
- After clicking the "Update Location" button, a pop-up window with the updated information will be displayed. The call taker will click "Accept" to transfer the information to the ECT screen.

Best Practice for Use:
- A call taker should only use the CLQ command when online with the person they are trying to locate.
- For 911 calls, use only after Phase 2/RapidSOS efforts have been exhausted.
- For non-emergency calls, it can be a helpful tool when someone calls or was transferred to our PSAP. CLQ will provide a location when ANI/ALI, Phase 2 or RapidSOS is not available.
- Any additional uses will be done only when directly requested by police or fire (e.g. locating a missing person) and must be documented in the CAD incident.

<div align="center">Techniques for Unknown Locations</div>

<u>Where is the caller now?</u> – Ask for a nearby physical address, business, common place, intersection, road sign or description of physical landmarks.

<u>If the caller is on a cell phone</u> – Ask the route of travel up to the point they called, how long it has taken them to get to this point, can the caller open their map application on their phone to see their current location, etc.

<u>If in a business or residence</u> – Ask the caller to look for a piece of mail that may display the physical address, name of business or resident. Also ask for a physical description of the business or residence.

Addresses can be hard to see or have similar address numbers to other businesses/residences. Consider getting the following descriptors during in-progress calls to assist responders in locating in the incident:
- How many stories is the house/building?
- Which side of the street is the house/building on? (N, E, S, W)
- What color is it?
- Any cars in front of it?
- Is it gated/fenced?

You can also use the phone, plate, person or premise history searches to assist in location verification.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 11 of 177



As the call taker, if the wrong address was selected and the call has been sent to dispatch, "ACN" (add comments with notification) to the incident with the correct location and send a "UMS" (urgent message) to the dispatcher. If the correct address changes the fire/medical or police jurisdiction, consider creating a new call.

## CAUTION NOTES & PREMISE FLAGS (SOG 56)



A special adjunct to the address files is the Caution Notes/Premise flags. These files are maintained to inform the call taker, dispatcher and field units that additional information is available relating to addresses at or near the location.

A location can be flagged for multiple reasons. A caution note can alert of hazardous materials, dangerous persons or situations that are known to exist. It may also contain directional information if a location is difficult to find or access.

Caution and Premise flags are entered into CAD with a low, medium or high priority level. An example of a high priority caution note would be a subject at a residence who is wanting to harm first responders. A medium caution note would be health related information on file for a resident that first responders would need to know, such as a mentally ill patient that calls 911 or requests medical attention on a daily/weekly basis (high utilizers). An example of a low priority would be gate codes or other specific premise information.

When a flagged address/location is geo-verified in the ECT screen, the call taker will see the caution note icon light up (see above). By clicking this icon, you can view the information entered. If the call taker sees a high-level caution note, they should add the note to the incident remarks of the call so it can be seen by all dispatchers/responders.

## <u>W</u>HAT

The nature of the incident is the next most important piece of information the call taker can obtain. Individual call types have relevant questions that should be asked to aid in determining the level of response necessary. The use of Agency approved CAD call types allows call takers to accurately code calls for service by the nature of the incident and also allows police, fire and EMS to determine priorities in advance based on the individual situation.

The first sentence in a CAD incident should accurately document the key incident details to support the selected call type and response priority:

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 12 of 177



- "Smoke coming from house"
- " 2 vehs, head-on, unk injury"
- "Veh broken into overnight, laptop and wallet taken"
- "Adult males fighting in the plot, one has a baseball bat"

Ask the caller to explain the exact problem. If the caller says that they're being harassed, ask the caller what is happening (unwanted/repeated phone calls/emails, subject following them, etc.). Ask for a description of exactly what they are doing or how they are acting. Avoid using generic terms like hysterical, crazy or belligerent and describe the specific behavior (crying uncontrollably, pacing, yelling and cussing). Narrow down the activity by asking specific questions.

## <u>WHEN</u>
Determining the time frame of an incident is the key factor in establishing the appropriate response level; routine, urgent or emergency. It also determines the number of resources committed to an incident. Time delays determine the call type and priority and should be included in the first line of the narrative.

Key Terms
**In-progress** – occurring at the time of report
**Just Occurred** – occurring within 5-10 minutes of the time of report
**Cold Crimes** – not in-progress or did not just occur

## <u>WHO</u>
Establishing who is involved in the incident is also critical information. The "who" should be clearly identify each known involved person and their relationship to the incident being reported. Obtain the following information each time:
- Caller's first/last name and phone number (if caller wishes to remain anonymous indicate so in the caller name field)
- How the caller related to the incident being reported (passerby, witness, victim, friend of involved, saw it on social media)
- Identify any suspect or victim and include complete description (top to bottom) when possible. In addition, any descriptions of unusual or suspicious activity. e.g. *"HMA, 34, tall, thin build, brn hair, blk bball cap, blu flannel shirt, khaki pants, whi shoes"*
- Identify who is currently at the location of the incident and anyone who may have left.

## <u>WE</u>APONS
Information regarding weapons being used, potentially being used or being accessible is **required** responder and citizen safety information. Many times, weapons information

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 13 of 177



will be volunteered at the beginning of a call. It's important to clearly phrase questions regarding weapons to elicit the most accurate information. If you ask about weapons and the caller doesn't know, document the information as "unknown if weapons" as opposed to "no weapons".  While almost any object can be used as a weapon, be as specific as possible when asking clarifying questions and in describing the type of weapon and where it is located if known.

Consider giving the caller safety admonishments; e.g. "Keep yourself safe and tell me what you are going to do". If possible, avoid having the call disconnect. Have them leave an open line so the call taker can listen and update responders.

<u>Scenario:</u> A caller says that an involved person in a fight said they were going to get a gun from their house and they are known to have access to hunting rifles and handguns.

<u>Documentation Example:</u>  *"Involved person said they were going to get a gun and are known to have access to rifles and handguns"*

<u>Examples of Weapon Types</u> (not all inclusive)
- Guns – handguns, hunting rifles, shotguns, assault or military style rifles
- Knives – kitchen knives, pocket knives, hunting knives
- Baseball bats, axes
- Taser or stun gun
- Improvised Explosive Devices (IED) – pipe bomb, Molotov cocktail

<u>Considerations</u>
- If a caller advises of access to weapons, but reports that weapons are not involved at the time of reports, obtain information regarding ehe type/locations of weapons (e.g. hunting rifles stored in a gun safe in the garage, handgun in a lockbox in the master bedroom closet, etc.).
- If weapons are reported to have been used or are being used on scene, fire/EMS responders will stage until the scene has been secured by police.
- If multiple people are reported to have weapons, individually list what types of weapons and how many people have weapons if possible – this type of information is used to determine the level of response.

## **HOW**
How a reported situation happened provides information to help determine the level of response needed. They include:
- Mechanism of injury or damage - side impact, head-on crash, hit an immovable object

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 14 of 177



- Method/point of entry – kicked in the back door, broke out a window, crawled through the dog door
- Modes of travel or escape – left on foot, rode off on a bicycle, drove away in a black BMW with the top down

Use CYMBALS when providing vehicle descriptions: **C**olor, **Y**ear, **M**ake, **B**ody, **A**ccessories, **L**icense plate
e.g. *"Red 2019 Honda Civ w/ blk racing stripe LIC/FAT500"*

## WHY

Call takers focus on obtaining immediate details of what is happening now and not necessarily on the "why" or the background leading up to that point.  However, asking why something is occurring can provide valuable officer and public safety information.

- What led up to the current situation?
- If there is a delay in reporting, ask the caller the reason for the delay (out of cell range, couldn't get to a phone, was detained by the suspect). Use caution when asking this question so it does not come off as offensive. Establishing and maintaining a good rapport is part of having excellent customer service.
- Is today's incident related to similar incidents in the past?

The "why" is considered the rest of the story. When asking what led up to the incident being reported, it is not necessary to allow a caller to talk without interruption. It's the call taker's job the control the flow of information and to redirect the caller when appropriate. The vast majority of calls received are from callers seeking help and there is always a story that led up to the point where they decided to call. The "why" is important to the caller and acknowledging this is a valuable tool for a call taker both in obtaining pertinent information and in providing excellent customer service by listening and responding appropriately.

## CUSTOMER SERVICE

Call takers should take charge of the conversation at the beginning. Interruption may be necessary to obtain the information needed from the caller. It means you may need to interject questions in order to gather specific information in a specific order from the caller and for the responders. If a caller is excited or emotionally distressed, you can ask them to slow down and take a deep breath to help calm them and continue to ask questions. Demonstrate empathy when appropriate and consider the tone of your statement when you need to gather information from the caller. Tell the caller what you are doing and if you will be staying on the line with them during an in-progress incident. Tell them when help has been started and reassure them often that help is on the way.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 15 of 177



<u>Tools/Techniques</u> (examples)
Caller wants to provide a lengthy list of property taken in a theft or burglary –
*"I don't need to know everything that has been taken in order to send an officer to take a report, but that information is important so please have the complete list available when the officer arrives."*
Caller wants to provide an extensive history of their chronic illness and treatment –
*"Thank you for letting me know of your family history. I will include that information, but I need you to ask a few more questions for the paramedics. Please let them know the details of your history when they arrive."*
Call takers can also summarize what they have heard to let the caller know they understand what is being reported and then provide the expected response
*"I will send the caller over to be dispatched and have an officer contact you to take a report."*

**PROFESSIONALISM AND COMMUNICATION**

Call takers are to provide efficient, effective and impartial service at all times. In addition, call takers are to be courteous, polite and professional to community members, police and fire/EMS users and co-workers; even during the most challenging situations. Awareness and training in types of challenges a call taker may encounter and use of specific techniques can help facilitate clear and effective communication.

<u>General Techniques and Etiquette</u>

- Every call is important to the caller.
- Use the caller's preferred name whenever possible – be aware that some community members prefer being called by their title (Mr. Mrs. Ms.) and surname/last name.
- If you have a break in conversation with a caller because you are entering CAD notes into an incident, make sure and let the caller know that you are still on the line with them.
  e.g. *"I am still on the line with you. I am just entering the information"*
- Callers often offer critical information before you've asked for it. Be prepared to actively listen and document information as it is offered.
- Place the caller on hold/mute if you need to relay information or ask a co-worker a question. When returning to the call on hold, thank the caller for their patience. When appropriate and possible, explain the reason for the delay.
  e.g. *"Thank you for your patience. I am dispatching a police radio as well".*
- Limit use of professional jargon and acronyms
  e.g. *say "I'm transferring your call to Oregon State Police" instead of "I'm transferring your call to OSP."*

- Don't make disparaging references or remarks based on race, class, sexual orientation, gender identification or any other protected class. If someone identifies with a non-gendered or nonbinary pronoun such as "they/them/their" and a caller uses these terms when speaking of another person, be sure to clarify the parties involved (how many) and indicate the persons nonbinary pronoun preference in the narrative and their preferred name.
- Use of repetitive persistence (repeating a question or statement using the exact verbiage) can be an effective tool.
- Recognizing the caller's reaction to your communication and adjusting to fit their needs may help in keeping the call moving forward.
- Do not react to the caller's emotional level. Instead, focus on obtaining the information needed to start help. Their urgency does not dictate our urgency.
- Do not allow the caller the establish our user agency's response level.
  e.g. *asking for medical only on an attempted suicide because the patient hates police*
- When speaking to a child caller, adjusting communication styles may be necessary so they understand. Be aware that a child caller can sound extremely calm during a crisis.
- Be careful when using humor with a caller – what's funny to you may not be funny to someone else, especially outside the public safety environment.
- Do not jump to conclusions. Limit making assumptions by focusing on the details of what is being reported.
- If you don't know or the information wasn't provided, ask. If a caller doesn't know, document that information in the call.
- Listen to "unspoken" messages. Callers that are evasive in answering direct questions may indicate duress.
- Listen for ambient background voices or noises that confirm or negate what the caller is reporting.
  e.g. *caller says they are home alone, but other people's voices can her heard*
- Call takers must make sure answers to questions are clear, complete and accurate. Responses or actions based on incomplete or inaccurate information can be inappropriate or dangerous.
- Do not give legal advice or offer personal opinions about the caller's situation.
- Remind callers often and as early as possible that you are sending help during medical or priority calls.
- **Do not scold, lecture or criticize the actions or requests of the caller.**

Control the Conversation

The key communication component in call handling is establishing and maintaining control of the call/caller so that you can obtain all necessary information in the least amount of time. Talkative or insistent callers are difficult to question and may take a

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 17 of 177



longer time to handle. The caller usually knows what occurred, but not how to report it to the police. It's up to you as the call taker to direct the caller's knowledge into meaningful answers. You may tell the caller *"please slow down for a moment", "let me ask you some specific questions first"* or *"I know you have a lot of information to give me but I need to get some specific details first".* Anything that will momentarily divert the caller, yet let them know you are going to help them, will aid in maintaining control. Asking short, specific questions allows the call taker to effectively obtain the most useful information in the most efficient and professional manner.

## ESTABLISHING RAPPORT

It is important to obtain a good rapport with the caller from the beginning in order to get the most applicable information to generate a call for service. You can build rapport with callers by being authentic, demonstrating empathy and considering your tone of voice. If you are handling other tasks while taking information from a caller, let the caller know what you are doing.
e.g. *"I am still with you. I am just entering information into the call."*

Words/Phrases That Can Damage Rapport
- "Calm down"  "Be quiet"  "Stop talking"
- "I can't help you unless you answer my questions"
- "Why did you do that?"
- "You should have…"
- "This is not a life or death emergency"
- Any form of scolding a caller

Words/Phrases That Gain Rapport
- "I'd like to hear more about that situation but I have some more questions"
- "Help me understand…."
- I want to make sure I am understanding"
- "Can you explain _____ to me?"
- "Thank you for calling"
- "We appreciate the information"
- "I am sorry that happened to you"
- "Let me help you"
- "I'm getting help started"

## CALLER SAFETY

The Agency's best practice is to provide an appropriate safety admonishment based on the type of incident. Safety admonishments are a verbal warning given by a call taker to

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 18 of 177



a caller to direct them to avoid placing themselves at additional risk. These should be given as soon as a call taker is made aware of a potential threat to a caller's safety and most likely to occur prior to the arrival of emergency responders.

The most basic safety admonishment to be given to callers is: ***"Do not put yourself in danger."*** – or – ***"If it's safe to do so…"*** is an appropriate preface to giving caller an instruction for action. If the caller feels unsafe, direct them to go to a location of safety (a known neighbors house, a lighted public building, etc.). A call taker may make suggestions, but should avoid giving a specific destination unless able to assure the callers safety. Telling a caller to, ***"Make yourself safe and let me know what you're going to do… where you're going to go"*** is also appropriate. This may include hiding inside a structure, a certain room inside a residence or office building, leaving the area in a vehicle, etc.

If a caller tells you they are armed with a gun to protect themselves, the safety admonishment should remain consistent. Direct the caller to avoid placing themselves in danger and to make themselves safe. This information is also critical to responder safety as well and should be entered immediately into the call. Reassure the caller that help is on the way and be alert for information or instructions from responding police units. These may include estimated time to arriving on scene and/or how to hand off the caller to field units. "Hand-off" instructions may include identifying the police officer by name, describing the marked patrol unit (name of police department, color etc.) that the officer(s) will be arriving in and/or telling the caller to expect a uniformed police officer.

Things to Consider
- Does the suspect(s) know that police have been called?
- Does the caller feel safe where they are now?
- Can the suspect(s) see them?
- The caller is in the best position to evaluate their degree of safety. Ask the caller, *"Do you feel safe staying on the phone?"* You may also add, *"Do what is safe, but tell me what you are going to do."*
- If possible, avoid having the caller disconnect. An open line can offer valuable information to responding units.

## LANGUAGE/HEARING OR SPEECH IMPAIRED CALLERS

**Language**
It is the Agency's policy to assist non-English speaking callers with their emergency or non-emergency service needs through the use of language line services via an

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 19 of 177



approved translation vendor. Translation services should be utilized when a caller is unable to understand the call taker or vice versa (see SOG 30).

*EXCEPTION:* Employees who are Agency tested and approved to provide language translation are allowed to do so and not required to use the designated language line services. Call takers can utilize these employees if available.

## Hearing Impaired, Deaf or Speech Impaired Callers

As with non-English speaking callers, the Agency utilizes translation services for hearing/speaking impaired callers like Oregon Relay Services, video relay services and TTY equipment.

<u>TTY/TTD/Telephone Relay Services</u>

A TTY/TTD is a device that is used in conjunction with a telephone to communicate with persons who are deaf, who are hard of hearing or who have speech impairments by typing a reading text. To communicate by TTY/TTD, a person types their conversation, which is read on a TTY/TDD display by the person who receives the call. Both parties must have TTY/TTDs to communicate. When typing on a TTY/TTD, each letter is transmitted by an electronic code called Baudot, which is sent from the TTY/TTD on the sending end of the call through the telephone line in the form of tones to the TTY/TTD on the receiving end of the call, the same way voiced communications occur between parties. The receiving TTY/TTD transforms the tones back to letters on a small display screen.

Communication between two persons using standard TTY/TTDs can only occur in one direction at a time. Thus, both persons who are conversing cannot type to each other simultaneously. They must take turns sending and receiving. A person sending a communication by TTY/TTD indicates they have finished transmitting by typing the letters "GA" which stand for "go ahead."

Telephone relay services are provided by Oregon Relay Services. Relay services involve a communications assistant who uses both a standard telephone and a TTY to type voice communication to a TTY/TTD user and read the TTY/TTD user's typed communication to a voice telephone user. Telephone relay services are not as effective for emergencies because they are far more time consuming than calls between two TTY/TTDs.

In order to afford equal access to TTY/TTD users, every call taking position within a PSAP must have its own TTY/TTD or TTY/TTD compatible equipment. PSAPs must have systems that enable call takers to handle TTY/TTD calls as properly, promptly and reliably as voice calls.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 20 of 177



All call takers must be able to recognize and handle TTY/TTD calls properly. There are three types of TTY/TTD calls a call taker may receive. Some TTYs emit a recorded spoken announcement to the call taker that a TTY/TTD call is being placed, such as "*HEARING IMPAIRED CALLER, USE TTY.*" Other times, TTY/TTD callers may press TTY/TTD keys to emit audible tones and more quickly notify the call taker they are receiving a TTY/TTD call. Most often, however, a person using a TTY/TTD will make a call that is perceived by the call taker as a silent, open line call. This is because the caller's equipment does not recognize that the call has been answered until the call taker sends a TTY/TTD response.

**The only way for PSAP's to properly identify all TTY/TTD calls is for call takers to recognize TTY/TTD tones and to query _every_ silent, open line call – including cell phone calls - with a TTY/TTD to determine if it is a TTY/TTD call after it has been queried by voice.** (see SOG 34)

e.g. *A 911 call taker answers a call, responds with a standard spoken greeting and expects to hear a spoken response. If the call taker receives a silent, open line, the call taker should query the line verbally a second time and then query the line using TTY/TTD to determine if the call is from a TTY/TTD user.*

Using the TTY/TTD

Our phones have pre-programmed messages which can be used to communicate if the TTY/TTD is activated. The call taker may also choose to type free text on the TTY/TTD. Common TTY/TTD terms and abbreviations you should be familiar with are:

| | |
|---|---|
| **ASAP** – as soon as possible | **NBR** or **NU** – number |
| **CD** or **CLD** – could | **PLS** – please |
| **GA** – go ahead/your turn to talk | **Q** or **QQ** – question mark |
| **GA/SK** – go ahead, goodbye | **R** – are |
| **HCO** (hearing carry over) – TTY user will use their hearing during the call | **SHD** – should |
| | **SKSK** – stop keying/end of conversation |
| **MSG** – message | **TMW** – tomorrow |
| **TTY** – teletypewriter | **VCO** (voice carry over) – TTY user will us their voice during the call |
| **U** – you | |
| **UR** – your | **XXXX** – error/erase |

Like all voice calls, all TTY/TTD conversations are recorded. If the TTY/TTD call was received on a 911 line, it can be printed out by printing the ALI information. The entire TTY/TTD conversation is printed along with the ALI.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 21 of 177



<u>Video Relay Service</u>
Communication with the caller and interpreter is done in sign language through a video link. The VRS CA (video relay service communications assistant) places a telephone call to the party the user wishes to call, then relays the conversation back and forth between parties. A VRS call flows between parties just like a telephone conversation between two hearing persons. The parties can interrupt each other which they cannot do with a TRS call using TTY (since with TTY they have to take turns communicating with the CA).

**Child or Elderly Callers**
Child or elderly callers may have difficulty explaining what they need and be hesitant to answer questions initially. Children may be afraid of getting in trouble for calling or be scared due to an emergency situation and not be able to articulate well. Elderly callers may also be hesitant but for a different reason. Many times, elderly callers are apologetic for "bothering" the police or fire departments and will minimize a situation out of fear of being ridiculed. With either type of caller, it is important to remain calm and reassuring while asking questions and providing clear direction. A call taker should also rephrase or provide a different term without changing the context if a child or elderly caller is uncertain of a term.
e.g *unconscious could be described as "appears to be sleeping"*

**Chronic Callers (Mental Health Crisis, Behavioral Concerns)**
Every call for service should receive the same level of courtesy and professionalism. People experiencing on-going mental health issues or who have chronic emotional problems may call repeatedly – sometimes daily or even several times a day – for a period of time. Each time a call for service is received, the caller taker is expected to follow call taking procedures to determine the location and nature of the request. Do not dismiss a caller based on their history of calls for service. Chronic callers can and do make legitimate requests for police and fire/EMS services. It is not a call takers job to judge whether or not a caller merits assistance or is telling the truth about a situation. When dealing with callers that suffer mental illness it is important to specifically identify their actions or comments that may help responders to understand why there may be a mental health component. Avoid typing "12-34" into the call.
e.g. *"Caller is rambling, not making sense, talking to themselves, pacing back and forth, etc."*

**Suicidal Callers**
Talking to suicidal and emotionally disturbed persons is one of the most challenging types of calls as the situations are dynamic and unpredictable. Techniques like using effective pauses and a slowed down approach with questions when talking to these types of callers may help de-escalate the situation and allow the time for emergency

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 22 of 177



responders to arrive and intervene. People become suicidal for many reasons. Most people attempt suicide several times while in crisis and may have reoccurring periods of crisis. Understanding factors that contribute to suicidal crisis helps prepare call takers for handling these types of calls for service effectively.

When talking to a suicidal caller, the following techniques can aid in obtaining information and establishing/maintaining a connection to the caller:

- Obtain and use the caller's name to personalize the conversation
- Remain neutral and non-judgmental
- Give positive feedback and show empathy
  *"I'm glad you called. We're going to help you"*
  *"Thank you for putting the knife down while we talk"*
  *"You did the right thing by calling for help"*
  *"I can hear that you're upset, but I'm worried about your safety with you holding the gun in your hand while we talk"*

## Hysterical/Frightened Caller

Truly hysterical callers are rare. Hysterical refers to an emotional state that prevents a caller from being focused during the call taking process. These types of callers are too upset to focus on the questions being asked and are unable to provide coherent answers. Using repetitive persistence can be an effective tool in trying to gain control of the caller. Developing a rapport and being authentic will help move the call forward. You can also try giving the caller a command or request accompanied by the reason for the request.

e.g. *"I need you to tell me where you are so I can get help started"*

Avoid using the term "hysterical" as a label, instead describe the behavior (crying uncontrollably, inability to focus, screaming, yelling).

## Hostile Callers

A caller who is angry or hostile may cause a barrier to communication. As with other calls for service, determine if this situation being reported is an emergency or if the caller is reporting a situation that is not in-progress or an immediate threat. Be aware that many times angry/hostile callers use profanities and obscene language to describe the incident being reported and to express their anger and frustration over the situation. They may also direct them towards you, the call taker – do not take it personally. Recognize that the caller is angry due to the situation they are reporting or that they are frustrated because they cannot handle it alone. They need your help. Instead of reacting to a verbal attack, try acknowledging their anger/frustration and focus on redirecting the caller's attention by asking questions to determine the appropriate response.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 23 of 177



e.g.  *"I understand that you're angry about the situation. If you can answer a few questions for me, I can get help started more quickly."*

Avoid becoming involved in an argument with the caller by remaining neutral regarding the incident details. Do not hang up or threaten to hang up if a caller continually uses profanities or obscenities or is argumentative.

If the caller has a complaint but not an emergency, create a call for the appropriate jurisdiction. Advise the caller of the actions you are taking to assist them. Once this is done, you do not need to remain on the line. If they continue to pursue the conversation, advise then you need to take other emergency calls. Apologize for having to hang up and disconnect. You should also let the Operations Supervisor or Lead Dispatcher know.

If a caller is unsatisfied with the assistance you have provided, offer to connect them to an Operations Supervisor or Lead Dispatcher to address their complaint.

## Intoxicated Callers

Never assume that a caller is intoxicated. A caller who is slurring or seems mentally confused could be suffering from a serious medical condition. If you believe a caller is intoxicated and that information could be helpful to responders, ask if they have been drinking. If so, document that information in the call for the dispatcher. Do not discount a call's validity based on the caller's mental capacity or apparent intoxication. Being drunk or disabled does not automatically equate to dishonesty or a delusional state. Take the call and document the information as it is given. Ask the caller for clarification as necessary.

## Swatting Calls

Swatting is false reporting of an emergency to public safety by a person for the intent of getting a high-level response to a location where no emergency exists. The calling party will often report they are involved or nearby as a witness to a home invasion, active shooter, hostage situation or serious medical event. Often, the law enforcement response is substantial, with police confronting the unsuspecting victims at gunpoint, only to learn that there is no real emergency. These calls cannot be differentiated from real incidents. The PSAP must process the calls as a normal call, following existing SOGs. Document all details about the call and the caller. These are often in-progress calls. If the call taker is able to keep the caller on the line during the response, additional information can be gathered about the incident and the caller.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 24 of 177



## CALLS FROM TELEMATIC SERVICE PROVIDERS

Telematic Service Providers (TSP's), such as OnStar, provide in-vehicle safety, security and information services by using GPS satellite and wireless technology to link the driver and vehicle to their call center. Most call centers are able to provide 24-hour person to person contact.

TSP's can also be a vital link when an emergency occurs. Automatic Crash Notification systems alert the center the moment a vehicle's airbag deploys. The TSP's ability to notify local authorities of an accident, along with the specific location of the vehicle, can dramatically reduce the time it takes for emergency vehicles to respond. The TSP operator also has the ability to add the 911 operator to the call so that you can speak directly to the victim.

TSP's can track stolen vehicles using the car's on-board GPS system, diagnose the severity of a stalled vehicle's engine problem, pinpoint a vehicle's location within 100 yards, activate a vehicle's headlight and horn remotely to gain attention and unlock a vehicle with the keys left inside.

Currently, TSP operators must call PSAP's and verbally pass on information. However, the goal is to eventually have this information passed on electronically to all agencies that will be involved with the situation.

Technology like iPhones and Apple watches can also call 911 to notify that the user has been involved in a serious crash or a hard fall and provide their location.

## TEXT TO 911 CALLS (SOG 55)

Text-to-911 is an alternative when a voice call to 911 is not possible, such as due to a speech or hearing impairment or when the caller's physical safety would be in jeopardy by making a voice 911 call.

There are cell phone applications that auto generate text to 911 messages that send a generic emergency signal with GPS coordinates to the nearest 911 center or set up a list of names with contact information to send a pre-designated message in the event of an emergency.

<u>Documentation for Text to 911s</u>
After receiving a Text to 911, determine if a response is needed. Then, create a call for service using the using the appropriate call type and narrate what is happening. Make sure to document "*text to 911*" or similar to indicate that was the source of the

Page 25 of 177

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 25 of 177



information for the call. Text to 911's are considered the same as voice calls or TTY/TTD and should be handled as such. If no response is needed, create a call using the "INC" call type and file the incident in CAD.

It is recommended that when receiving a non-response text session, that it be left open at least **five (5) minutes**. This is because there can be lags in messages being sent/received due to activity on the network, location of the caller or changes in the location of the caller (if the caller is in a moving vehicle).

## INCOMPLETE 911 CALLS, HANG-UPS AND DISCONNECTED CALLS

In the event of an incomplete 911 or hang-up call, the call taker will attempt to call back utilizing the ANI/ALI displayed (see SOG 34). Once the call has been sent to the dispatcher, all new information received about the incident will be entered into the open call.

- If the call has not been dispatched and you determine that a police response is not needed you should add comments to the call
  e.g. *"okay to cancel"*
- If the call has not been dispatched and you determine that a police response is needed you should add comments to the call
  e.g. *"continue for welfare check"*
- After you add the new information, advise the dispatcher. If the call has already been dispatched, the dispatcher will let the responding units determine their response.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 26 of 177

WASHINGTON COUNTY CONSOLIDATED COMMUNICATIONS AGENCY
Call Taking Manual



## Process of Handling Incomplete 911s from Cell Phones



Revised 11-09-15
Approved 12-13-17 (TAC)

---

### ANI/ALI Failure on Landlines

If incorrect or no information appears in the ANI/ALI screen, it is important to voice verify the address and phone number with the caller. If you receive the message "*RECORD NOT FOUND*", the computer does not have address information on file for the listed telephone number. Fill out an ALI error report if applicable. These reports, when submitted, are sent directly to IT.

### DUPLICATE CALL IDENTIFICATION

High profile incidents such as major traffic accidents, structure fires, riots/fights in public area, shootings, etc can and do generate multiple callers. Identify the caller's



level of involvement (witness, victim or another involved person) and determine if the information they are providing has already been obtained, is an update to an existing incident or is a separate incident in the same location. Some commercial buildings, public parks or highways may have unrelated emergencies occurring in close proximity at the same time (Intel campuses, Hagg Lake).

After determining that a caller is making an additional report to an existing incident (same verified location and type of incident), the call taker should obtain the caller's name and contact phone number. Any additional or updated information should be added to the original incident. This information is important for the response to an incident. It may also be important for the subsequent investigation and provide a key piece of information that may otherwise be delayed in obtaining.

The CAD system also provides a duplicate call warning box. Duplicate call warnings will only be received within the predetermined distance (2000 feet) from the location being geo-verified.



It is the caller taker's responsibility to verify if the call is a duplicate report. Verification is based on location, type of incident being reported and the details provided. If you are not sure if the information being received is the same then generate a new incident. If you have verified that the information being received is related to the already existing incident, you can use the append feature in CAD and add the caller's name, phone number and other information needed into the call.

Anytime you are receiving new information about an existing call where there is an indication of a new responder/caller safety concerns, you can create a new higher priority call, append to the existing call or add the new information to the existing call followed with sending an urgent message (UMS) to the dispatcher.

## UPDATING INFORMATION

In-progress emergencies often require a caller taker to send a call for service to the dispatcher to start a response while additional information is obtained. Examples of this type of incidents include robberies, assaults, disturbances involving weapons, drunk or

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 28 of 177



reckless drivers, kidnap/hostage situations, large spreading fires and hazardous situations. New or updated information should be added to the call as soon as it's received so that the dispatcher can update responding units.

Examples of Updates
- Status of the connection to the caller – line disconnected, attempting call back (successful or unsuccessful) or a trace is being attempted, open line, nothing heard only background sounds heard (identify if possible – TV, radio, etc.).
- Caller has advised they have no further information or are unwilling to provide information that has been requested. The abbreviation "NFI" or "no further info" is acceptable. Or if applicable, "caller is not willing to provide more information."
- When locations change for subjects, suspects or victims
- Escalating circumstances that require additional units to respond or fire/EMS units to stage until the scene is secure.
- De-escalating circumstances that may allow officers to slow their response or reduce the number of responding units.

NOTE: When updating calls with information that changes the response level or elevates the risk to responders or community members, use "ACN" to add the information to the narrative which will automatically send the dispatcher a notification. If "ACN" was not used to add the information to the narrative, "UMS" the update to the dispatcher.

## CLOSING/ENDING THE CALL

Leave the caller with a clear understanding of what action you will be taking
e.g. "*I will send the call to dispatch and an officer will contact you.*"

The caller should be thanked for information given and taking the time to call. Do not promise service that you as a caller taker do not have control over.
e.g. "the officer's will be there shortly" "an officer will call you in a few minutes" "the ambulance will arrive in 5 minutes"

Ask the caller what they would like done (contact from an officer via phone or in person, no contact needed)

## CANCELLATION OF CALLS

If a call taker has already sent a call to dispatch, the call taker cannot just cancel it out of the queue. The cancellation information needs to be added to the call and a notification needs to be sent to the dispatcher. The call taker can message the

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 29 of 177



dispatcher the cancellation information after adding it the call or use "ACN" to add the information to the narrative which will automatically send the dispatcher a notification. Once the dispatcher acknowledges the information regarding a cancellation they will disseminate the information to the field units. Any calls cancelled prior to service must include remarks as to the reason for the cancellation and by whom.

If a call taker is still processing a call and the request to cancel has been made by the caller prior to sending the call to dispatch, best practice is that the call talker "files" the call using the cancel button in the ECT. The cancellation information needs to be added to the call either prior to filing or as a comment during the filing process.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 30 of 177



# Call Types & EMD

❖ Police

  ▪ Priorities

  ▪ Call Types

❖ Fire

  ▪ Call Types

❖ EMD

❖ References

  ▪ Glossary of Medical Terms

  ▪ Call Type Charts

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 31 of 177



# POLICE CALL TYPES & PRIORITIES

All calls for service, regardless of type, require the same basic questions be asked each time (see Call Taking 101). The use of CAD call types allows call takers to accurately code calls for service by the nature on the incident and also allows police and fire/EMS users to determine priorities in advance based on the individual situation.

Police Priorities

Response priorities are based on **imminent** threats to life and/or property, **immediate** threats to life and/or property and **routine** calls for assistance.

*Note: The priority listed with the call type is the default priority. Consider raising or lowering depending on individual call details.*

**Priority 1**

An **emergency** where there appears to be an **imminent** threat to life or property.

- In-progress violent calls that indicate severe physical harm is being inflicted with or without a weapon.
- Burglary in-progress of an occupied building.
- Disturbance call involving a weapon.
- Physical disturbances involving 3 or more adults.

**Priority 2**

An **emergency** that is occurring now or just occurred and there appears to be an **immediate** threat to people or property.

- In-progress call that indicate minor to moderate physical harm is being inflicted *without* weapons present.
- Situations that may lead to violence without immediate officer assistance.
- Time critical in-progress calls where law enforcement is needed to stop potential criminal activity and protect community members.
- Traffic accidents with injury or unknown injury.

**Priority 3**

A call where law enforcement may take some type of prevention, deterrence or apprehension

**Priority 4**

Cold crimes.

**Priority 5**

Public assistance, code enforcement, ATL's, area checks and messages.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 32 of 177



Police Call Types

**In addition to routine call taking questions**, the following list of **Police Call Types** note questions that can/should be asked on individual types of incidents. It is not all inclusive.

NOTE: **LIMITED DUAL** means in order to get a medical/fire response *with* police, the call taker MUST select the medical/fire call type.  Selecting the police call type WILL NOT create a medical/fire call.

**ABUSE – Abuse/Neglect (child or adult)**          **PRI: 3**
*Unattended children in a vehicle, child being physically assaulted, elder abuse. May be reported by mandatory reporters (school personnel, doctors or other health personnel, religious organization personnel, Department of Health & Human Services).*
- Time Delay
- If medical is needed, use **AST** and triage via APCO EMD
- Suspect information

**ABV – Abandon Vehicle**          **PRI: 5**
- Length of time the vehicle has been there
- Vehicle description
- If time allows, run the license plate number or vehicle identification number (VIN) for wants; **if stolen**: change call type to **RSV**
- If it is a hazard, note it in the call or considering using **HAZ**

**AFD – Assist Fire Department**          **PRI: 3**
*Request for police officers to assist firefighters, EMS, fire investigators. This call type is rarely used as a call taker.*

**AIR – Aircraft Incident (INFO WAIR)**          **PRI: 2 (LIMITED DUAL)**
*Aircraft that has already crashed, is in distress and about to land, is on the ground and on fire (no crash).*

<span style="color:red">**USE THE FIRE CALL TYPE TO CREATE AN AIR INCIDENT CALL – this allows for the right response based on the call details. If you use the police call type AIR it will NOT generate a fire/medical response.**</span>

***AIR 1 –*** *known or suspected operational defect, should not normally cause serious difficulty in achieving a safe landing.*
***AIR 2*** *– known or suspected operational defect that affects normal flight operations to the extent that there is danger of an accident.*

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 33 of 177



*AIR 3* – *an aircraft incident/accident has occurred on or near the airport (aircraft confirmed down/crash).*

*If a report of an air incident is received from the HB Airport, then enter the appropriate alert level call type (AIR 1 – Alert 1, AIR 2 – Alert 2, AIR 3 – Alert 3) from the level provided; if an alert level is not provided or if unknown or in doubt use AIR 2. All will generate a police AIR incident.*

*If a report of a crash or possible crash is reported by a community member use AIR 2 and upgrade accordingly.*

**ALA – Alarm, Audible**                    **PRI: 3**
**ALP – Alarm, Panic**                       **PRI: 2**
**ALS – Alarm, Silent**                       **PRI: 2**
**ALR – Alarm, Robbery**                   **PRI: 2**

*Alarm company reporting an audible, panic, silent or robbery/hold-up alarm. Community member reporting an audible alarm at a home or business (if they think it is a fire alarm use the fire call type ALFR or ALFC).*

- Name of the alarm company and call back phone number
- Name on the account
- Premise phone number
- Alarm zone information
- Alarm trip time
- Permit number
- Responsible party information
- Give Dispatcher number and CAD incident ID to alarm company for reference

ONLY alarm companies can cancel an alarm. If a homeowner calls to attempt to cancel, advise them to contact their alarm company. Alarm companies have code words provided by the homeowner that allow cancellation. Document in the call if a homeowner attempts to cancel.

**ALO – Alarm, Other**                        **PRI: 2**
*Any reported alarm that does not fit the other alarm call types. Sentinel/3SI – user installed or tracking device type alarm.*

**ANM – Animal Complaint**                 **PRI: 4 (LIMITED DUAL)**
*Aggressive dog, barking dog, dog locked in a vehicle*
- Animals locked in cars during the months of June-September or anytime of obvious distress upgrade to a priority 2 (see SOG 5).



- **ANB/ANB1/ANB1B** – these are medical dual call types. However, you will only get a priority 4 animal call on the police side, so upgrade priority if needed.

**IF A CALLER IS REQUESTING MEDICAL FOR A DOG BITE, USE THE APPROPRIATE MEDICAL CALL TYPE TO CREATE THE CALL – this allows for the right response based on the call details. If you use the police call type ANM it will NOT generate a medical response.**

**AOA – Assist Agency**                                        **PRI: 3**
*Request for assistance from another law enforcement or government agency.*
- Requesting agency name and nature of request
- If the agency is on scene, obtain identifiers, vehicle information and if they're armed.

**ARS – Arson**                                        **PRI: 3**
*Request from fire for assistance on a suspicious fire investigation. Rarely used as a call taker. Usually call type changed after initial investigation.*

**ASL – Assault**                                        **PRI: 3**
- Time delay (is in progress or just occurred, consider using **DIS/DOM**)
- If medical is needed, use the "Add Agency" function to create a medical response using **AST** as the call type and triage via APCO EMD
- Does medical need to stage?
- Suspect information

**ASLW – Assault with Weapon**                        **PRI: 1 (DUAL RESPONSE)**
- Time delay
- What type of weapon (handgun, rifle/shotgun, knife/sword, explosive)?
- Suspect description
- Number of victims, extent of injury (triage via APCO EMD)
- Suspect vehicle description
- Direction of travel
- Provide safety admonishment
- **If active shooter (see SOG 52)**

**ASP – Assist Person**                                        **PRI: 4**
*Non-specific request for service that does not call into any other category. Commonly used for request for information.*

**ATL – Attempt to Locate**                                        **PRI: 5**

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 35 of 177



*Reckless drivers, person of interest, vehicle involved in a crime, officer safety information*
- Last known location
- Time delay
- Direction of travel
- **Reckless driver:** obtain driving behavior (high speed, tailgating, dangerous passing, weaving)
- **Officer safety information:** obtain specific detail on threat or hazard. If information is from another agency, ask if probable cause (PC) exists for arrest.

**BHI – Behavioral Health Incident                    PRI: 2 (LIMITED DUAL)**
*(Stage medical as a precaution) – If there is **NO MEDICAL COMPONENT**, consider **WCK/JUV/DIS/SSP**, etc.*
- Is the subject a threat to themselves or others?
- Is the subject violent or combative?
- Weapons or access to weapons?
- Under the influence of drugs or alcohol?
- Mental health diagnosis?
- Taking any prescribed medication?
- Location of the subject?
- Is there someone with them?
- Have they barricaded themselves?
- <u>Provide safety admonishment</u>

**<span style="color:red">USE THE MEDICAL CALL TYPE TO CREATE A CALL WHEN THERE IS A NEED FOR BOTH POLICE AND MEDICAL – this allows for the right response based on the call details. If you use the police call type BHI it will NOT generate a medical response.</span>**

NOTE: For persons experiencing a mental health crisis, call takers can refer callers directly to the Washington County Crisis Line **and/or** send a dual-response BHI call for service.

**BS – Boat Stop                                PRI: 3**
*Self-initiated by an officer who is stopping a boat (just like a traffic stop)*

**BTH – Bomb Threat                            PRI: 3**
- <u>Provide safety admonishment</u>
- Location of caller and device (in a vehicle, on a building)
- <u>**IF**</u> notification was given by the suspect with regards to the location of the device, obtain detailed information on:

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 36 of 177



- o How was the threat received (note/letter, phone call, email)?
- o What exactly did the suspect say?
- o Time frame/deadline given? What is it?
- o What is the time delay between notification and report?
- o Did the suspect make any demands?
- o Backgrounds sounds (traffic, mass transit, music, voices)
- **IF** the caller has seen the device:
  - o What does it look, sounds or smell like?
- Any suspicious activity or people in the area?
- Is the area around the device being evacuated?

**Confirmed EXPLOSION** – if in a public venue use **MCW**, if house **RFIRE**, if business or multi-family dwelling **CFIRE**, also consider **HAZMAT** if the circumstances reported warrant it.

**BURG – Burglary Cold**       **PRI: 4**
**BURGP – Burglary In-Progress**   **PRI: 2**
        **\*\* Change to PRI 1 if building is occupied \*\***
*Entering a residence or building with the intention to commit a crime.*
- Time delay
- Point of entry
- If the caller feels safe, have them go to a location of safety (neighbors, etc.) put the information of the new location in the comments.

**If in-Progress:**
- Is the suspect still inside? If so, <u>provide safety admonishment</u>
- Suspect description
- Suspect vehicle description
- Direction of travel
- Any pets in the home?
- Tell the caller to limit their movement and handling of property to preserve evidence in the event that a K9 track is possible to attempt to locate the suspect.

**CAMP – Camp**          **PRI: 5**
*Illegal camping, homeless camps*
- How many people/tents?
- Is the camping/camper causing any hazards?
- How long have they been there?

**CC – Community Contact**     **PRI: 3**
*Self-initiated by patrol where contact is made with a community member regarding non-criminal activity.*

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 37 of 177



**C2C – CAD to CAD (for Police)**　　　　　　**PRI: 2**
*Not used as a call taker. This is the call type you will see when a non-MAJCS partner in the metro area sends WCCCA a call for service vis the CAD interface.*

**CIV – Civil Standby**　　　　　　　　　　**PRI: 5**
**CIVE – Civil Enforcement**　　　　　　　　**PRI: 4**
*Self-initiated activity by a civil deputy. Not used as a call taker.*

**COV1 – Cover Officer Request**　　　　　　**PRI: 2**
*Dispatcher/outside agency request for police for Code 1 (non-emergency) cover.*
- Location of responder (may be different from the incident location).

<span style="color:red">**COV3 – Cover Officer Request**　　　　　　**PRI: 1**</span>
<span style="color:red">*Dispatcher/outside agency request for police for Code 3 (emergency) cover.*</span>
- <span style="color:red">Location of responder (may be different from the incident location).</span>
- <span style="color:red">CODE 0 – imminent life-safety threat to officer/deputy</span>
- <span style="color:red">Weapons involved? Shots fired?</span>
- <span style="color:red">Are there injuries? Stage medical using AST call type.</span>

<span style="color:red">**CPR – Assist Fire CPR (AED)**　　　　　　**PRI: 1 (DUAL RESPONSE)**</span>
<span style="color:red">*Dual response with Fire/Medical to assist with life saving measures*</span>
- <span style="color:red">This call type is created when the medical call type CPR is used</span>
- <span style="color:red">If the caller advises of DNR (Do Not Resuscitate) paperwork, add the information to the call</span>

**CRM – Criminal Mischief**　　　　　　　　**PRI: 4**
**CRMP – Criminal Mischief In-Progress**　　　**PRI: 2**
*Damage to property (toilet paper/eggs thrown on houses, vehicle keyed)*
- Time delay
- What was damaged?
- Suspect information

**If in-progress:**
- Suspect descriptions
- Are weapons involved?
- Suspect vehicle description
- Direction of travel

**DEATH – Dead Body**　　　　　　　　　　**PRI: 3**
*Police-Only response for confirming suspected death.*

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 38 of 177



Use this call type after triaging via the APCO EMD cards and it was determined the patient is deceased (cold and stiff).

**DO NOT** use this call type for a suspicious death or an unattended death that may be the result of a suicide, homicide or accident. This may be determined by the description of the environment and/or surroundings where the suspected dead body is found (hanging from a rope by the neck, signs of disturbance like damaged furniture, found caught in a piece of machinery). Use **SUA** or **SSC**.

**DETAIL – Detail**                                      **PRI: 5**
*Used for special assignments (parades, funeral escorts, etc.). Usually self-initiated by police.*

**DHS – DHS Referral**                                   **PRI: 4**
*Requests for DHS referrals generated via the records department at the PD. They use this call type to track these requests within the police department.*

**DIS – Disturbance/Fight**                              **PRI: 2**
**DISW – Disturbance w/ Weapon**                         **PRI: 1**
*One person or a group of people physically fighting, one or two people physically fighting.*
**If physical disturbance involving 3 or more adults; upgrade to priority 1**
- Is the dispute **physical** or **verbal**?
- Separated or still fighting?
- Are weapons involved? And, if so….
  - What type of weapon?
  - Who has it now?
  - Where is it now?
- Are there any injuries? If yes, was the victim choked or strangled?
  *\*\*\*stage medical using AST call type\*\*\**
- Suspect description
- If the involved people leave, obtain the following:
  - On foot or in a vehicle
  - Vehicle description
  - Direction of travel
- Provide safety admonishment

**DOM – Domestic Disturbance**                           **PRI: 2**
**DOMW – Domestic w/ Weapon**                            **PRI: 1**
*A verbal or physical dispute between persons who have a relationship (spouse, partner, boy/girlfriend, parent, child, extended family members etc.).*
- Is the dispute **physical** or **verbal**?

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 39 of 177



- Separated or still fighting?
- Are weapons involved? And, if so….
  - What type of weapon?
  - Who has it now?
  - Where is it now?
- Are there any injuries? If yes, was the victim choked or strangled?
  *****stage medical using AST call type*****
- Suspect description
- If the involved people leave, obtain the following:
  - On foot or in a vehicle
  - Vehicle description
  - Direction of travel
- <u>Provide safety admonishment</u>

*NOTE: Addresses of domestic abuse/battered women's shelters are usually confidential and significant caution must be exercised in giving either location or contact information over the air or when adding notes to a call.  Information is maintained on file (hazard file) in CAD.*

## DR – Drowning                          PRI: 2 (LIMITED DUAL)
TRIAGE VIA APCO EMD USING **DR/DR1**

<span style="color:red">**USE THE FIRE CALL TYPE TO CREATE A DROWNING CALL – this allows for the right response based on the call details. If you use the police call type DR it will NOT generate a medical response.**</span>

## DUI – Drunk Driver DUII (or suspected)        PRI: 2
*Caller following suspected impaired driver*
- Current location and direction of travel – **obtain and update current location information frequently**
- Suspect vehicle description
- Driving behavior (weaving back and forth, crossing center line, erratic speeds, visible open container)
- Number of occupants
- <u>Provide safety admonishments</u>

## ESC – Escapee/Walkaway                PRI: 2
*Prisoner escape from restitution center or work crew (just occured)*
<u>Downgrade priority if escape did not just occur</u>
- Time delay



- Last know location for subject
- Subject description
- Location subject might go
- Method/direction of travel
- If it would be considered a walk away, use the INFO call type (if a person in custody failed to return from their job)

**EXP – Extra Patrol**                                   **PRI: 5**

*Vacation home checks, school zone patrols, high crime area patrols, self-initiated patrols by police.*

**FOL – Follow Up**                                      **PRI: 5**

*Routinely used for victims to re-contact officers/deputies with additional information on crime reports (list of stolen property, names of suspect, etc.).*
- Obtain information regarding the original incident:
  - o Location of occurrence
  - o Date of report
  - o Name of investigating officer
  - o Case/incident number
- If the original officer is not on-duty and the caller still wants contact, use the location of occurrence for jurisdiction and create a call for service

**FRD – Fraud**                                          **PRI: 4**
**FRDP – Fraud In-Progress**                             **PRI: 2**

*Counterfeit money, stolen and used credit card, firearms denials.*
- Time delay
- Type of fraud
- Suspect information

**If in-progress:**
- Use location where fraud is occurring
- Suspect location
- Suspect description
- Are weapons involved?
- Suspect vehicle description
- Direction of travel

***Regardless of where the fraud occurred, if the victim lives in Washington County their address is the one used as jurisdiction for the initial report (identity theft). If the credit card was stolen but not used yet use **THF** and the address it was taken from, if that is unknown use the victims home address.

**FWK – Fireworks**                                      **PRI: 5**

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 41 of 177



- Is there an exact address where the fireworks are being lit/set off or where they are landing?
- Is the firework DIRECTLY threatening a person or property?
- Are the fireworks EXPLODING or FLYING (illegal)?

**If incident details DO NOT meet ALL of the above criteria, code the incident at INFO (see SOG 40).**

**GMV – Game Violation**                     **PRI: 4**
*Illegal taking/killing of game or fish, spotlighting or hunting from a moving vehicle. Self-initiated by police.*

**HAR – Harassment**                         **PRI: 4**
*Harass or annoy another person by offensive physical or verbal contact, threatening or causing alarm via telephone, electronic or written threat.*
- Type of harassment
- Suspect information

**HAZ – Hazard**                             **PRI: 3**
*Disabled vehicle blocking or partially obstructing traffic lane(s), dead animals in roadway, debris in traffic lanes (mattress, ladder, mommy and baby ducks, etc.), vehicle parked blocking a fire hydrant or in a fire zone.*
- Description of hazard
- Time delay
- If mobile, direction of travel

**HMV – Home Visit**                         **PRI: 5**
*WCSO Civil Deputy or Parole & Probation self-initiated for sex offender checks, verification of residence for those on parole or probation, etc.*

**HOM – Homicide**                           **PRI: 3**
*This call type is not used initially, but can be changed once the crime scene has been identified as a homicide. Usually changed at the request of a field user.*

**HRI – Hit and Run Injury**                 **PRI: 2 (DUAL RESPONSE)**
**HRU – Hit and Run Unknown Injury**         **PRI: 2 (DUAL RESPONSE)**
**HRN – Hit and Run Non-Injury**             **PRI: 4**
- Time delay
- Mechanism of crash (T-bone, head-on, rear end, etc.)
- Are there injuries?
- Suspect vehicle description
- Direction of travel

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 42 of 177



- Are there hazards (blocking, fire, fluids, wires down, etc.)?
  **\*\*add fire using SERV/CAR/MISCN\*\***
- Witness information
- Patient information
- <u>Provide safety admonishments</u>

**INC – Incomplete 9-1-1**                                    **PRI: 2**
*Hang-up or open line calls from landlines or wireless callers.*
**Refer to "Processing Incomplete or Abandon 9-1-1 Calls" flow chart and the "No Record Found No Action" phone number list.**

**INFO – Information**                                         **PRI: 5**
*Incidents that **DO NOT** require a response (notification of permitted event, outside agency doing surveillance at a location, information about a crime without victim contact, walk-away from the restitution center).*

**JUV – Juvenile Problem**                                    **PRI: 5**
*Used for nuisance type incidents that do not require immediate response (loitering, skateboarding in an area where it's prohibited, curfew violations, skipping school, etc.). If the situation does require an immediate response, consider using a more specific call type (**DIS/DOM**) and note that a juvenile or juveniles are involved.*

**JUVM – Juvenile Missing**                                   **PRI: 2**
*Missing children under 12 years of age, children with mental/physical health issues or disabilities or children who disappear under unknown circumstance.*
**Use the child's home address for jurisdiction *UNLESS* just occurred – then use the last known location.**

- Time delay
- Description of child, including their name
- Method of travel
- Any place child likes to go?
- Familiarity to area/Trimet?
- What steps have been taken to locate the child?
- Was the child alone?
- Is custody a factor? If so, who has custody and/or visitation?
- Medical or mental health issues?
- Does the missing subject have a cell phone?

**JUVR – Juvenile Runaway**                                   **PRI: 3**
*Child or teenager who leaves by their own decision.*
**Use child's home address for jurisdiction.** Parent or legal guardian must sign a runaway report.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 43 of 177



- Time delay
- Method of travel
- Medical or mental health issues?
- Any place child likes to go?
- Does the child have a cell phone?

**K9 – K9 Unit Request**                                    **PRI: 2**
*Request for a drug or tracking K9 for a person or article search by another agency.*
- Be specific in the request when creating the call for service
- Get information about best way to enter the scene or if there is a meet up location

**KDN – Kidnap**                                    **PRI: 1**
*The action or an instance of forcibly taking someone away against their will. Included* **Custodial Interference***; children being taken by force by non-custodial parents or other relatives.*
- Time delay
- Where was the victim last seen?
- Method of travel
- Victim description
- Suspect description
- Suspect vehicle description
- Direction of travel
- Are there weapons?
- Are there injuries?
- Medical or mental health issues for the victim?
- Does the person the victim left with have a cell phone? Does the victim? (**DO NOT** have anyone try to call it unless responders request it).

**LTR – Littering**                                    **PRI: 5**
*Used for reported incidents of illegal dumping of trash.*
- Suspect information

**LIQ – Liquor Law Violation**                                    **PRI: 4**
*Selling alcohol to a minor, selling alcohol to an obviously intoxicated person, furnishing alcohol to a minor.*
- Time delay
- Suspect description
- Associated vehicle description

**MCW – Mass Casualty w/ Weapons**                                    **PRI: 1**

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 44 of 177



*Use for any report of someone shooting in a public venue or common space (you do not have to have confirmed injuries/victims), car into a crowd, confirmed bomb explosion, someone stabbing people in a public venue or common space.*

- Identify the type of weapon being used
  - o  Who has the weapon?
  - o  Where is the weapon now?
- Is the victim still be threatened?
- Suspect description
- Suspect vehicle description
- Number of patients and types of injuries (attempt to give pre-arrivals, if possible)
- <u>Provide safety admonishment</u>
- **If active shooter: SEE SOG 52**

**MIP – Minor in Possession of Alcohol/Drugs        PRI: 4**
*Minors (under 21 years of age) in possession of cigarettes, drugs or alcohol.*
- Subject descriptions

**MIPP – Minor in Possession Party                        PRI: 3**
*Reports of juvenile or underage parties involving alcohol or drugs.*
- Approximate number of attendees
- If unknown address, description of where the party is occurring
- Associated vehicles

**MNC – Menacing Cold                                        PRI: 3**
**MNCP – Menacing In-Progress                        PRI: 2**
*Brandishing, pointing and/or threatening someone with a weapon (gun, knife, baseball bat, etc.).* ***If suspect still on scene, upgrade to priority 1****
- Description of what is happening
- Type of weapon being used
  - o  Who has the weapon?
  - o  Where is the weapon now?
- Suspect description
- Suspect vehicle description
- Direction of travel
- <u>Provide safety admonishment</u>

**MOA – Motorist Assist                                        PRI: 5**
*Non-blocking, non-hazard causing stalled or disabled vehicles.*
- Vehicle description
- Time delay

**MR1 – Marine Rescue (Non-Imminent)                PRI: 2 (DUAL RESPONSE)**

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 45 of 177



***Non-imminent*** *emergencies where help is needed but only accessible by water.*
**MR2 – Marine Rescue (Imminent)                    PRI: 2 (DUAL RESPONSE)**
***Imminent*** *emergencies where help is need but only accessible by water.*
**(see INFO WMARINE)**


**MRP – Marine Patrol                                PRI: 3**
*Self-initiated by WCSO Marine Patrol on Hagg Lake. Boating inspections and violations.*


**MSG – Message                                        PRI: 5**
*Messages for police users currently on duty (If not on duty, the caller can be referred to the business office or records department for the officer's agency).*
- Include officer name and unit number in the "Priority Info" field of the ECT


**MSP – Missing Person (Adult)                    PRI: 3**
*Missing adults*
**\*\*Use the persons <u>last known location</u> in the location field of the ECT when creating the call for service for police\*\***
- If endangered, upgrade priority:
  - Identify <u>how</u> they are endangered (required medications, use of sign language to communicate, etc.)
- Time delay
- Subject description
- Subject vehicle description
- Locations subject likes to go
- Are they a Project Lifesaver client?


**NOI – Noise Complaint                            PRI: 5**
*Loud parties, construction noise, etc.*
- Description of the noise


**OPN – Open Door                                    PRI: 3**
*Report of a door or window open at a residence or building*


**ORD – Ordinance Violation                        PRI: 5**
*Self-initiated by civil deputies and community service officers in enforcement of local or state ordinances.*


**OVD – Overdose                                    PRI: 2 (LIMITED DUAL)**
*Anything accidentally or purposefully ingested (pills, alcohol, cleaning materials, batteries).*

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 46 of 177



- Use **SUA** if it is an overdose <u>and</u> there is a weapon used or threatened and consider upgrading to a priority 1
- TRAIGE VIA APCO EMD – **OVD/OVD1**

**USE THE FIRE CALL TYPE TO CREATE AN OVERDOSE CALL – this allows for the right response based on the call details. If you use the police call type OVD it will NOT generate a medical response.**

**PRK – Parking Complaint**                **PRI: 5**
- Vehicle description
- If time allows, run the license plate through DMV/LEDS/NCIC to determine if the vehicle is stolen. If it is, use **RSV**.

**PRM – Premise Check**                **PRI: 4**
*A security check. Usually self-initiated, but can be called in by a community member.*

**PROP – Property Lost/Found**                **PRI: 5**
*Lost or found property that was not stolen.*

**PSH – Promiscuous Shooting**                **PRI: 4**
*Reports of shots in an area that are heard only.*
- Time delay
- Description of shots (single shot, multiple shots, loud/booming shot, popping sound)
- Other suspicious sounds or occurrences (vehicle heard leaving the area at a high rate of speed, sounds of running footsteps, voices, etc.)

**PUR – Pursuit**                **PRI: 2**
*Vehicle chase by law enforcement. Self-initiated by a field unit or dispatcher.*

**PWL – Prowler**                **PRI: 2**
*A person observed near a residence or commercial business actively looking in windows, climbing over a fence or checking entry points.*
- Does the caller still see the subject? If not, where were they last seen?
- Suspect description
- Direction of travel
- Are weapons involved?
- HEARD ONLY:
  - What was heard?
  - Where did the sound come from?

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 47 of 177



o   When was the sounds last heard?
- <u>Provide safety admonishment</u>

## RBA – Robbery Armed                              PRI: 1
*A theft where the suspect uses or threatens to use a weapon.*
- **If not in progress or did not just occur downgrade the priority**
- Time delay
- Weapon or implied weapon (letter/note, hand gun, long gun, explosive device)
- Suspect description
- Suspect vehicle description
- Are there any injuries? If yes, use **AST** and triage via APCO EMD
- <u>Provide safety admonishment</u>

## RBS – Robbery Strong Arm                         PRI: 2
*A theft where the suspect uses physical force (suspect fights or pushes employees at a store to get away from apprehension).*
- Time delay
- Suspect description
- Suspect vehicle description
- Direction of travel
- Are there any injuries? If yes, use **AST** and triage via APCO EMD
- <u>Provide safety admonishment</u>

## RSV – Recovered Stolen Vehicle                   PRI: 4
- Upgrade priority if occupied, moving or person seen near the vehicle
- Vehicle description
- If time allows, run the license plate through DMV/LEDS/NCIC to verify that the vehicle is stolen
- If tow company calls to report a recovered stolen, use the location the vehicle was found as the call location (not the tow lot address).

## RSX – Sex Offender Registration                  PRI: 5
*Self-initiated by police for sex offender annual registration or change of address.*

## SAR – Search and Rescue                          PRI: 3
*Self-initiated by police for a formal search by trained personnel using specialized tools and techniques (missing endangered person, missing hunter, etc.).*

## SPC – Suspect Contact                            PRI: 3
*Self-initiated by police when they are contacting a suspect of a crime.*

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 48 of 177



**SS – Subject Stop**                                          **PRI: 3**
*Self-initiated by police to identify person(s) in a specific area, usually on foot.*


**SSC – Suspicious Circumstance/Activity**          **PRI: 3**
*Anything that is out of the ordinary or doesn't look normal (unlocked door that is usually locked, lights in a normally dark area, suspicious package, etc.).* **If related to a bomb threat, use BTH call type.**
- Description of unusual circumstance


**SSP – Suspicious Person**                          **PRI: 3**
*A person acting strange (checking the doors of buildings/businesses or parked vehicles, appearing to be hiding in the shrubbery, etc.).*
- Time delay
- Subject description
- Description of the unusual behavior
- Suspect vehicle description
- Direction of travel


**SSV – Suspicious Vehicle**                          **PRI: 3**
*A vehicle that is not familiar in the neighborhood or is out of place (broken windows, punched ignition, flat tires, etc.).*
- Time delay
- Vehicle description, including license plate
- Description of occupants
- Description of unusual circumstance
- If time allows, run the license plate through DMV/LEDS/NCIC to determine if the vehicle is stolen. If it is, use **RSV**.


**STV – Stolen Vehicle**                              **PRI: 4**
**STVP – Stolen Vehicle in Progress**                **PRI: 2**
- Time delay
- Vehicle description
- Is the caller the owner?
**If in progress:**
<span style="color:red">**Upgrade to priority 1 if weapons are involved or consider using RBA**</span>
- Time Delay
- Direction of travel
- Tracking device or cell phone in the vehicle?
- Suspect Description
- Were the keys in the vehicle?
- How much gas in the vehicle?

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 49 of 177



**SUA – Suicide Attempt**                              **PRI: 2 (DUAL RESPONSE)**
*Used for attempts in progress, actual self-harm or successful attempts. Triage via APCO*
*EMD guide card for **BHI**. If overdose, use **OVD**.*

**SUT – Suicide Threat**                              **PRI: 2**
*Used for threats where there is no immediate access to a means*
- If caller is not with subject, obtain time delay
- Does the subject have a plan? What is it?
- History of attempts
- Mental health diagnosis
- Did the subject injure themselves?
- Will the subject be cooperative with responders?
- <u>Provide safety admonishment</u>

**SV – Suspicious Vehicle**                              **PRI: 3**
*Self-initiated by officer stopping a vehicle or going out with a vehicle other than a traffic*
*stop.*

**SWAT – Swatting**                              **PRI: 5**
*This call type is not used initially, but can be changed once the situation has been*
*identified as a swatting call. Usually changed at the request of a field user.*

**SXE – Sex Crime Expose**                              **PRI: 4**
*Subject exposing their genitals with intent to arouse or masturbating in public.*
- Time delay (if occurring now, upgrade to priority 2)
- What was the subject doing?
- Suspect description
- Are weapons involved?
- Any drug or alcohol use?
- Suspect vehicle description
- Direction of travel

**SXA – Sex Crime Adult**                              **PRI: 2**
*Rape, Sodomy or Sex Abuse involving an adult*

**SXJ – Sex Crime Juvenile**                              **PRI: 2**
*Sexual exploitation, manufacturing and distributing pornography, online enticement for*
*sexual acts, prostitution or sexual molestation involving a child.*
- Time delay
- What occurred
- Victim and Suspect description
- Are there any injuries? If yes, use **AST** and triage via APCO EMD.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 50 of 177



- Refer to **AST** APCO EMD guide card for pre-arrival instructions for victims.

**TAI – Traffic Accident Injury**                    **PRI: 2 (DUAL RESPONSE)**
**TAU – Traffic Accident, Unknown if Injury**    **PRI: 2 (DUAL RESPONSE)**
**TAN – Traffic Accident Non-Injury**            **PRI: 4**
*Refer to **TAI** guide card*
- Are there injuries?
- Mechanism of the crash (T-bone, head-on, rear end, etc.)
- Are there entrapments/ejections?
- Involved vehicle descriptions
- Hazards (blocking, fire, fluids leaking, wires down, etc.)
  *add fire using **SERV/CAR/MISCN***
- If non-injury and blocking, upgrade priority
- Patient information
- Provide safety admonishment

If time allows, instruct involved drivers to move their vehicles and start exchanging vehicle, insurance and driver license information if it is safe to do so.

NOTE FOR ALL TRAFFIC ACCIDENT CALLS:
Mechanism is not the only determinant for choosing a call type. Take into consideration the information the caller has provided. If the caller verified there are NO injuries then mechanism does not determine response.

Examples:
- Non-injury, non-blocking = **TAN**
- Non-injury, blocking = **TAN** (upgrade priority)
- Head-on, verified non-injury = **TAN**
- T-bone, unknown injury = **TAI**
- Single vehicle rollover, verified non-injury = **TAN**

**TESTP – Test Call Police** *(internal use only)*          **PRI: 5**

**THF – Theft**                                         **PRI: 4**
**THFP – Theft in Progress**                            **PRI: 2**
- Time delay
- What was stolen?
- Suspect information
**If in progress:**
- If weapons involved, use **RBA**
- If the suspect was physically violent, use **RBS**

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 51 of 177



- Suspect vehicle description
- Direction of travel

**THFC – Theft Shoplifter in Custody**                    **PRI: 3**
- Time delay
- Is the suspect violent or combative?
- Suspects name and date of birth
- Total dollar amount of theft

**TRAIN – Train Accident**                    **PRI: 1 (DUAL RESPONSE)**
*Use for both commercial rail (freight) and light rail (Trimet MAX, WES) accidents, derailments or fires.*
*Refer to the **TRAIN** guide card*
- DO NOT use for auto vs train, pedestrian vs train or medical emergencies on a train. Use **TAI** or the appropriate **APCO EMD** call type.

**TRD – Traffic Detail**                    **PRI: 5**
*Self-initiated traffic enforcement in a specific geographic location.*

**TRF – Traffic Complaint**                    **PRI: 3**
*Used for reports of traffic issues when the caller wants police contact.*
- Time delay
- Details of complaint
- Vehicle description
- Direction of travel

**TRP – Trespass**                    **PRI: 4**
*Reports of someone returning to a location after being told not to, entering posted property (No Trespass).*
- Determine the caller's relationship to the involved physical location (e.g. owner, employee, etc.)
- Determine time delay of occurrence to the time of report
- Description of suspect(s)
- Are/were weapons involved?
- Establish why the caller thinks the incident is a criminal trespass

**TS – Traffic Stop**                    **PRI: 3**
*Self-initiated by police when they stop a vehicle*

**UNW – Unwanted**                    **PRI: 2**
*Reports of someone failing to leave a premise when asked.*

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 52 of 177



- Time delay
- Suspect description
- Are weapons involved?
- Any drug or alcohol use?
- Caller's relationship to the location (e.g. owner, employee, customer, etc.)

## UTIL – Utility Notification (See INFO WUTIL)           PRI: 5
*Electricity problems notification to electric company, water problems notification to public works departments, emergency locator information.*

## VICE – Drugs/Prostitution                              PRI: 4
*Reports of drug activity, suspected drug houses, witnessed buying/selling drugs. Reports of alleged or witnessed prostitution.*
- Time delay
- Description of activity
- Suspect description

## VRO – Violation of Restraining Order                   PRI: 4
*Reported violation of court issued restraining, stalking or no-contact order.*
- Time delay (if occurring now, upgrade to priority 2)
- Description of violation
- Suspect description

**If occurring now:**
- Are weapons involved?
- Involved parties' names and dates of birth
- Suspect description
- Suspect vehicle description
- Direction of travel

## WCK – Welfare Check                                    PRI: 2
*A concern for a person (e.g. person found down, slumped over in a vehicle, out of contact with friends/family, stumbling in the road, etc.)*
- Description the situation
- Is the subject violent or combative?
- Are weapons involved?
- Suspect description
- Associated vehicle
- Direction of travel
- Any drugs or alcohol?
- Medical/mental health history

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 53 of 177



**WSV – Warrant Service**                                              **PRI: 5**
*Reports of wanted persons. May be self-initiated by police.*
- Subjects name and date of birth
- Subject description
- Any weapons or access to them?
- History of violence?
- Associated vehicle

**XPT – Transport**                                                   **PRI: 7**
*Police initiated for inmate transport from jail to court or jail to medical facility.*
*Dispatcher initiated for transport deputy request from other agencies. Not used as a call taker.*

## FIRE CALL TYPES

**In addition to routine call taking questions**, the following list of **Fire Call Types** note questions that can/should be asked on individual types of incidents. It is not all inclusive.

**AIR 1 (ALERT 1) – Aircraft Incident 1 (see INFO WAIR)**
*Mechanical issue that shouldn't affect landing*
**AIR2 (ALERT 2) – Aircraft Incident 2**
*Mechanical issue that may affect safe landing*
**AIR3 (ALERT 3) – Aircraft Incident 3**
*Aircraft confirmed down/crash*

The call types are used for incidents involving an aircraft and based on FAA Alert Levels. The Hillsboro Airport Tower will provide the Alert Level when notifying of an aircraft incident. For reports of possible crashes by community members, use **AIR2** and upgrade as necessary. This includes aircraft that have already crashed, aircraft that are about to land and aircraft that are on the ground and on fire (no crash).
- What is the problem?
- What is the ETA to the airport?
- What direction is the aircraft flying?
- What airport and runway number will the aircraft be landing?
- What is the size/type of the aircraft?
- Number of people (souls) onboard?
- Amount of fuel onboard the aircraft?
- Is there a fire?

**ALFC – Commercial Fire Alarm**

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 54 of 177



*Fire alarms at a business or multi-family dwelling (duplex, condominium, apartment)*
**ALFR – Residential Fire Alarm**
*Fire alarms in a residence*
**ALFS – School Fire Alarm**                                    **(DUAL RESPONSE)**
*Fire alarms at a school*


These calls can be reported by an alarm company or community member who hears the alarm.
- Premise name
- Premise phone number
- Zone (water flow, smoke, general)
- Trip time
- RP information (responsible party for the location)
- Community member caller: Use caution. Is it a police or fire alarm? (if unknown, send an ALA only)
- Are there any smoke or flames, detectors sounding? (if yes, upgrade to **CFIRE/RFIRE**)

Note: **ALFS** *is a dual response in Washington County only. If you are taking an ALFS in Clackamas, select* **ALFS (FD)** *in CAD.*


**BARK – Bark Dust Fire**
*Smoldering bark dust or dirt with visible smoke and no exposures.*
If there are exposures present or the area involved is larger than a car, consider using

**BRUSH/RFIRE/CFIRE.**


**BARN – Barn Fire**
*Fire in a barn or large shed (if smaller than a typical garage, consider using* **MISCF***).*
- How big is the barn?
- Is anyone inside of the barn?
- Is anyone injured?
- What are the contents of the barn? (chemicals, animals, hay, vehicles, etc.)
- Are there any exposures? (other structures, equipment, etc.)

ADVISE THE CALLER TO EVACUATE AND SHUT THE DOOR BEHIND THEM.


**BOAT – Boat Fire**
*Boat on fire.*
- What is the exact location of the boat (if in the middle of the water, use **MR2**)
- Are flames showing?

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 55 of 177



- Are there any exposures? (if parked in, under or near a structure consider using **CFIRE/RFIRE**)
- Is anyone injured?
- What color is the smoke?
- Were there any explosions?
- How big is the boat?

## BRUSH – Brush Fire
*Large open spaces that are on fire involving brush, trees or grass.*
- How big of an area is on fire? (if smaller than a car, use **MISCF**)
- Is the fire threatening any structures? (if so, you do not need to change the call type since this is already a task force response)
- What started the fire?
- What is the terrain? (hilly, flat)
- What are the wind conditions?
- What is the best way to access the fire?

## BURN – Illegal Burn (see INFO WBURN)
*Illegal burns, bon fires or camp fires.*
- Is it threatening any structures? (if yes, consider using **CFIRE/RFIRE**)
- What is being burned?
- Is the burn attended?

## CAR – Car Fire
*Passenger car, pick-up, minivan SUV or other small vehicles that are either smoking or on fire.*
- What kind of vehicle? (if motorhome or commercial truck, use TRUCK)
- Is the vehicle threatening any structures? (if yes, consider using **CFIRE/RFIRE**)
- Is anybody inside the vehicle?
- Is anybody injured?
- Are flames showing? (if yes, where are they coming from)
- What color is the smoke?
- Were there any explosions?

## CFIRE – Commercial Fire
*Visible smoke or fire inside a commercial structure or multi-family dwelling (duplex, condominium, apartment).*

If there is a smell of smoke only, use **ODOR**. If there is a smell of smoke and fire alarms/smoke detectors are sounding, use **CFIRE**. If the caller is reporting their oven is on fire and contained within it, use **MISCF**.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 56 of 177



- Are there smoke or flames inside the structure?
- What color is the smoke?
- Where is the fire located within the structure?
- How many occupants are inside of the structure?
- Is anybody injured?
- Are there chemicals involved?
- Are there exposures?
- Do you know what started the fire?

ADVISE THE CALLER TO EVACUATE AND SHUT THE DOOR BEHIND THEM.

### CHIM – Chimney Fire
*Used for any fire that is contained inside of a chimney or smoke stack. If any part of the house or roof is on fire, or there is smoke in the residence, upgrade to* **CFIRE** *or* **RFIRE***.*
- Is there are smoke or flames inside the structure?
- Are there visible flames?
- Is the chimney brick or pipe?
- Is it a fireplace or woodstove?
- Is there a rumbling noise?
- Is the wall hot?
- Is anyone inside the structure? If yes, how many?

ADVISE THE CALLER TO EVACUATE AND SHUT THE DOOR BEHIND THEM.

### FBTH – Bomb Threat
*Use to notify the BC or duty officer and the closest fire department of a bomb threat in their area.*
Used in conjunction with the police call type **BTH**. In the case of a confirmed explosion use **CFIRE/RFIRE/MCW/HAZMAT** depending on the circumstances and available information.

### HAZMAT – Hazardous Materials Incident
*Major hazardous materials incidents (spills greater than 40 gallons, pipeline incidents involving 6" or greater diameter pipes, extremely hazardous chemical spills).*
- What has spilled?
- How much has spilled? (if small spill less than 40 gallons that does not pose a serious health risk, use SERV)
- Is the spill contained?
- How big is the container?
- Is anybody injured or directly exposed? (if yes, how many people? Refer to the **TOX** APCO EMD card for medical triage and pre-arrival instructions)

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 57 of 177



- Are there any placards? (if yes, that do they say)
- Are there any exposures to waterways?
- Is a cloud forming over the spill?
- *If applicable* – what are the wind conditions?

## INFF – Information Fire

*Used for situations and information that does not require a response (training drills, alarm testing, phone messages for responders/PIO, systems out of service, etc.)*

## MISCF – Miscellaneous Fire

*Small fires that generate a single engine response (dumpster fire, small sheds, contained appliance fire, electrical problem, wires on fire/arcing/sparking, small area of grass, etc.)*

- Is the fire threatening any structures? (if yes, consider using **CFIRE/RFIRE**)
- How large is the fire? (if outside and larger than a car, consider using **BRUSH**)
- If outside – is the fire spreading? (if yes, how fast? Consider using **BRUSH**)
- If inside – do you smell any hot wires? (if yes, is the wall hot)?

ELECTRICAL: ADVISE CALLER TO TURN OFF THE BREAKER IF IT IS SAFE TO DO SO.
WIRES: TELL EVERYONE TO STAY AWAY FROM THE AREA

## MISCN – Miscellaneous Non-Fire

*Calls NOT involving fire/flames/smoke where a Code 1 response is necessary (checking extinguished fires – send a response to check the fire unless the caller is 100% sure the fire it out).*
***Newberg dispatch may call to request fire for wires down, no fire***

## MOVE UP – Move Up

*Need for a fire unit to standby at another station.*

## MR1 – Marine Assist Non-Imminent (see INFO WMARINE)

*Non-imminent emergencies that do not require a full response of the water rescue team (unoccupied boat floating down the river, a person needing non-emergent rescue where the only access is through the water).*

## MR2 – Marine Rescue Emergency

*Imminent emergencies that require a full response of the water rescue team (boating accidents, persons in distress in a body of water, missing persons presumed to be in the water).*

- What is the nature of the incident?
- What is the location or last known locations of the incident?
- How many people are in distress?

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 58 of 177



- Can the victim(s) swim or were they wearing like jackets?
- How long has the victim been in/under the water?
- What are the names (if known) and descriptions of the victims?
- Describe the associated watercraft.

## MUA – Mutual Aid
*Used for conflagration when apparatus needs to respond out of district to assist another agency.*

## NGAS – Natural Gas Leak
*Used for the smell of natural gas (or propane) inside/outside a structure or confirmed leaks or ruptures.*
- What does the caller smell? (natural gas, propane, sulfur-like smell)
- Are there any flames? (if yes, use **CFIRE/RFIRE/HAZMAT**)
- Does the caller see smoke or haze? (if yes, use **CFIRE/RFIRE/HAZMAT**)
- *If is it natural gas* – Is it a feeder or supply line? (if supply line, use **HAZMAT**)
  - Feeder line = less than 6" diameter
  - Supply line = 6" diameter or greater
- Does the caller hear a hissing or roaring sound?

IF ODOR OF GAS INSIDE A STRUCTURE: ADVISE CALLER NOT TO TURN ON ANY ELECTRICAL DEVICES, KEEP OPEN FLAMES AWAY FROM THE AREA, OPEN DOORS/WINDOWS AND EVACUATE.

## ODOR – Odor Investigation
*Report of an odor inside or outside a structure, including smoke.*
If it's a natural gas or propane odor, use **NGAS**. If an actual spill use **SERV/HAZMAT**. If there is an odor of smoke with a fire alarm sounding, use **CFIRE/RFIRE**).
- What do you smell? (if electrical, use **MISCF**)
- *If inside* - Can you see any smoke, haze or flames? (if yes, use **CFIRE/RFIRE**)

ADVISE CALLER TO KEEP OPEN FLAMES AWAY FROM THE AREA

## PA – Public Assist
*Use for non-fire requests for assistance (detector problems, lockouts, animal rescues, landing zone)*
> **Detector Problems:**
> - What type of detector is it? (smoke, carbon monoxide)
>   - *If CO detector* – Is anybody experiencing any difficulty breathing, feeling faint/light headed or have a headache? (if yes, triage via **TOX** APCO EMD card)

Page **59** of **177**



- Do you see or smell smoke? (if yes, use **CFIRE/RFIRE**)
- Is the detector beeping intermittently?
- Is the detector battery operated or hard-wired?

IF CARBON MONOXIDE: ADVISE CALLER TO OPEN DOORS/WINDOWS AS THEY EVACUATE.

### Lockouts:
- What is the subject locked inside of?
- Is the person in distress? (if yes, consider using medical call type)
- *If in a vehicle* – Is the heat or A/C on in the vehicle?
  - Is the vehicle running?
- *If in a house* – Are there any appliances on?

NOTE: Call takers do not give recommendations for locksmiths for vehicle or structure lockouts. Callers should be referred to directory assistance or the internet to find a commercial locksmith.

## RFIRE – Residential Fire
*Visible smoke or fire in a single-family dwelling or if an exterior fire is threatening a home.*
- Are there smoke or flames inside the structure?
- What color is the smoke?
- Where is the fire located within the structure?
- How many occupants are inside?
- Is anybody injured?
- Are there chemicals involved?
- Are there any exposures?
- Do you know what started the fire?

ADVISE OCCUPANTS TO EVACUATE AND SHUT THE DOOR BEHIND THEM

## SERV – Public Service
*Use for non-fire request for assistance involving removal/clean up of substances (hydrant problems, small spills, removal of water/smoke (NO FIRE) from a building)*
***Newberg dispatch may call to request Dundee Fire to check for hazards on non-injury accidents***

### Spills:
- What spilled? (if natural gas, use **NGAS**)
- How much was spilled?

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 60 of 177



- o If over 40 gallons, use **HAZMAT**
- o If 6" or greater pipe use **HAZMAT**
- Is anybody injured? (if yes, **HAZMAT/TOX**)
- Is the spill contained?
- Are there any placards? (if yes, what do they say)
- Are there any exposures to waterways or storm drains?

ADVISE CALLER TO KEEP OPEN FLAMES AWAY FROM THE AREA.

**Water Problems:**
- Is the water still running? (if yes, do they know how to shut it off? If so, have them do it)
- Are there any power exposures? (if yes, turn off breakers if it is safe to do so)
- *Out of service hydrants* – create an INFF call for the water department and fire department can be notified.

**SMOKE – Smoke in the Area**
*Visible smoke outside where the source is unknown.*

**TECHR – Technical Rescue**
*Any incident requiring technical rescue (rope rescue, earth cave-in with victims, structural collapse, confined space, high angle).*
- What happened?
- How many patients are there?
- Are they still buried or trapped?
- How far up/down are they?
- Do they have access to air?
- Is there any heavy equipment in the area running? (if yes, turn if off if it is safe to do so)

**TRAIN – Train Incident**
*Train vs. train accidents, derailments or fires involving MAX, WES or freight trains. Any incident or issue with a train inside a tunnel.*
Use **TAI** for any train vs. vehicle or train vs. pedestrian incident, consider **TRAIN** if indications of entrapment or extrication needed within the train.
- What happened?
- Is anybody injured? (if yes, how many)
- What type of train? (MAX, WES, freight, passenger)
- Is there a chemical or diesel spill? (if yes, any placards)
- Did the train derail?

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 61 of 177



- *If MAX* – is the pantograph down?

## TRUCK – Truck Fire
*Truck (larger than a pick-up), RV or bus on fire or smoking.*
- What kind of vehicle?
- Is it threatening any structures? (if yes, consider **CFIRE/RFIRE**)
- Is anybody inside the vehicle?
- Is anybody injured?
- Are flames showing? (if yes, where are they coming from)
- What color is the smoke?
- Were there any explosions?

## CFS – Call for Service
*Used by the MAJCS CAD group.*

### EMERGENCY MEDICAL DISPATCH (EMD)
*(see APCO EMD Version 5.4 / SOG 35)*

Call takers are trained and certified as Emergency Medical Dispatchers (EMD). WCCCA uses the Association of Public Safety Communications Officials (APCO) Emergency Medical Dispatch Guide Card system for handling of all medical calls for service. Call Takers attend APCO EMD certification training during the Agency's in-house call taking academy and are qualified to take medical calls for service upon completion of primary call taking training. The Agency adheres to APCO and the DPSST certification and annual training requirements to EMD's.

Call takers handle requests for medical assistance received via 9-1-1 and non-emergency lines (e.g. medical alarms called in by monitoring centers). All medical calls are to be triaged using the approved APCO EMD system: the *All Callers Interrogation (ACI)/Vital Points Questions* based on the chief medical complaint and providing either *Pre-Arrival Instructions* or *Scripted Medical Instructions* based on the reported medical emergency. If a patient is described as unconscious and not breathing normally during the ACI, CPR is to be started immediately. After sending a CAD incident for dispatch, the call taker is to transition directly into the CPR scripted medical instructions. This protocol was initiated to increase survival of sudden cardiac arrest patients by initiating telecommunicator assisted CPR (T-CPR) as soon as possible and by focusing on chest compressions only CPR unless the patient is a victim of overdose, drowning or hanging (strangulation/suffocation) or lightning strike. In those circumstances, full CPR instructions will be given (rescue breathing + chest compressions).

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 62 of 177



## Chain of Survival



There are five links in the Chain of Survival. A call taker plays a vital role in 3 of those links. The links are:

- Immediate activation of the emergency response system (9-1-1)
- Early CPR with an emphasis on chest compressions
- Rapid defibrillation (AED)
- Effective Advanced Life Support (ALS)
- Integrated Post-Cardiac Arrest Care (in the hospital)

Tips that can help get the call sent and CPR started as quickly as possible:

- Follow the ACI top to bottom (you do not need to ask any question if the answer was already provided – just fill in the answer as you move through the card)
- Not conscious and not breathing normally (send CPR call) "NO, NO, GO" – go straight to the CPR Card and begin instructions. It is not necessary nor recommended to ask if they wish to perform CPR, just begin the instructions. The caller will let you know if they do not wish to perform CPR. If the caller is not sure about consciousness status, assume not conscious. If the caller is not sure about breathing status, assume abnormal or not breathing. DO NOT delay by going back and forth, ask once, reword if needed and move on. Getting to early T-CPR can double someone's chance for survival.
- Mitigate barriers – When a patient is in a chair, on a bed, face down or any position that is not flat on their back on a hard surface (floor), you as the call taker can quickly offer a solution to help the caller get the patient to a better position for CPR. Options – pull them by their feet, grab an arm and leg and roll, tip the chair back and pull the patient out, use the bed sheet/blanket to pull them off the bed.
  *NOTE: Doing CPR in a chair or on a bed is only when a patient is on their back and an attempt to move the patient was unsuccessful. We do not recommend CPR be performed on a patient's back when face down.*

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 63 of 177



- Early in the call and often during the call, tell and remind callers that "help is on the way" – "my partner is getting help started" – "help is being dispatched", which ever applies to the actions occurring.
- Count compressions out loud with the caller (use the heartbeat feature in CAD to maintain the proper rate). It is a great distraction to them and helps the caller feel like you there for them, supporting their efforts. Having the caller count out loud provides you information that CPR has been started and allows you to adjust the caller's compression rate if needed.
- Use encouraging words for the efforts the caller is giving towards helping the patient. Do not ask additional questions once instructions have begun, unless they are on the scripted medical card, especially during CPR since often the caller will be distracted by the question and stop CPR to answer.

**Responsibilities of the EMD**

Receive and Process a Call for Emergency Medical Assistance
All medical calls should be initially triaged using the "All Callers Interrogation" card – or ACI. The information obtained should be entered into the CAD call entry screen and prioritized according to the APCO EMD guide card system.

Determine the Appropriate Level of Response: (ALS/BLS Code 1/Code 3)
Response configurations are standardized and set up in advance with input from Agency fire users and the Agency Medical Director. They are often called "predetermined response configurations" which means the type of unit(s); Advanced Life Support (ALS) and Basic Life Support (BLS), and what response mode; Hot/Code 3 or Cold/Code 1, responding to the selected call type.  Code 3 is with lights and sirens allowing for special driving privileges and Code 1 is no lights and sirens driving with the normal flow of traffic.

Complete the ACI and add required patient information to the comments section of the ECT; age, gender, consciousness. If after completing the ACI and determining that the chief medical complaint is not an "automatic Code 3 response" (see list below), proceed to the Vital Points Questions (VPQ). Make sure to add the patient's breathing status (required) and all applicable answers to VPQs into the CAD incident. During questioning, if a "critical determinant" is identified, stop and send a Code 3 call to dispatch **before** continuing with the remaining VPQ's. If after completing all of the required questions and not identifying a "critical determinant", send a Code 1 call to dispatch.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 64 of 177

WASHINGTON COUNTY CONSOLIDATED COMMUNICATIONS AGENCY
Call Taking Manual



Automatic Code 3 Response Call Types

| BR | Breathing Difficulty |
|---|---|
| CH | Chest Pain |
| IND | Industrial/Machinery Accidents |
| CVA (Stroke) | Stroke |
| UN | Unconscious |
| CPR | Cardiac Arrest |

## The APCO EMD Card Set

<u>All Caller's Interrogation card (ACI)</u>
This card shall be used on ALL medical calls (except the Traffic Accident chief complaint card which is only a reference card with the ACI questions built into the suggested questions). The questions shall be asked in descending order and you can skip questions that you already have the answer for, either because it was volunteered or observed during initial call questioning (e.g. you are talking to the patient directly, you would not ask if the patient was conscious because they are talking to you, therefore, they are). It is also not necessary to say things like "you sound conscious" or "do you feel fully conscious".

During the ACI questions, you can send the call if you have found a Code 3 determinant (e.g. CPR, Unconscious patient)

<u>Chief Complaint cards</u>
Once you have completed the questions on the ACI and determined you do not need to provide scripted medical instructions (SMI), move to the Chief Complaint card that best fits the situation being reported by the caller.  If more than one card is applicable, choose the most critical. Ask all of the vital points questions (VPQ) in descending order, making sure that if you do not read the question verbatim that you do not change the context. If you ask as written and the caller does not understand, rephrase to ask again. If you do not get an answer, move on to the next question and make note in the CAD incident. As soon as you get an answer or volunteered information that meets the Code 3 criteria, send the call and resume questioning. You are to ask all bolded questions and only ask the non-bolded if time allows. If you finish the questioning and do not have a Code 3 determinant, send the call with the appropriate call type matching the criteria for the correct ALS/BLS Code 1 response.

<u>Pre-Arrival Instructions card (PAI)</u>
Based on the chief medical complaint, each guide card has specific Pre-Arrival Instructions to be given to the caller prior to ending the call. During the VPQ's, you may

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 65 of 177



get information that would lead you to stop asking questions and immediately provide a PAI for patient care (e.g. if the patient is bleeding – stop to provide the PAI to stop the bleed). After giving the PAI, return to ask the remaining VPQs.

<u>Scripted Medical Instructions card (SMI)</u>
These are time/life critical situations and therefore quick action is necessary to discontinue questioning and move to provide lifesaving instructions. These cards are to be read verbatim, starting at the top. If the situation has moved beyond the instructions, like in the case of childbirth, move through the card to the instruction that best fits the point of care needed. If SMIs are needed, the call taker should remain on the line to provide instructions until fire/EMS responders arrive on scene. Continue to add information to the CAD incident that is relevant to responders.

Additionally, it is helpful to ask callers to unlock the door being used for entry and turn on an outside light to help responders identify the correct residence. If pets are present, callers should be asked to secure them to protect both the responders and the pets themselves as scenes of medical emergencies can be chaotic.

**Medical Turnover Calls from Metro West Ambulance**

These types of calls will occur when a medical call for service is received my Metro West Ambulance (MW) and after triaging, requires a fire response in addition to an ambulance. Since MW uses the APCO EMD Guide Card System, these calls do not need to be re-triaged. When receiving a turnover call, complete the following:
- Verify location
- Obtain Chief Complaint
- Obtain Response Recommendation
- Include any triage information provided by the MW dispatcher

**Transport Requests**

<u>ED to ED Transport Requests</u>
Triage the call per agency standards using the APCO EMD card system. The key is to get the name of the caller, noting that they are ED staff and that the ED is responsible for the patients care. If the caller is from another department of the hospital or a family member, the call will be handled both from the call taker and the dispatcher the same as any other medical call.

NOTE: If the call is from the ED and they are responsible for the patients care, Firecom may only send an ambulance, no fire unit.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 66 of 177



<u>Providence Newberg Hospital Request for Ambulance</u>
PNMC will call WCCCA directly for hospital to hospital transports by dialing a direct line and choosing the Code 3 or Code 1 option. The call will then drop to the corresponding line; "AMB_EMER" or "AMB-NON_EMER". Call takers must manually pick up these lines.

The call taker will triage the call using the APCO EMD transport reference card for Newberg Providence and choosing the appropriate call type **AMB1** for Code 1 or **AMB3** for Code 3 responses.

<u>Urgent/Immediate Care *within Wash Co*, Cedar Hills Hospital, WC Jail</u>
These locations should be calling WCCCA directly after a patient has been seen by a medical professional and it is determined they need to be taken to a hospital. To process these calls, use the transport reference card for Urgent/Immediate care, Cedar Hills Hospital and WC Jail to complete triage. Choose the appropriate call type based on the information provided by the caller: **AMBX, AMB3, AMB1.**

## Medical Call Types That Are Not "EMD Chief Complaints"

### ALM – Medical Alarm
*Medical alarms called in by an alarm company who is not able to contact the subscriber.*
- What is the subscribers name?
- Were you able to make contact?
- Premise phone number
- Access information (door code, hidden key)
- Medical history on file
- Call taker should call the premise number after sending the call to attempt contact with the patient.

### If the alarm company DOES make contact at the location:
Triage using the applicable APCO EMD card.
- If the alarm company CAN answer the Vital Points Questions (VPQ) to determine correct response, then use the information while triaging.
- Ask all VPQs that are applicable for patient situation.
- If the alarm company CANNOT answer the questions to determine correct response, send the call as Code 3 and attempt to call the premise to continue triaging the call.
- Downgrade the call if you learn the determinants fit Code 1, document it in the call and advise FCOM.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 67 of 177



*When/if the alarm company calls back for a call disposition, verify that the call has been serviced. We do not provide them patient details. You can say "The call has been serviced, if you'd like additional information or specifics please contact your customer."*

**MCW – Mass Casualty w/ Weapons (see SOG 52)        (DUAL RESPONSE)**

*Use for the report of someone shooting in a public venue or common space (you do not have to have confirmed victims/injuries), car into a crowd, confirmed bomb explosion, someone stabbing people in a public venue or common place. This will automatically create a dual fire/police call. Follow the SOG guidelines for call taking procedural adjustments and key questions and admonishments.*

Considerations:

- Determine if the caller and/or victim is still being threatened
- If it is necessary, keep the caller on the line **if it is safe for the caller to do so** and continue to obtain information until responders arrive. If it is **not safe** for the caller to stay on the line, consider having them leave the line open and monitor the open line for information
- Determine the identity of the suspect and gather any information associated with them (e.g. description, vehicle, direction of travel)
- Identify the type of weapon(s) being used, who has the weapon(s) and where the weapon(s) is/are now
- How many patients, types of injuries (basic information) and attempt to give pre-arrivals if possible

**SEND1 – Send Medical Code 1**
**SEND3 – Send medical Code 3**
*Used by dispatchers when police are on scene of an incident and need an EMS response and the specific chief complaint is unknown.*

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 68 of 177



# GLOSSARY OF MEDICAL TERMS

**Abdominal aortic aneurysm (a.k.a. Triple A)** – dilated section of the lower aorta in the abdomen; can rupture causing severe pain, internal bleeding and even death

**Abrasion** – injury caused by the scraping away of portions of skin

**Acute** – sharp, severe or having rapid onset, usually short duration and not chronic

**AED (Automatic External Defibrillator)** – medical device that can analyze the hearts rhythm and, if necessary, deliver an electrical shock, or defibrillation, to help the heart re-establish an effective rhythm

**AICD (Automatic Implanted Cardioverter Defibrillator)** – used to monitor an abnormally beating heart; one that beats too fast, too slow or irregularly

**ALS (Advanced Life Support)** – use of skills and procedures beyond basic life support that further support circulation and provide an open airway and adequate ventilation

**Anaphylactic Shock** – state of collapse caused by injection of or exposure to (including ingestion, breathing and skin contact) a substance to which the victim is allergic

**Aneurysm** – Ballooning of an artery due to the pressure of blood flowing through a weakened blood vessel from disease, injury or defect of the blood vessel wall

**Angina (a.k.a. Angina Pectoris)** – a steady, dull, squeezing pressure; choking or suffocating pain; almost exclusively used to indicate heart or chest pains; can radiate out to the neck, arms or shoulder; is caused by the lack of adequate oxygen delivery to the heart muscle (through blockage of coronary arteries)

**Aorta** – the main artery from the heart

**Apnea** – absence of respiration (breathing)

**Appendicitis** – inflammation of the appendix resulting in severe pain, fever and nausea

**Arrhythmia** – when the heart beats with an irregular or abnormal rhythm

Page **69** of **177**



**Arterial hemorrhage** – bleeding from an artery; a cut or punctured artery will usually emit bright red blood in spurts or waves (though it can steadily flow if the artery is deeply buried)

**Artery** – tubes of the circulatory system that carry oxygenated blood from the heart to other parts of the body

**Asphyxia** – suffocation

**Asthma** – disease with spasms of the bronchial tubes, resulting in shortness of breath and wheezing; can be fatal if not treated quickly

**Blood pressure** – pressure exerted by the blood against the wall of the arteries as it travels through the body

**BLS (Basic Life Support)** – the level of medical care performed by emergency medical technicians (EMT) or bystanders until the patient can be treated by advanced life support providers

**Bradycardia** – slow heart rate

**Cardia arrest (a.k.a. Sudden Death)** – sudden cessation of heart functions

**CARES (Cardiac Arrest Registry to Enhance Survival)** – data is collected from 911 center calls, EMS response charts and hospital information about a patient who experiences cardiac arrest, the data is used to track survival rates, bystander CPR, time measurements for each step and find way to improve the system

**Carbon monoxide (CO)** – a colorless, odorless gas poisonous to humans; the result of incomplete combustion of fuel such as gasoline, propane, natural gas, diesel or wood

**Cervical spine** – first seven bones of the spine starting at the base of the skull; C1, C2, C3…etc

**CHF (Congestive Heart Failure)** – cardiac failure, distinguished by increased blood pressure and pulmonary edema (liquid accumulation in the lungs)

**Chronic** – long duration or frequent occurrence

**Clavicle** – the collarbone or the bone that links the sternum to the scapula

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 70 of 177



**Colostomy** – operation where the large intestine is brought through an incision in the abdominal wall to allow discharge of feces

**Contusion (a.k.a. bruise)** – an injury where the skin is not broken, but bleeding occurs under the skin

**Coma** – a state of unconsciousness, lasting a prolonged time or indefinitely, where the patient does not respond to external stimuli

**Combative** – fighting or struggling

**COPD (Chronic Obstructive Pulmonary Disease)** – diseases that cause airflow blockage and breathing related problems

**Coronary arteries** – blood vessels that supply blood directly to the heart muscle

**Crowning** – when the babies head begins to emerge from the vagina

**Cyanosis, cyanotic** – discoloration of the skin (usually gray, blue or purple tint) caused the lack of oxygen in the blood

**CVA (Cerebrovascular accident)** – a stroke, which is a condition characterized by impaired blood supply to some part of the brain

**Defibrillation** – electrical shock to the heart muscle to produce a normal spontaneous rhythm

**Diaphragm** – a muscular wall separating the thoracic and abdominal cavities; major muscle for breathing

**Diaphoresis, diaphoretic** – profuse sweating

**DOA (Dead on arrival)** – abbreviation used in call notes or used when responders arrived and confirm the patient is deceased

**DT's (delirium tremens)** – a disorder involving visual and auditory hallucinations from habitual and excessive use of alcohol

**Dyspnea** – air hunger resulting in labored or difficulty breathing

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 71 of 177



**Ectopic pregnancy (a.k.a. tubal pregnancy)** – when a fetus implants itself in the fallopian tube rather than the uterus. As it grows it may rupture through the walls causing hemorrhage, severe pain and life-threatening internal bleeding

**Edema** – an excessive amount of fluid in the tissues, usually causing swelling

**Embolism** – obstruction of a blood vessel by a foreign substance, most commonly a blood clot

**EMD (Emergency Medical Dispatcher)** – gathers information related to medical emergencies

**Emesis – vomit**

**Emphysema** – chronic pulmonary disease where the lungs progressively lose their elasticity which results in respiratory distress

**EMT (Emergency Medical Technician)** – medical professional who assesses injuries and illness and provides basic medical care, often employed in medical transport services

**Epilepsy** – recurring transient attacks of disturbed brain function, frequently altered state of consciousness or seizures

**ED (Emergency Department), ER (Emergency Room**) – location in hospitals where they tend to emergency patients

**Febrile** – pertaining to fever

**Febrile seizure** – convulsions due to high fever in small children

**Fibrillation** – quivering or spontaneous contractions of individual muscle fibers in the heart

**Fracture** – a broken bone

**GI (Gastrointestinal)** – pertaining to stomach and intestine

**Grand Mal** – a seizure or convulsion typically characterized by unconsciousness and generalized severe twitching of all the body's muscles

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 72 of 177



**Hematoma** – swelling caused by blood outside the blood vessel

**Hemorrhage** – abnormal internal/external discharge of blood

**Hives** – eruptions of very itchy spots on the skin, usually associated to allergies

**Hyperglycemic** – abnormally high glucose level in the blood

**Hypertension** – high blood pressure

**Hyperthermia** – having a body temperature greatly above the normal 98.6F or 37C

**Hyperventilation** – rapid or deep breathing, usually caused by anxiety or panic

**Hypoglycemic** – low glucose level in the blood

**Hypothermia** – drastic lowering of body temperature, usually caused by prolonged exposure to extreme cold

**Hypotension** – low blood pressure

**Hypoxia** – inadequate supply of oxygen to the body tissue

**Hypoxic seizure** – seizure resulting from being oxygen deficient

**ICU (Intensive Care Unit)** – special department in a hospital for patients with life threatening illnesses

**Insulin** – hormone secreted by the pancreas which aid the body in metabolism of sugar

**Ketoacidosis** – an accumulation of certain acids in the blood occurring when insulin is not available in the body

**Laceration** – tear or cut of the skin

**Laryngectomy** – removal of the larynx

**Larynx** – the organ of the throat responsible for voice production and for preventing food from entering the trachea, commonly called the voice box

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 73 of 177



**LOC (Level of consciousness)** – a measurement of a person's arousal and responsiveness to stimuli

**Meningitis** – inflammation of the spinal cord or brain causing intense headaches, intolerance to light or sound and possibly delirium, convulsion and/or coma, caused by infection

**MI (Myocardial infarction)** – death of an area of the heart muscle from deprivation of the blood supply to that location

**MICU (Mobile Intensive Care Unit)** – self contained ambulance staffed with paramedics designed to provide specialized emergency medical care for serious conditions

**Nitroglycerin (Nitro)** – medication used in the treatment of angina pectoris (chest pain)

**O2** – oxygen

**Palpation** – examine by touch, generally used to check for pulse

**Palpitation** – rapid, violent or throbbing pulsation, as an abnormally rapid or fluttering heart

**Pancreas** – gland behind the stomach holding digestive enzymes and insulin

**Pancreatitis** – inflammation of the pancreas

**Paralysis** – loss or impairment of motor function caused by injury to part of the body

**Petit Mal** – mild form of epileptic attack, may lose consciousness but does not convulse

**Pneumothorax** – collection of air in the chest cavity caused by punctures in the chest wall or lungs

**POLST** – **P**hysicians **O**rders for **L**ife **S**ustaining **T**reatments **-** may include DNR, do not resuscitate

**Pulse** – pressure wave exerted against the arteries upon contraction of the heart

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 74 of 177



**Second party report** – a report taken from a person who is with the patient or has direct contact with someone who is with the patient

**Seizure** – sudden episode of uncontrolled electrical activity in the brain

**SIDS (Sudden Infant Death Syndrome)** – sudden unexpected death of an infant which cannot be explained by autopsy, occurs between 1 month to 1 year of age

**Spotting** – vaginal bleeding less than a normal period

**STEMI** - is an event in which transmural myocardial ischemia results in myocardial injury or necrosis.

**Stoma** – permanent surgical opening in the neck of a patient who has had a tracheostomy

**Stool** – feces

**Stroke (CVA)** – sudden interruption of blood flow to an area of the brain causing loss of strength, feeling, speech or decreased consciousness

**Symptom** – something patients express about themselves (e.g. my chest hurts)

**Syncope, syncopal episode** – fainting

**Tachycardia** – heart rate faster that 100 beats per minute

**TAI (Transient Ischemic Episode)** – mini stroke

**Third party report** – a report from a person who is neither with the patient or at the scene of the incident

**Tourniquet** – a bandage wrapped tightly around an extremity used to slow or stop bleeding or blood loss

**Toxic** – poisonous

**Trachea** – windpipe

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 75 of 177



**Tracheostomy** – surgical operation creating an opening in the trachea for direct use as an airway

**Trauma** – an injury (physical, emotional or psychological) inflicted by some violent event or other external force

**Triage** – sorting or selection of patients to determine priority of care for each

**Ulcer** – a lesion on the surface of the skin or membrane, usually accompanied by inflammation

**Unilateral** – one-sided (as in with stroke)

**VAD (Ventricular Assist Device)** – mechanical pump used to support the heart function and blood flow in people with weakened hearts

**Vein** – tubes of the circulatory system that carry oxygen depleted blood to towards the heart

**Vertigo** – an illusion that one's surroundings are spinning, dizziness

**VF (Ventricular fibrillation)** – life threatening heart rhythm, rapid and irregular heartbeat in the bottom chambers of the heart, can be triggered by a heart attack

**Xiphoid process** – cartilage at the lower end of the sternum

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 76 of 177

WASHINGTON COUNTY CONSOLIDATED COMMUNICATIONS AGENCY
Call Taking Manual



## WCCCA Medical Call Types

| CALL TYPE | DESCRIPTION | DUAL? |
|---|---|---|
| **AB / AB1 / AB1B** | Abdominal Pain | |
| **AL / AL1 / AL1B** | Allergic Reaction | |
| **ALM** | Medical Alarm | |
| **AMB / AMB1 / AMBX** | Transport Request – Newberg Hospital | |
| **ANB / ANB1 / ANB1B** | Animal Bite *(ANB by itself will not send dual)* | |
| **ASLW** | Assault with a Weapon | **X** |
| **AST / AST1 / AST1B** | Assault *(AST by itself will not send dual)* | |
| **BA / BA1 / BA1B** | Back Pain | |
| **BHI / BHI1 / BHI1B** | Behavioral / Emotional / Psychological | **X** |
| **BL / BL1 / BL1B** | Bleeding | |
| **BR\*** | Breathing Difficulty | |
| **BU / BU1 / BU1B** | Burns: Thermal / Electrical / Chemical | |
| **CH\*** | Chest Pain / Heart Problems | |
| **CK / CK1 / CK1B** | Choking | |
| **CPR\*** | Cardiac Arrest | **X** |
| **CVA\*** | Stroke (CVA) | |
| **DEATH** | Suspected Death *(police only)* | |
| **DI / DI1** | Diabetic | |
| **DR / DR1** | Drowning / Water Related Injury | **X** |
| **FA / FA1 / FA1B** | Falls | |
| **HCE / HCE1 / HCE1B** | Exposure (Heat / Cold) | |
| **HED / HED1 / HED1B** | Headache | |
| **IND\*** | Industrial / Machinery Accidents | |
| **HRU** | Hit & Run Unknown Injury | **X** |
| **HRI** | Hit & Run Injury | **X** |
| **LA** | Lift Assist | |
| **MCW** | Mass Casualty with Weapons | **X** |
| **OVD / OVD1** | Overdose / Poisoning | **X** |
| **PR / PR1 / PR1B** | Pregnancy | |
| **SEND1** | Send Code 1 Ambulance | |
| **SEND3** | Send Code 3 Ambulance | |
| **SK / SK1 / SK1B** | Sick / Unknown | |
| **SZ / SZ1** | Seizures | |
| **TAI** | Traffic / Motor Vehicle Accident Injury | **X** |
| **TAU** | Traffic / Motor Vehicle Accident Unknown Injury | **X** |
| **TOX / TOX1 / TOX1B** | Toxic Exposure | |
| **TR / TR1 / TR1B** | Trauma | |
| **UN\*** | Unconscious | |
| **TESTM** | Test Medical | |

*Automatic Code 3 Response

Exhibit 1- Declaration of Ivan Resendiz Gutierrez



# DUAL CALL TYPES

| POLICE CALL TYPE | FIRE CALL TYPE | ADDITIONAL INFORMATION |
|---|---|---|
| **AIR** | **AIR1, AIR2, AIR3** | If you use the Fire call type **AIR1, AIR2 or AIR3** it will generate the Police call type **AIR**<br><br>CAUTION: If you use the Police all type **AIR** you ***WILL NOT*** get a dual response, no fire call will be generated. |
| **ANM** | **AMB** | CAUTION: If you use the Police all type **ANM** you ***WILL NOT*** get a dual response, no fire call will be generated. |
| **ASLW** | **ASLW** | If you use **ASLW** it will generate the Medical call type **ASLW**, however, you must triage via the **AST** EMD card. If you use the Medical call type **AST**, it ***WILL NOT*** generate a police call. You will need to add police. |
| **BHI** | **BHI** | |
| **BTH** | **FBTH** | |
| **DR** | **DR** | |
| **HRI** | **HRI** | |
| **HRU** | **HRU** | |
| **MCW** | **MCW** | Use the **AST** EMD card for reference |
| **MR1** | **MR1** | |
| **MR2** | **MR2** | |
| **OVD** | **OVD** | |
| **TAI** | **TAI** | |
| **TAU** | **TAU** | |
| **TRAIN** | **TRAIN** | |
| **SUA** | **SUA** | Use the **BHI** EMD card for reference |

# WCCCA POLICE CALL TYPES

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 78 of 177



| CALL TYPE | DESCRIPTION | PRI | | CALL TYPE | DESCRIPTION | PRI |
|---|---|---|---|---|---|---|
| **ABUSE** | Abuse / Neglect | 3 | | **FRD** | Fraud | 4 |
| **ABV** | Abandon Vehicle | 5 | | **FRDP** | Fraud In-Progress | 2 |
| **AFD** | Assist Fire | 3 | | **FWK** | Fireworks | 5 |
| **AIR** | Aircraft Incident | 2 | | **GMV** | Game Violation | 4 |
| **ALA** | Alarm Audible | 3 | | **HAR** | Harassment | 4 |
| **ALO** | Alarm Other | 2 | | **HAZ** | Hazard | 3 |
| **ALP** | Alarm Panic | 2 | | **HMV** | Home Visit | 5 |
| **ALR** | Alarm Robbery | 2 | | **HOM** | Homicide | 3 |
| **ALS** | Alarm Silent | 2 | | **HRI** | Hit & Run Injury | 2 |
| **ANM** | Animal Complaint | 4 | | **HRN** | Hit & Run Non-Injury | 4 |
| **AOA** | Assist Outside Agency | 3 | | **HRU** | Hit & Run Unknown Injury | 2 |
| **ARS** | Arson | 3 | | **INC** | Incomplete 911 | 2 |
| **ASL** | Assault | 3 | | **INFO** | Information Only | 5 |
| **ASLW** | Assault with a Weapon | 1 | | **JUV** | Juvenile Problem | 5 |
| **ASP** | Assist Person | 4 | | **JUVC** | Juvenile Custody | 4 |
| **ATL** | Attempt to Locate | 5 | | **JUVM** | Juvenile Missing | 2 |
| **BHI** | Behavioral Health Incident | 2 | | **JUVR** | Juvenile Runaway | 3 |
| **BS** | Boat Stop | 3 | | **K9** | K9 Request | 2 |
| **BTH** | Bomb Threat | 2 | | **KDN** | Kidnap | 1 |
| **BURG** | Burglary | 4 | | **LTR** | Litter / Dumping | 4 |
| **BURGP** | Burglary In-Progress | 1 | | **LIQ** | Liquor Violation | 4 |
| **CAMP** | Illegal camping | 5 | | **MCW** | Mass Casualty w/ Weapons | 1 |
| **CC** | Community Contact | 3 | | **MIP** | Minor in Possession | 4 |
| **C2C** | CAD to CAD | 2 | | **MIPP** | Minor in Possession Party | 3 |
| **CIV** | Civil | 5 | | **MNC** | Menacing | 3 |
| **CIVE** | Civil Enforcement | 4 | | **MNCP** | Menacing In-Progress | 2 |
| **COV1** | Cover Officer Code 1 | 2 | | **MOA** | Motorist Assist | 5 |
| **COV3** | Cover Officer Code 3 | 1 | | **MR1** | Marine Rescue | 2 |
| **CPR** | Cardiac Arrest | 1 | | **MR2** | Marine Rescue Emergency | 2 |
| **CRM** | Criminal Mischief | 4 | | **MRP** | Marine Patrol | 3 |
| **CRMP** | Criminal Mischief In-Progress | 2 | | **MSG** | Message | 5 |
| **DEATH** | Dead Body | 3 | | **MSP** | Missing Person | 3 |
| **DETAIL** | Detail | 5 | | **NOI** | Noise Complaint | 5 |
| **DHS** | DHS Referral | 4 | | **OPN** | Open Door / Window | 3 |
| **DIS** | Disturbance | 2 | | **ORD** | Ordinance Violation | 5 |
| **DISW** | Disturbance with a Weapon | 1 | | **OVD** | Overdose | 2 |
| **DOM** | Domestic Disturbance | 2 | | **PRK** | Parking Complaint | 5 |
| **DOMW** | Domestic with a Weapon | 1 | | **PRM** | Premise / Security Check | 4 |
| **DR** | Drowning | 2 | | **PROP** | Property Lost / Found | 5 |
| **DUI** | Driving Under the Influence | 2 | | **PSH** | Promiscuous Shooting | 4 |
| **ESC** | Escape | 2 | | **PUR** | Pursuit | 2 |
| **EXP** | Extra Patrol | 5 | | **PWL** | Prowler | 2 |
| **FOL** | Follow Up | 5 | | **RBA** | Robbery Armed | 1 |

Exhibit 1- Declaration of Ivan Resendiz Gutierrez



## WCCCA POLICE CALL TYPES (CONT)

| CALL TYPE | DESCRIPTION | PRI | CALL TYPE | DESCRIPTION | PRI |
|---|---|---|---|---|---|
| RBS | Robbery Strong Arm | 2 | TAI | Traffic Accident Injury | 2 |
| RSV | Recovered Stolen Vehicle | 4 | TAN | Traffic Accident Non-Injury | 4 |
| RSX | Sex Offender Register | 5 | TAU | Traffic Accident Unk Injury | 2 |
| SAR | Search & Rescue | 5 | TESTP | Test Police | 5 |
| SPC | Suspect Contact | 3 | THF | Theft | 4 |
| SS | Subject Stop | 3 | THFC | Theft - Shoplifter in Custody | 3 |
| SSC | Suspicious Circumstance | 3 | THFP | Theft In-Progress | 2 |
| SSP | Suspicious Person | 3 | TRAIN | Train Incident | 1 |
| SSV | Suspicious Vehicle | 3 | TRD | Traffic Detail | 5 |
| STV | Stolen Vehicle | 4 | TRF | Traffic Complaint | 3 |
| STVP | Stolen Vehicle In-Progress | 2 | TRP | Trespass | 4 |
| SUA | Suicide Attempt | 2 | TS | Traffic Stop | 3 |
| SUT | Suicide Threat | 2 | UNW | Unwanted | 2 |
| SV | Suspicious Vehicle Stop | 3 | UTIL | Utility Notification | 5 |
| SWAT | Swatting | 5 | VICE | Drugs / Prostitution | 4 |
| SXE | Sex / Indecent Exposure | 4 | VRO | Restraining Order Violation | 4 |
| SXJ | Sex Crime Juvenile | 2 | WCK | Welfare Check | 2 |
| SXA | Sex Crime Adult | 2 | WSV | Warrant Service | 5 |
| | | | XPT | Transport | 5 |

## WCCCA FIRE CALL TYPES

| CALL TYPE | DESCRIPTION | CALL TYPE | DESCRIPTION |
|---|---|---|---|
| AIR1 | Aircraft Incident | MISCF | Miscellaneous Fire |
| AIR2 | | MISCN | Miscellaneous Non-Fire |
| AIR3 | | MOVEUP | Move up |
| ALFC | Commercial Fire Alarm | MR1 | Marine Rescue |
| ALFR | Residential Fire Alarm | MR2 | |
| ALFS | School Fire Alarm | MUA | Mutual Aid |
| BARK | Bark Dust Fire | NGAS | Natural Gas |
| BARN | Barn Fire | ODOR | Odor Investigation |
| BOAT | Boat Fire | PA | Public Assist |
| BRUSH | Brush Fire | RFIRE | Residential Fire |
| BURN | Burn Complaint | SERV | Public Service |
| CAR | Car Fire | SMOKE | Smoke Investigation |
| CFIRE | Commercial Fire | TECHR | Technical Rescue |
| CHIM | Chimney Fire | TRAIN | Train Incident |
| FBTH | Bomb Threat | TRUCK | Truck Fire |
| HAZMAT | Hazardous Materials | CFS | Call For Service |
| INFF | Information Fire | | |

Exhibit 1- Declaration of Ivan Resendiz Gutierrez



# Users Agencies and Others Partners

❖ Law Enforcement Overview

❖ Police User Agencies

❖ Multi-Agency Teams

❖ Fire/Medical Services Overview

❖ Ambulance Services

❖ Fire Departments

❖ Other Local and Regional Partners

  ▪ Adjoining PSAPs

  ▪ Other

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 81 of 177



# LAW ENFORCEMENT OVERVIEW

"Law enforcement" is the generic name for the activities of the agencies responsible for maintaining public order and enforcing law, particularly the activities of prevention, detection and investigation of a crime and the apprehension of criminals.

A police officer is an employee of a local law enforcement agency who is sworn to carry out law enforcement duties and is authorized to make arrests while acting within the scope of explicit legal authority. This class includes sheriffs who are elected as the chief officer of a county agency, sheriff's deputies, chiefs of police who are appointed through internal process and are typically in charge of a city police department, city police officers and other sworn personnel.

## Divisions

### Patrol
The patrol division is comprised of officers/deputies who respond to calls for service from the public, take self-initiated enforcement action (e.g. traffic citations) and investigate misdemeanor and felony crimes. Officers/deputies also work very hard to build and sustain partnerships with community members, business owners, neighborhoods and community groups (e.g. community policing, school resource officers). With the exception of North Plains and King City, all of the police agencies WCCCA dispatches for have 24-hour patrol service.

### Jail
The jail is run by deputies of the Washington County Sheriff's Office to house individuals who have been arrested. Jail deputies are sworn corrections officers who book, supervise and assist adults in custody (AIC). The jail is where all adults who are arrested in Washington County are housed. Jail deputies also provide AIC transports to medical appointments and hospitals for needed medical care.

### Records
Records staff are generally non-sworn personnel who are often the initial point of contact for the public at police stations. Records personnel are responsible for such tasks as data entry, processing, maintenance and retrieval of police reports and collection of fees. The Sheriff's Office records section also handles such tasks as coordination of fingerprinting services, concealed handgun licenses, taking bail money for county AIC's and also contracts with several cities to maintain their police records as well.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 82 of 177



Specialized Records Personnel

There are also records personnel who work in a support capacity to various investigations units. These personnel can use state of the art technology to store, track and retrieve crime related reports for analysis of trends and to assist detectives in investigations. Multi-Agency specialty teams also use non-sworn records personnel in a support capacity as well.

## POLICE USER AGENCIES

WCCCA provides dispatch services to the following list of police users:

| AGENCY | STA # | Unit # | DIV. | COMM CODE | 2-letter CITY CODE |
|---|---|---|---|---|---|
| **BANKS POLICE** (BKPD)<br>100 S Main St, Banks<br><br>PATROL: 80hrs/wk (usually dayshift)<br>WCSO Contract Deputy<br>RECORDS: See INFO WCSO (24hrs) | **60** | **36XX** | **WCSO** | **BAN** | **BK** |
| AGENCY | STA # | Unit # | DIV. | COMM CODE | 2-letter CITY CODE |
| **BEAVERTON POLICE** (BVPD)<br>6125 SW Hall Blvd, Beaverton<br><br>PATROL: 24 hours<br>RECORDS: See INFO BVPD (24hrs) | **6** | **6XXX** | **BV** | **BTN** | **BV** |
| AGENCY | STA # | Unit # | DIV. | COMM CODE | 2-letter CITY CODE |
| **CORNELIUS POLICE** (COPD)<br>1311 N Barlow St, Cornelius<br><br>PATROL: 24 hours<br>RECORDS: See INFO WCSO (24hrs) | **8** | **8XXX** | **WCSO** | **CON** | **CO** |

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 83 of 177



| AGENCY | STA # | Unit # | DIV. | COMM CODE | 2-letter CITY CODE |
|---|---|---|---|---|---|
| **FOREST GROVE POLICE** (FGPD)<br>2012 Pacific Ave, Forest Grove<br><br>PATROL: 24 hours<br>RECORDS: See INFO FGPD<br>Mon-Fri 0900-1600 except holidays | **4** | **4XXX** | **FG** | **FOR** | **FG** |
| **AGENCY** | **STA #** | **Unit #** | **DIV.** | **COMM CODE** | **2-letter CITY CODE** |
| **GASTON POLICE** (GAPD)<br>116 Front St, Gaston<br><br>PATROL: 30 hrs/wk (usually dayshift)<br>WCSO Contract Deputy<br>RECORDS: See INFO WCSO (24hrs) | **50** | **35XX** | **WCSO** | **GAS** | **GA** |
| **AGENCY** | **STA #** | **Unit #** | **DIV.** | **COMM CODE** | **2-letter CITY CODE** |
| **HILLSBORO POLICE** (HBPD)<br>250 SE 10th Ave – West Precinct<br>8695 NE Cornell Rd – East Precinct<br><br>PATROL: 24 hours<br>RECORDS: See INFO HBPD (24hrs) | **1** | **1XXX** | **HB** | **HIL** | **HB** |
| **AGENCY** | **STA #** | **Unit #** | **DIV.** | **COMM CODE** | **2-letter CITY CODE** |
| **KING CITY POLICE** (KCPD)<br>15300 SW 116th Ave, King City<br><br>PATROL: Varies<br>RECORDS: See INFO KCPD<br>Mon-Fri 0800-1200/1300-1700 except holidays | **10** | **33XX** | **KC** | **TIG** | **KC** |

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 84 of 177



| AGENCY | STA # | Unit # | DIV. | COMM CODE | 2-letter CITY CODE |
|---|---|---|---|---|---|
| **NORTH PLAINS POLICE** (NPPD)<br>31360 NW Commercial St, North Plains<br><br>PATROL: Varies / WCSO Deputies<br>RECORDS: See INFO WCSO (24hrs) | **40** | **34XX** | **WCSO** | **NOR** | **NP** |
| AGENCY | STA # | Unit # | DIV. | COMM CODE | 2-letter CITY CODE |
| **SHERWOOD POLICE** (SHPD)<br>20495 SW Borchers Dr, Sherwood<br><br>PATROL: 24 hours<br>RECORDS: See INFO SHPD<br>Mon-Fri 0800-1700 except holidays | **7** | **7XXX** | **SH** | **SHE** | **SH** |
| AGENCY | STA # | Unit # | DIV. | COMM CODE | 2-letter CITY CODE |
| **TIGARD POLICE** (TIPD)<br>13125 SW Hall Blvd, Tigard<br><br>PATROL: 24 hours<br>RECORDS: See INFO TIPD<br>0700-2300 daily, including holidays | **2** | **2XXX** | **TI** | **TIG** | **TI** |
| AGENCY | STA # | Unit # | DIV. | COMM CODE | 2-letter CITY CODE |
| **TUALATIN POLICE** (TUPD)<br>8650 SW Tualatin Rd, Tualatin<br><br>PATROL: 24 hours<br>RECORDS: See INFO TUPD<br>Mon-Fri 0800-1700 except holidays | **9** | **9XXX** | **TU** | **TUA** | **TU** |

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 85 of 177



| AGENCY | STA # | Unit # | DIV. | COMM CODE | 2-letter CITY CODE |
|---|---|---|---|---|---|
| **WASHINGTON COUNTY SHERIFF'S OFFICE (WCSO)**<br>215 SW Adams St, Hillsboro – West Precinct<br>3700 SW Murray Blvd, Beaverton – East Precinct<br>4875 NW Bethany Blvd, Portland – Bethany Precinct<br><br>PATROL: 24 hours<br>RECORDS: See INFO WCSO (24hrs) | 5 | 5XXX | WCSO | - | - |

## SPECIAL ASSIGMNENTS AND MULTI-AGENCY TEAMS

Washington County law enforcement has adopted a multi-agency team approach for maximum effectiveness of available resources. By partnering with other agencies, skilled personnel can be made available to supplement any single agency's officers or deputies to response to major vehicle accidents, incidents requiring special tactical response, illegal drugs and homicides. Below is a list of teams and a description of their various missions.

CRASH ANALYSIS RECONSTRUCTION TEAM – CART
The primary mission of the Crash Analysis Reconstruction Team (CART) is to investigate and reconstruct traffic crashes they may result in the prosecution of a felony Assault or Manslaughter charges. These crashes often involve an impaired driver in a serious injury or fatal crash. CART also assists Washington County Major Crimes Team with diagramming crimes scenes. CART is a multi-agency team of specially trained law enforcement officers that work within Washington County.

TACTICAL NEGOTIATIONS TEAM – TNT
The Washington County Tactical Negotiations Team (TNT) is a highly skilled and well-equipped tactical unit that responds to extremely hazardous situations where conventional police tactics and equipment may be inadequate. Any county police agency can call upon the team for incidents involving hostages, armed suicidal subjects, clandestine drug labs or barricaded wanted subjects. The team also assists in serving warrants in high-risk situations for the arrest of dangerous felons. Tactically trained

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 86 of 177



medical volunteers and tactical dispatchers also assist during training and callouts. Deputies and officers assigned to TNT do so as a secondary assignment. Their primary assignments are usually in patrol or investigations division of their own police agencies. TNT responds to incidents in any part of Washington County whether in municipal or unincorporated areas. They may also respond to assist agencies outside of Washington County.

CRISIS NEGOTIATIONS UNIT – (CNU)
The Crisis Negotiations Unit (CNU) is an interagency team comprised of members from the Sheriff's Office, Beaverton, Hillsboro and Tigard police departments, as well as a mental health consultant who deploys with the team to bring about peaceful resolution to extremely volatile situations. The team responds to may callouts throughout Washington County each year. Typical calls might involve a person barricaded in a building to avoid arrest, someone threatening the life of a hostage or a wide variety of other crisis events that threaten the safety of the community. The vast majority of incidents are resolved without further injury or violence.

Crisis negotiators work to establish an ongoing dialog and rapport with the person or persons involved in the crisis. Team members gather information on the people involved, compile psychological profiles, interview witnesses and analyze intelligence information. Crisis negotiators often deploy with TNT. All team members receive specialized training from the FBI and Western States Hostage Negotiations Association.

METRO-WIDE AIR SUPPORT SERVICES – "AIR 5"
Air 5, under Washington County Sheriff's Office is part of a metro-wide air support service partnering with Portland Police Bureau and Multnomah County Sheriff's Office. The aircraft is equipped with FLIR thermal imaging camera, overlay mapping system, MDT/CAD service, three tri-band Motorola radios and advanced navigational technology. They provide air support services to investigate aerial photography, surveillance support, search warrant, search and rescue operations and eludes. They operate on numerous radio channels in a wide geographic area. WCCCA, BOEC and CCOM help coordinate an air support response.

REMOTELY OPERATED VEHICLE TEAM – (ROVT)
The Remotely Operated Vehicle Team (ROVT) is available to support all law enforcement agencies in the Portland Metropolitan area. It will routinely deploy throughout Washington County upon request by TNT, CNU and to support Search and Rescue efforts. In dangerous situations, the tactical robot offers law enforcement alternatives to putting people in harm's way.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 87 of 177



The robot is capable of gripping, manipulating, carrying and opening objects, punching through windows, cutting wires and even deploying a 37mm gas launcher. Its cameras record audio and video in full 360-degree rotation around the robot. The team also employs other technologies alongside robotics for advanced communication and observation in tactical situations. The team is comprised of Sheriff's Office personnel in a secondary duty assignment capacity from detectives, patrol, jail, civil and the law enforcement technologies unit.

DRONES
Agencies have a wide variety of drones that are specific to different types of calls (e.g. K9 tracks, pre-planned warrants, barricaded subjects). Some drones are equipped with thermal ability and night vision. Being a drone operator is considered special assignment and operators must go through specific training and certifications. Beaverton, Hillsboro, Tigard, Forest Grove and Washington County Sheriff's Office all have drone operators.

CANINE UNITS – (K9)
There are two types of canine units in Washington County; tracking and narcotics detection dogs. Beaverton, Hillsboro, Sherwood, Tigard, Tualatin and Washington County Sheriff's Office all have active K9 teams.

The tracking dogs are trained to locate, follow and alert on fresh human scent, which includes suspects who have walked or run away from crime scenes or who have barricaded themselves in a building or house. The canines are also trained to protect the handler and to hold a violent or dangerous person from escaping.

Prior to being deployed as a canine team, each handler and canine must complete a minimum of 400 hours of basic training and pass the Oregon Police Canine Association Standards. These standards are demonstrated annually. Additionally, each team trains weekly to maintain proficiency.

MAJOR CRIMES TEAM – (MCT)
Major Crimes Team members are called upon to investigate serious violent crimes such as homicides or officer-involved shootings. This is a large team of experienced detectives available to respond as mutual aid to any area agency having immediate investigative needs on a major event. This multi-agency team is made up of highly-skilled police detectives from Beaverton, Cornelius, Forest Grove, Hillsboro, Sherwood, Tigard, Tualatin and Washington County Sheriff's Office. The MCT is sponsored by the Washington County District Attorney's Office.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 88 of 177



Like members of the WCSO Violent Crimes Unit, these detectives frequently respond at all hours from their homes or workplace to participate in these investigations. Detectives in this unit have received extensive training in such topics as death investigation, forensic pathology, wound interpretation, sexual assaults, search and seizure, search warrants, evidence collection and preservation, interviewing, criminal profiling, personality disorders, serology and DNA collections, blood stain interpretations, intelligence gathering, scene reconstruction and the legal process.

WESTSIDE INTERAGENCY NARCOTICS TEAM – (WIN)
The Westside Interagency Narcotics Team (WIN) is a task force comprised of personnel from the police departments of Beaverton, Hillsboro, Tigard, Washington County Sheriff's Office, the Oregon National Guard Counter-Drug Program, the Federal Bureau of Investigations (FBI) and the Drug Enforcement Agency (DEA).

The WIN team was formed in 1993, recognizing the need for a cooperative effort in the investigation and enforcement of drug laws. Their mission is to target all drug traffickers in and around the Washington County area. WIN works closely with other narcotics task forces in the area, as well as various federal agencies charged with the responsibility of enforcing drug laws.

Aside from WIN Team's enforcement mission, WIN members provide continuing training in the area of clandestine drug laboratory activity and recognition, basic drug identification and symptoms of its use. A portion of this training is provided to members of other law enforcement agencies within Washington County and to community organizations.

WIN team detectives also focus on the countrywide Drug Endangered Child Protocol which helps to identify and properly assist children who are found in drug houses. These can range from "flop houses" where drug addicts come and go, to sites where meth is being manufactured, to marijuana grows where children can be exposed to pesticides and second-hand marijuana smoke. All of these children are evaluated for their safety and the Department of Human Services is notified.

Methamphetamine has become the most aggressively harmful drug in our community. Washington County community members are affected physically, economically and environmentally. The WIN team also investigates several other illicit drug trafficking networks that are involved in the distribution of cocaine, heroin, LSD and ecstasy.

The Portland metropolitan area continues to be an active region for Drug Trafficking Organizations for several reasons. One is that Portland is the primary drug consumption area in the state; second, it is the premier distribution hub and national transshipment



point for the state. These Drug Trafficking Organizations clearly spill over into suburbs within Washington County and cannot be ignored.

The WIN Team intends to continue to cultivate partnerships with other task forces, federal agencies, members of the public and private entities to seek out and dismantle drug trafficking organizations. The team will endeavor to enhance technology and knowledge base to keep up with the ever-changing landscape of the clandestine drug marketplace.

WESTSIDE TRIMET TEAM - (WSTRI)
TriMet provides bus, light rail and commuter rail transit services in the Portland Metro area. Transit police and contracted security staff patrol the TriMet system every day. Operating out of four precincts, transit police officers spend at least 70 percent of their time patrolling, conducting missions, arresting and processing suspects, conducting follow-up investigations, conducting surveillance and responding to calls for service related to TriMet. They also coordinate security efforts with local and regional law enforcement agencies.

In addition, contracted security personnel, TriMet operators, supervisors, customer service staff and maintenance workers also provide a presence throughout the system. They serve as visible deterrents to crime and are trained to identify and respond to security concerns.

All incidents on the TriMet system are coordinated through the regional 9-1-1 system, allowing the closest available unit to serve as the first responders.

MENTAL HEALTH RESPONSE TEAM – (MHRT)
The Mental Health Response Team (MHRT) is made up of a crisis clinician and a law enforcement officer that are skilled in crisis intervention and safety planning. The team also provides follow-up with individuals to ensure they are getting connected to the services and support they need. They respond together to any calls in Washington County that have a behavioral health component.

HOUSELESS COMMUNITY RESOURCES
    HOPE – The Washington County Sheriff's Office maintains a Houseless Outreach Programs and Engagement Team (HOPE) that works closely with Health and Human Services, Housing Services and shelter providers to connect the houseless community with available resources. They undergo specialized training in mental health response, de-escalation, crisis intervention and homeless training.
    CIT – The Hillsboro Police Department maintains a Crisis Intervention Team (CIT) that actively engage in outreach and relationship building with people

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 90 of 177



experiencing homelessness to learn who they are, what circumstances they're facing, inform them of available resources and influence their behavior.

## FIRE / EMERGENCY MEDICAL SERVICES OVERVIEW

The fire service in Washington County is comprised of six (6) agencies. These agencies provide fire suppression, rescue and emergency medical services to the over 600,000 residents in the incorporated cities and the unincorporated county areas covering over 700 square miles. The largest fire agency, Tualatin Valley Fire & Rescue (TVFR), also has contracts with the City of Wilsonville and the City of West Linn in Clackamas County as well as City of Newberg in Yamhill County.

NOTE: Fire or medical calls for residents of Wilsonville and West Linn will almost always be received as transfer calls.  9-1-1 calls in most counties are directed to the police Public Safety Answering Point (PSAP). Calls for city of Wilsonville will first ring to CCOM and calls for the city of West Linn will first ring to LOCOM and then will be transferred to WCCCA.  Calls for the cities of Newberg and Dundee will be transferred from Newberg or Yamhill dispatch centers.

In addition to fire suppression, fire agencies can also provide specialized rescue and response teams to handle unique and dangerous incidents.  TVFR has teams of highly trained personnel that provide both local and regional Hazardous Materials response for incidents involving chemicals and/or biohazardous materials.  Both Hillsboro Fire and TVFR maintain heavy rescue equipment and personnel specially trained in confined space and high-angle rescues as well as urban search and rescue. Banks Fire also has personnel trained to conduct rope-rescues in the west county area.

OERS is the Oregon Emergency Response System. OERS coordinates and manages state resources in response to natural and technological emergencies and civil unrest involving multi-jurisdictional cooperation between all levels of government and the private sector.
- OERS is the primary point of contact by which any public agency provides the state notification of an emergency or disaster, or requests access to state or federal resources.
  - E.g. US Coast Guard for rescue support
- OERS was established to improve communications and coordination between government agencies responding to hazardous materials incidents across the state.
- OERS is now an "all-hazards" system, responding to other types of emergencies as well: Natural Hazards such as floods, wildfire and earthquakes and Search and Rescue missions.

WCCCA receives notifications/alerts from OERS via a direct, and dedicated, landline based in Firecom. (NAWAS phone)

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 91 of 177



## AMBULANCE SERVICES

The local emergency medical standard of care includes both Advance Life Support and Basic Life Support provided by career and volunteer firefighters, paramedics from American Medical Response (AMR) as well as Air Ambulance service from Life Flight Network. AMR holds the private contract for all ambulance service in Washington County and provides paramedic-staffed ambulances 24/7.

### FIRE USER AGENCIES

| AGENCY | DEPT. ABBREVIATION |
|---|---|
| **BANKS FIRE DEPARTMENT** | **BKFD** |
| **CORNELIUS FIRE DEPARTMENT** | **COFD** |
| **FOREST GROVE FIRE & RESCUE** | **FGFD** |
| **GASTON FIRE DEPARTMENT** | **GAFD** |
| **HILLSBORO FIRE & RESCUE** | **HFD** |
| **TUALATIN VALLEY FIRE & RESCUE**<br>▪ **NEWBERG FIRE**<br>▪ **DUNDEE FIRE** | **TVFR** |
| **AMERICAN MEDICAL RESPONSE** | **AMR** |

### LOCAL AND REGIONAL PARTNERS

ADJOIING PSAPS (Public Safety Answering Points)

### MULTNOMAH COUNTY – Bureau of Emergency Communications (BOEC)



**BOEC** provides emergency communications services and works with the following agencies:

- Portland Police Bureau
- Gresham Police Department
- Multnomah County Sheriff's Office/Parole & Probation
- Troutdale Police Department
- Fairview Police Department
- Multnomah County Emergency Medical Services
- American Medical Response (AMR)
- Portland Fire & Rescue
- Gresham Fire & Emergency Services
- Multnomah County Rural Fire Protection Districts
  - Corbett
  - Sauvie Island

Page **92** of **177**

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 92 of 177



- Portland Bureau of Emergency Management
- Port of Portland Police & Fire Departments
  (separate dispatch center)

## CLACKAMAS COUNTY - Clackamas County Communications (CCOM)



**CCOM** answers 9-1-1 calls for all residents of Clackamas County except for residents within the city limits of Lake Oswego, West Linn and Milwaukie. They provide emergency communications services and works with the following agencies:

- Canby Police & Fire Departments
- Clackamas County Sheriff's Office
  - Happy Valley
  - Estacada
  - Wilsonville
- Gladstone Police & Fire Departments
- Molalla Police & Fire Departments
- Oregon City Police Department
- Sandy Police Department
- Boring Fire District
- Clackamas Fire District #1
- Colton Fire District #70
- Estacada Fire District #69
- Hoodland Fire District #74
- Sandy Fire District #72
- US Forest Service Law Enforcement
- Clackamas County DA Investigators & Community Corrections

## CLACKAMAS COUNTY – Lake Oswego Communications (LOCOM)



**LOCOM** provides emergency communications services and works with the following agencies:

- Lake Oswego Police Department
- West Linn Police Department
- Milwaukie Police Department
- Lake Oswego Fire Department

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 93 of 177



## CLATSOP COUNTY – Astoria Regional Dispatch Center



Astoria Regional Dispatch provides emergency and non-emergency information and communications services for the following:

- Clatsop County Sheriff's Office
- Astoria Police & Fire Departments
- Warrenton Police & Fire Departments
- Westport Fire & Rescue
- Knappa, Svensen, Burnside RFPD
- John Day-Fernhill RFPD
- Lewis & Clark RFPD
- US Coast Guard Airstation
- Elsie Vinemaple RFPD
- Oregon State Forestry
- Olney Walluski Fire & Rescue
- Port of Astoria Security

## CLATSOP COUNTY – South Clatsop County Communications



**Seaside 9-1-1** serves all of south Clatsop County and east up to Hwy 26 to Saddle Mountain. They provide police and fire services to:

- Hamlet
- Cannon Beach
- Seaside
- Gearhart
- Warrenton (south end)

COLUMBIA COUNTY – Columbia 9-1-1 Communications District



Based in St. Helens, Columbia County 9-1-1 serves the following agencies:

- Columbia County Sheriff's Office
- Clatskanie Police & Fire Departments
- Columbia City Police
- Rainier Police
- Scappoose Fire & Police Departments
- St. Helens Police
- Mist-Birkenfeld RFPD

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 94 of 177



- Columbia River Fire & Rescue
- Vernonia Fire & Police Departments

## TILLAMOOK COUNTY – Tillamook Co Emergency Communications District



Tillamook Co Emergency Communications District serves the following agencies:

- Manzanita Department of Public Safety
- Rockaway Beach Police Department
- Tillamook Police Department
- Tillamook County Sheriff's Office
- Nehalem Bay Fire Department
- Rockaway Fire Department
- Garibaldi Fire Department
- Bay City Fire Department
- Netarts/Oceanside Fire District
- Tillamook Fire District
- Nestucca Rural Fire District
- EMS – Tillamook Co General Hospital Ambulance

## YAMHILL COUNTY – Yamhill Communications Agency (YCOM)



**YCOM** is the larger of the two PSAPs providing emergency and non-emergency services to Yamhill County. YCOM serves the following agencies:

- Amity Police & Fire Departments
- Carlton Police & Fire Departments
- McMinnville Police & Fire/EMS Departments
- Yamhill County Sheriff's Office
- Yamhill Police & Fire Departments
- Dayton Fire District
- Lafayette Fire
- Sheridan Fire/EMS District
- West Valley Fire/EMS District

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 95 of 177



## YAMHILL COUNTY – Newberg-Dundee 9-1-1



Newberg-Dundee 9-1-1 Communications Center serves the following agencies:

- Newberg-Dundee Police & Fire Departments

### LOCAL AND REGIONAL GOVERNMENTAL AGENCIES

A number of local and regional agencies will be contacted during the course of routine call taking and dispatching. Contacts can range from requests for information, appropriate notifications, verification of warrants and requests for field response. Documentation of contact is also part of the responsibilities of both call takers and dispatchers to keep accurate records.

**Washington County District Attorney's Office**
The DA's Office is responsible for the prosecution of individuals charged with crimes, other violations of state statutes and provides legal assistance to the county's Juvenile Department. They work collaboratively with all of the law enforcement agencies in Washington County. Attorneys from the office also work closely with and assist members of the interagency teams such as WIN, the Fraud and Identity Theft Enforcement team, the Interagency Crimes Against Children team, CART and the Metropolitan Gang Task Force.



**Parole and Probation**
The Parole and Probation Division supervises convicted criminal offenders. The division is divided into specialized teams, each providing services to a specific population. There is specialized supervision for sex offenders, domestic violence offenders, substance abusers, offenders with serious and persistent mental illness and Spanish speakers. Supervision may include face-to-face visits and/or require home and work place checks by Parole & Probation officers.



Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 96 of 177





### Oregon Department of Corrections (DOC)

The mission of the Oregon Department of Corrections is to promote public safety by holding offenders accountable for their actions and reducing the risk of future criminal behavior. The department has custody of offenders sentenced to prison for more than 12 months. Oregon houses offenders in 14 state prisons, the closest facility to Washington County is the Coffee Creek Corrections Facility located north of Wilsonville.

### Washington County Juvenile Services

The Washington County Juvenile Department is responsible for the management of Washington County youth who are under 18 years of age and have committed a crime. The juvenile department provides supervision, counseling, detention, investigation and administrative support services for youth whose conduct or circumstances bring them within the jurisdiction of the Juvenile Court.



### Washington County Community Corrections (Restitution Center)

The WCCCC has also been known as the "Restitution Center", the "RC", the "Work Release Center" and/or "Community Corrections Center". Residents at the WCCCC are encouraged to obtain gainful employment while residing at the center. Once gainful



employment has been made, the employment is verified with a documented schedule and paystubs. Counselors maintain regular contact with the employer to discuss attendance and job performance.



### Oregon Department of Human Services (DHS)

The Department of Human Services (DHS) is Oregon's principal agency in helping Oregonians achieve wellbeing and independence though opportunities that protect, empower, respect choice and preserve dignity, especially for those who are least able to help themselves. DHS provides food benefits, low-income medical coverage, assistance to senior citizens and people with physical disabilities, adult and child protective services, foster care and permanent adoption services and domestic violence services.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 97 of 177



## Oregon Department of Motor Vehicles (DMV)

The Driver & Motor Vehicles Services Division, is a branch of the Oregon Department of Transportation (ODOT). Their mission is to promote driver safety, protect financial and ownership interests in vehicles, grant driving privileges, provide driver licenses and identifications cards for Oregon residents and collect revenue for Oregon's roads. DMV maintains a computerized records system containing information on all motor vehicles registered in the state and all persons who are issued driver's licenses or identification cards. These records are available on-line to Oregon criminal justice agencies through LEDS, and to agencies in other states through the NLETS/LEDS interface.

## Federal Bureau of Investigation (FBI)

The local FBI office is located in Portland. The FBI's mission states, "to protect and defend the United States against terrorist and foreign intelligence threats and to enforce the criminal laws of the United States." The FBI has jurisdiction over violations of more than 200 categories of federal law. Below is a partial list of the major categories, grouped within three (3) national security priorities and five (5) criminal priorities.

National Security Priorities

*Terrorism* – International, Domestic & Weapons of Mass Destruction
*Counterintelligence* – Counterespionage, Economic Espionage
*Cyber Crime* – Computer Intrusions, Internet Fraud, Identity Theft

Criminal Priorities

*Public Corruption* – Government/Election Fraud, Foreign Corrupt Practices
*Civil Rights* – Hate Crimes, Human Trafficking, Freedom of Access to Clinics
*Organized Crime* – International, Sports Bribery
*White-Collar Crime* – Antitrust, various Frauds, Piracy/Intellectual Property Theft
*Violent Crime and Major Thefts* – Art Theft, Cargo Theft, Indian Country Crime, Online Predators, Violent Crimes Against Children, Bank Robbery



## National Crime Information Center (NCIC)

NCIC is operated by the FBI and helps criminal justice professionals apprehend fugitives, locate missing persons, recover stolen property and identify terrorists. The NCIC database currently consists of 21 files. There are seven property files containing records of stolen articles, boats, guns, license plates, parts, securities and vehicles. There are 14 persons files, including Supervised Release, National Sex Offender Registry, Foreign Fugitive, Immigration Violator, Missing Person, Protection Order, Unidentified Person, US Secret Service Protective, Gang, Known or Appropriately Suspected Terrorist, Wanted Person,

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 98 of 177



Identity Theft, Violent Person and National Instant Criminal Background Check System (NICS) Denied Transaction.

**Oregon Office of Emergency Management (OEM)**



The Oregon Office of Emergency Management is a division of the Oregon Military Department. The office coordinates and maintains a statewide emergency services system for emergency and disaster communications. OEM is made up of four sections: Director's Office, Technology and Response, Operations Preparedness and Mitigation and Recovery services. OEM awards grant funding to local governments, coordinates search and rescue efforts and the State 9-1-1 program. Response to emergencies or disasters that affect all or part of the state takes place at the local level, in the city or county in which the emergency or disaster occurs. In a large incident or one that affects multiple jurisdictions, OEM may support a coordinated response. The State Emergency Coordination Center (ECC) may be activated in a multi-jurisdictional emergency or disaster and serve as a communications hub to ensure all participating agencies are coordinated. OEM supports 18 Emergency Support Functions (ESF's) and more than 50 county, city and tribal local emergency management offices around the state.

**Oregon Department of Justice (DOJ)**

The mission of the Oregon Department of Justice is to provide outstanding legal and child support services to Oregonians and their government. Oregon DOJ is dedicated to:



- Fighting crime and protecting crime victims
- Improving the well-being of Oregon's children
- Protecting the environment
- Fighting for Oregon consumers, workers, investors and taxpayers
- Promoting a positive business climate
- Providing great legal services to Oregon's state government
- Defending the rights of all Oregonians

The Oregon DOJ is responsible for general counsel and supervision of all civil actions and legal proceedings in which the state is a party or has an interest. Through the Attorney General, the DOJ also has full charge and control of all the state's legal business that requires services of an attorney or legal counsel.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 99 of 177



## Department of Homeland Security

### US Immigrations and Customs Enforcement (ICE)

US Immigration and Customs Enforcement is the principal investigative arm of the US Department of Homeland Security (DHS) and the second largest investigative agency in the federal government. Created in 2003 through a merger of the investigative interior enforcement elements of the US Customs Service and the Immigrations and Naturalization Service, ICE now has more than 20,000 employees in offices in all 50 states and 47 foreign countries.

### US Customs and Border Protection (CBP)

US Customs and Border Protection is one of the Department of Homeland Security's largest and most complex components, with a priority mission of keeping terrorists and their weapons out of the United States. It also has a responsibility for securing the border and facilitating lawful international trade and travel while enforcing hundreds of US laws and regulations, including immigration and drug laws.



### Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

ATF is a unique law enforcement agency in the United States DOJ that protects our communities from violent criminals, criminal organizations, the illegal use and trafficking of firearms, the illegal use and storage of explosives, acts of arson and bombings, acts of terrorism and the illegal diversion of alcohol and tobacco products. ATF partners with communities, industries, law enforcement and public safety agencies to safeguard the public we serve through information sharing, training, research and technology.

### US Postal Inspection Service

As the primary law enforcement arm of the United States Postal Service, the US Postal Inspection Service is a highly specialized, professional organization performing investigative and security functions essential to a stable and sound postal system.

As fact-finding and investigative agents, Postal Inspectors are federal law enforcement officers who carry firearms, make arrests and serve federal search warrants and subpoenas. Inspectors work closely with IS Attorneys, other law enforcement agencies and local prosecutors to investigate postal cases and prepare them for court. There are approximately 1,500 Postal Inspectors stationed throughout the US and abroad who enforce more than 200 federal laws covering investigations of crimes that adversely affect or fraudulently use the US Mail and Postal System.



Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 100 of 177



To assist in carrying out its responsibilities, the Postal Inspections Service maintains a security force staffed by approximately 650 uniformed Postal Police Officers who are assigned to critical postal facilities throughout the country. The officers provide perimeter security, escort high-value mail shipments and perform other essential protective functions. The Postal Inspections Service operates a forensic crime laboratory staffed with forensic scientists and technical specialists. They assist Inspectors in analyzing evidentiary material needed for identifying and tracing criminal suspects and in providing expert testimony for cases brought to trial.



**Oregon State Police (OSP)**
The Department of State Police was created in 1931 to serve as rural patrol and to assist local city police and sheriff's departments. The department is organized into three bureaus: Intergovernmental Services Bureau, Bureau of Investigations, and Central Operations Command. Some of the agency's specialized programs and services include:

- Transportation Safety
- Forensic Services including DNA

- Computerized Criminal History Files
- Fish & Wildlife Enforcement
- State Emergency Response Coordination
- Conflagration Act Coordination
- Coordination of Federal Grants for Public Safety
- Medical Examiner Services

- Point of Contact for Homeland Security

- Major Crimes Investigations
- Automated Fingerprint Identification
- Drug Investigation

- Gambling Enforcement/Regulation
- State Fire Marshall Service

- Statewide LE Data System (LEDS)
- Coordination of Criminal Justice Information Standards
- Special Weapons and Tactics (SWAT)

Patrol Division
The purpose of the Patrol Services Division is to provide uniform presence and law enforcement services throughout the state, with primary responsibility for crash reduction, crime reduction and other transportation safety issues; as well as to respond to emergency calls for service on Oregon's state and interstate highways.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 101 of 177



## Criminal Investigations Division (CID)

The CID is the investigative resource of the Oregon State Police. The CID Major Crimes Sections, the Drug Enforcement Section and the Sex Offender Registration Unit work in conjunction with other state police divisions to enhance livability and safety protecting the people, property and natural resources of Oregon. Detectives are strategically located across the state to support local law enforcement with major criminal investigations and on interagency teams. They also provide primary criminal investigative services on state property and at state institutions.

## Identification Services Section

Oregon criminal history files date back to the 1920's and are retained indefinitely. These files can only be removed through expungement by court order when a subject is reported as deceased and confirmed by fingerprints.

## OSP Dispatch Centers

*The Northern Command Center (NCC)* is located at the State of Oregon Armed Forces Reserve Center/Emergency Coordination Facility in Salem. The NCC supports State Police activities across 22 counties (Clatsop, Columbia, Tillamook, Washington, Yamhill, Polk, Benton, Multnomah, Clackamas, Marion, Linn, Lane, Hood River, Wasco, Jefferson, Deschutes, Sherman, Gilliam, Wheeler, Klamath and Crook), and interfaces with the 30 primary PSAPs and 9 secondary PSAPs of this region.

*The Southern Command Center (SCC)* is co-located with the Southwest Region Headquarters/Central Point Area Command office in Central Point. The SCC supports State Police activities across 15 counties (Morrow, Umatilla, Union, Wallowa, Grant, Baker, Malhuer, Harney, Lake, Klamath, Jackson, Josephine, Curry, Coos and Douglas), and interfaces with the 21 primary PSAP's and 8 secondary PSAPs of the region.

## Fish & Wildlife Division

The purpose of the Fish and Wildlife Division is the ensure compliance with the laws and regulations that protect and enhance the long term health and equitable utilization of Oregon's fish and wildlife resources and the habitats upon which they depend. Other important services include public safety and enforcement of criminal and traffic laws.

## Law Enforcement Data System (LEDS)

LEDS is a program organized within the Intergovernmental Services Bureau of the Department of Oregon State Police. It provides a criminal justice telecommunications and information system for the State of Oregon and is the control point for access to similar programs operated by other states and the Federal Government.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 102 of 177



<u>State Medical Examiner</u>
The Washington County Medical Examiner Program consists of a staff of Deputy Medical Examiners who investigate all sudden or unexpected deaths within the jurisdiction of Washington County. Deputy Medical Examiners conduct these investigations in order to determine the identification of the deceased, establish approximate date and time of death, the circumstances immediately surrounding the death and the cause and manner of death. During the course of the investigation, a Deputy Medical Examiner may respond to the scene, interview witnesses, take photographs, obtain evidence and property and assist with notification of next-of-kin.

Should the circumstances warrant further investigation, the State Medical Examiner or Deputy State Medical Examiner/Forensic Pathologist may order an autopsy which is performed at the Oregon State Medical Examiner's facility located in Clackamas.

## LOCAL / REGIONAL UTILITIES

| **POWER** | **GAS** |
|:---:|:---:|
| Portland General Electric (PGE) | NW Natural Gas |
| Forest Grove Light & Power | |

| **TELEPHONE** | **WATER** |
|:---:|:---:|
| Zipley (Frontier) Communications | Tualatin Valley Water |
| AT&T | City of Hillsboro Water |
| Comcast | City of Beaverton Water |
| VoIP (e.g. Vonage) | City of Sherwood Water |
| Qwest | |

**WASTE WATER (SEWER)**
Clean Water Services
City of Sherwood

## STREETS AND ROADS

### Washington County Land Use & Transportation Department (LUT)
LUT provides a wide range of transportation, planning and permitting services. LUT also maintains and repairs roads, bridges and drainage ways; tends to roadside vegetation; and oversees private construction activities that occur within the public right-of-way. Additionally, LUT investigates complaints regarding traffic problems, monitors traffic accidents and traffic volume information and maintains traffic signals, signs and pavement markings. This department is also responsible for development reviews with respect to traffic issues and impacts.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 103 of 177





### Oregon Department of Transportation (ODOT)

ODOT works to provide a safe, efficient transportation system that supports economic opportunity and livable communities for Oregonians. ODOT develops programs related to Oregon's system of highways, roads and bridges, railways, public transportation services, transportation safety program, driver and vehicle licensing and motor carrier regulation.

### Public Works Departments (INFO WUTIL)

Each city has their own public works department. Duties include maintenance of public facilities, street, water and sanitary sewer, surface water management systems and traffic control devices (lights, signs).

## OTHER RESOURCES / REFERRALS / PARTNERS



### American Red Cross

The American Red Cross exists to provide compassionate care to those in need. Their network of generous donors, volunteers and employees share a mission of preventing and relieving suffering, here at home and around the world, through five key service areas: disaster relief, supporting America's military families, lifesaving blood donation, health and safety services (e.g. CPR certification) and international services. Locally, Red Cross also helps with temporary shelter for persons displaced by fires.

### Bonnie L. Hays Animal Shelter (Dog Control)

Bonnie Hays is open to the public six days a week and are here to feed and care for animals 365 days a year. When animals are lost, they work hard to reunite the animal with its owner. When an owner cannot be located, or when an owner relinquishes their animal, Bonnie Hays will find locations that will assist in finding those animals loving new homes. They no longer offer in-house adoption services.



SHELTER HOURS:
9am-5pm Mon, Tues, Thur, Fri, Sat
12pm-5pm Wed

LOCATION:
1901 SE 24th Ave.
Hillsboro, OR 97123

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 104 of 177



## Parks and Recreation

There are multiple parks and recreation facilities in Washington County. This includes city, county and state properties in addition to organized park districts.

Tualatin Hills Park & Recreation District (THPRD)
THPRD provides year-round recreational and educational opportunities for people of all ages.



They are the largest special park district in Oregon, spanning 50 square miles and serving about 250,000 residents in and around Beaverton. Their mission is to provide high-quality park and recreation facilities, programs, services and natural areas that meet the needs of the diverse communities they serve. THPRD boasts more than 90 park sites with recreational amenities, 60 miles of hard- and soft-paved trails and more than 1,500 acres of natural area.



City of Hillsboro Parks & Recreation
The City of Hillsboro Parks & Recreation Department is an award-winning parks and recreation agency dedicated to providing diverse, innovative and exceptional recreational and cultural opportunities that enrich the lives of our citizens.

Each year thousands of residents enjoy their parks, playgrounds, sports fields, recreational programs and facilities – Jackson Bottom Wetlands Preserve, Walters Cultural Arts Center, Shute Park Aquatic and Recreation Center, Hidden Creek Community Center, Tyson Recreation Center, Outdoors In, Hillsboro Community Senior Center and the Gordon Faber Recreation Complex.



Washington County Parks
The three most popular county parks are Scoggins Valley/Henry Hagg Lake, Metzger Park and Eagle Landing on the banks of the Tualatin River.

## Hospitals and Medical Clinics (INFO WHOSPITAL)

There are a number of different medical clinics and hospital facilities within WCCCA's jurisdictional boundaries. Below is a partial list for purposes of example:

| OHSU Hillsboro Medical Center (f.k.a. Tuality) | Kaiser Permanente Westside Medical Center |
|---|---|
| 355 SE 8th Ave, Hillsboro | 2875 NW Stucki Ave, Hillsboro |
| St. Vincent Hospital | Legacy Meridian Park Hospital |

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 105 of 177



| | |
|---|---|
| 9205 SW Barnes Rd, Portland | 19300 SW 65th Ave, Tualatin |
| Oregon Health Sciences University* | Doernbecher Children's Hospital @ OHSU* |
| 3181 SW Sam Jackson Park Rd, Portland | |
| Veteran's Administration Center @ OHSU | Legacy Emanuel Hospital* |
| 3710 SW US Veterans Hospital Rd, Portland | 2801 N Gantenbein Ave, Portland |
| Randall Children's Hospital* | |
| 2801 N Gantenbein Ave, Portland | |

*Level-4 Trauma Centers

## Oregon Poison Center (OHSU)

The Oregon Poison Center (OPC) is located on the campus of OHSU in Portland. They are a 24-hour regional poison emergency information and resource center for the public and health care professionals, serving the state of Oregon, Alaska and the island of Guam. The OCP's mission is to prevent poisonings and to minimize adverse effects of exposure to drugs, poisons, chemicals and natural toxins.



BEST PRACTICE: Upon receipt of a phone call reporting an accidental ingestion and/or intentional overdose, the call taker can conference the caller with Poison Control and remain on the line until Poison Control advises to send an emergency medical response or to disconnect for home care and monitoring. If an emergency response is required, call takers are to follow the APCO EMD system overdoes guide card to determine appropriate response level and provide pre-arrival instructions. If no response is needed, the recommendation is the create and file a CAD incident.

## CARES Northwest

At CARES Northwest, children are provided a complete head-to-toe medical check-up conducted by doctors and nurse practitioners trained in the area of child abuse assessment (e.g. evaluation of sexual abuse, physical abuse, neglect or domestic violence).  Their high level of expertise leads to more accurate diagnosis of child abuse and neglect and other childhood diseases or conditions that might be mistaken for abuse.



Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 106 of 177



Children are referred for any needed medical treatment or follow-up. When appropriate, an interview is conducted with the child by a trained specialist to clarify specifics of alleged abuse as well as exposure to high risk factors for child abuse. Police detectives may observe the interview as part of an ongoing investigation.



### Portland & Western Railroad (PNWR)

All commercial railroad tracks in Washington County belong to PNWR. The PNWR is a 520-mile short line freight railroad that interchanges with the Albany & Eastern Railroad, BNSF Railway, Central Oregon & Pacific Railroad, Coos Bay Rail Link, Hampton Railway, Port of Tillamook Bay Railroad and Union Pacific.

Commodities transported include aggregates, brick and cement, chemicals, construction and demolition debris, food and feed products, forest products, metallic ores and minerals, steel and scrap. PNWR is dispatched out of Salem.

### TriMet Bus, Light Rail and WES

TriMet is the Portland Metropolitan mass transit system that started in 1969. Bus and MAX services operate in 3 counties; Washington,



Multnomah and Clackamas. Max covers 5 lines and nearly 60 miles. The WES commuter rail runs between Beaverton and Wilsonville on the PNWR tracks.



### Washington County Emergency Management Cooperative (EMC)

The EMC is committed to the development and maintenance of a county-wide, integrated system to prepare for, respond to, recover from and mitigate against disasters. The EMC takes a proactive approach to enhancing government preparedness and educating the public.

### Lions VisionGift (a.k.a Partner's in Life)

Lions VisionGift is a non-profit organization founded in 1975 by Lions Club of Oregon, which recognized the need for an eye bank to provide ocular tissue for transplants, research and medical education. Since it's inception, over 50,000 people have received the gift of sight from tissue procured and screened by Lions VisionGift, which works closely with transplant surgeons. Additionally, ocular tissues have been utilized for valuable research projects in several states and Canada.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 107 of 177





**Oregon Department of Fish and Wildlife (ODFW)**

The mission of ODFW is to protect and enhance Oregon's fish and wildlife and their habitats for use and enjoyment by present and future generations. Among other priority tasks, ODFW provides leadership in conserving Oregon's fish and wildlife resources, maintain and enhance fishing, hunting and wildlife viewing opportunities and effectively respond to emerging water and energy issues. ODFW is headquartered in Salem and works through a regional management structure that allows for fish and wildlife management at the local level. Its local field offices are divided into 4 regions (Northwest, Southwest, Northeast, High Desert) with 2 to 3 districts in each of those regions.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 108 of 177



# Systems, References and Tools

❖ Phonetics

❖ Radio Codes

❖ Disposition Codes

❖ Military Time

❖ Abbreviations

❖ Inform CAD

❖ Vesta Phone Systems

❖ Geography

❖ Mapping

❖ LEDS

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 109 of 177



# SYSTEMS

There are multiple processes and systems that are utilized in all areas of call taking and dispatching. The purpose of these systems is to provide standardization for consistency in performance and to maximize effectiveness and efficiency. Also, routine use of manuals and online resources maintained on the Agency intranet provide additional reference resources.

## Standard Phonetic Alphabet

The standard phonetic alphabet is the mnemonic reference used to verbally verify the accuracy of alpha characters (e.g. in license plates, street/road names, proper names). Both agency personnel and public safety field personnel adhere to this standard.

| A | **A**dam | H | **H**enry | O | **O**cean | V | **V**ictor |
|---|----------|---|-----------|---|-----------|---|-----------|
| B | **B**oy | I | **I**da | P | **P**aul | W | **W**illiam |
| C | **C**harles | J | **J**ohn | Q | **Q**ueen | X | **X**-ray |
| D | **D**avid | K | **K**ing | R | **R**obert | Y | **Y**ellow |
| E | **E**dward | L | **L**incoln | S | **S**am | Z | **Z**ebra |
| F | **F**rank | M | **M**ary | T | **T**om | | |
| G | **G**eorge | N | **N**ora | U | **U**nion | | |

## Approved Radio Codes

All of the public safety agencies in Washington County use plain language protocols for radio transmissions. This procedure replaces the use of coded radio language developed to make radio transmissions efficient and to provide privacy for certain types of transmissions including officer safety information. With the exception of the following approved radio codes, **all radio transmissions are to be conducted in plain language.**

**Approved Radio Codes** and **CAD Incident Disposition Codes** will be reviewed in depth during police radio training. Call takers are required to be familiar with these code systems as dispatchers use them in documenting activity in calls for service. Call takers must be able to read CAD incidents for comprehension and analyze documented information.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 110 of 177



## APPROVED RADIO CODES

| | |
|---|---|
| **10-4** | Message received / understood |
| **10-15** | Suspect in custody |
| **10-35** | Can you copy confidential / officer safety information? The addition of an alpha character identified the type of information: |
| 10-35**B** | **B**omb – used to broadcast information about potential bomb threats. The term "bomb" is not to be used. |
| 10-35**C** | **C**aution – Officer Safety Threat (e.g. weapons, known to physically resist or assault, history of mental health problems, flagged warrant, etc) |
| 10-35**F** | **F**elony Warrant Information |
| 10-35**M** | **M**isdemeanor Warrant Information |
| 10-35**R** | **R**estraining Order Information |
| 10-35**S** | **S**tolen Vehicle or Plates |
| 10-35**W** | Concealed **W**eapons Permit (Gun) |
| **10-52** | Status Check – **"Affirmative"** is the **only authorized response**. If any other response is received, it is recognized that the officer is needing emergency assistance. |
| **12-14** | Death / Dead Body |
| **12-34** | Behavioral Problems |
| **Code 0** | **Officer needs emergency help** (used **_only_** for **immediate threat to life**) **"Code 0"** is broadcast countywide, generating a multi-jurisdictional emergency response from all available officers and deputies; **_only_** a field unit or an officer in charge (OIC) on scene have the authority to cancel the response. |
| **Code 1** | Non-urgent help needed (no lights & sirens) |
| **Code 3** | Urgent help needed (lights & sirens) |
| **Code 4** | Officer is OK |
| **Code 5** | Stay out of the area |
| **Signal 2** | Radio Channel (frequency) closed for a specific incident |

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 111 of 177



## INCIDENT DISPOSITION CODES (INFO WDISPO)

| | |
|---|---|
| **Used by the dispatcher only**<br>**Q1** – Cancel, no police service needed<br>**Q2** – Disregard, assigned to another car/agency<br>**Q3** – Clearance not provided<br>**Q4** – Info only<br>**Q5** – Testing/Training<br>**Q6** – Unable to service/officer unavailable | **Call Serviced**<br>**W1** – Assignment completed<br>**W2** – Person assisted<br>**W3** – Person advised or referred<br>**W4** – Hazard corrected or removed<br>**W5** – Delivered person, message, package<br>W6 – Peace restored<br>**W7** – Nuisance abated<br>**W8** – Arrest/Investigation made by another officer or agency (assist complete) |
| **Report will be written**<br>**R1** – Original<br>**R2** – Supplemental<br>**R3** – Misc. service report | **Suspicious Activity**<br>**X1** – Person checked – OK<br>**X2** – Vehicle checked – OK<br>**X3** – Suspicious situation – OK |
| **Unable to locate**<br>**S1** – Cannot locate person<br>**S2** – No such address<br>**S3** – Condition does not exist | **Action taken**<br>**Y1** – Field Incident Report card completed<br>**Y2** – Warning given<br>**Y3** – Citation / Tag issued |
| **Premise checked**<br>**T1** – False alarm<br>**T2** – Found secure<br>**T3** – Made secure<br>**T4** – Unable to secure | **Civil**<br>**1A** – Attempted<br>**1P** – Posted<br>**1S** – Served<br>**1C** – Closed |
| **Homeless**<br>**H1** – Report taken<br>**H2** – Warning given<br>**H3** – Unfounded<br>**H4** – Services offered<br>**H5** – Arrest made | |

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 112 of 177



## Military Time

All time references (verbal and written) are made in military time using the 24-hour clock. This includes time stamping at the end of radio transmissions, documenting time in calls for service, etc. The following graphics shows the corresponding military time designators for each hour between 12 noon and midnight:



## USE OF ABBREVIATIONS AND ACRONYMS

The use of approved abbreviations and acronyms allows call takers and dispatchers to be accurate and efficient in documenting information. The use of slang terms, social media text abbreviations and/or non-standard abbreviations is not allowed when entering text/remarks into CAD incidents unless used as a direct quote from a caller. If in doubt whether or not an abbreviation is readily understandable, completely spell out the word or term. If uncertain about the spelling, that can be indicated in the text by adding "(sp)."

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 113 of 177



The following lists of abbreviations, acronyms and their individual definitions are approved for use in CAD incident text/remarks. The lists are not all inclusive but those terms listed should be recognized as the expected standard.

## Race

| | |
|---|---|
| **W** | White/Caucasian, European, Middle Eastern |
| **B** | Black racial groups of Africa, African Americans |
| **A** | Asian or Pacific Islander |
| **I** | American Indian or Alaska Native |
| **U** | Unknown |
| **H** | Hispanic |

## Gender/Age

| | |
|---|---|
| **M** | Male |
| **F** | Female |
| **A** | Adult |
| **J** | Juvenile |
| **YO** | Years old |
| **YOA** | Years of age |

## Colors

| | | | |
|---|---|---|---|
| **BLK** | Black | **BLU** | Blue |
| **BRO** | Brown | **GLD** | Gold |
| **GRN** | Green | **GRY** | Grey |
| **MAR** | Maroon | **ONG/ORG** | Orange |
| **PNK** | Pink | **PUR/PLE** | Purple |
| **RED** | Red | **SIL** | Silver |
| **TURQ** | Turquoise | **WHI** | White |
| **YEL/YLW** | Yellow | | |

## Commonly Used Abbreviations

| | | | |
|---|---|---|---|
| **ADDL** | Additional | **ANON** | Anonymous |
| **APT** | Apartment | **ATC** | Attempt to contact |
| **ATL** | Attempt to locate | **ATT** | Attempt |
| **AVE** | Avenue | **BHH** | Beaverton Hillsdale Hwy |
| **BJ** | Blue jeans | **BK** | Banks |
| **BLDG** | Building | **-BLK** | Block |
| **BURG** | Burglary | **BV** | Beaverton |
| **CCW** | Concealed Carry Weapons (permit) | **CHB** | Cedar Hills Blvd |
| | | **CHEV** | Chevrolet |
| **CO** | Cornelius | **COMP** | Complainant |
| **CORN PASS/** | | | |
| **CPR** | Cornelius Pass Rd | **DIS** | Disturbance |
| **DK** | Drunk | **DOA** | Dead on arrival |
| **DOS** | Dead on scene | **DOT** | Direction of travel |
| **DRK** | Dark | **DTH** | Down the hall |
| **E** | East | **EB** | Eastbound |

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 114 of 177



| | | | | |
|---|---|---|---|---|
| **ENRT** | Enroute | | **EO** | East of |
| **ETA** | Estimated time of arrival | | **FMZ** | Fire map zone |
| **FOL** | Follow up | | **FG** | Forest Grove |
| **FYI** | For your information | | **GA** | Gaston |
| **GOA** | Gone on arrival | | **GSW** | Gunshot wound |
| **HB** | Hillsboro | | **HRN** | Hit & run |
| **HOND** | Honda | | **HSE** | House |
| **HX** | History | | **IFO** | In front of |
| **INV** | Involved | | **JUST OCC** | Just occurred |
| **JUV** | Juvenile | | **KC** | King City |
| **LBF** | Lower Boones Ferry | | **LG/LRG** | Large |
| **LIC** | License | | **LOC** | Location |
| **LS** | Last seen | | **LSH** | Last seen headed |
| **LSW** | Last seen wearing | | **LT** | Light |
| **LZ** | Landing zone (Life Flight) | | **MAZ/MAZD** | Mazda |
| **MC** | Motorcycle | | **MED** | Medium |
| **MIP** | Minor in possession | | **MSG** | Message |
| **MX** | Medical examiner | | **N** | North |
| **NB** | Northbound | | **NE** | Northeast |
| **NO** | North of | | **NP** | North Plains |
| **NW** | Northwest | | **OCCD** | Occurred |
| **OCC** | Occupied/Occupants | | **OIC** | Officer in charge |
| **OIS** | Officer involved shooting | | **OW (O/W)** | Out with |
| **PED** | Pedestrian | | **PH/PHN** | Phone |
| **PIO** | Public Information Officer | | **PLOT** | Parking lot |
| **PL** | Place | | **PPI** | Private Party Impound |
| **PO** | Parole/Probation Officer | | **POE** | Point of entry |
| **POV** | Privately owned vehicle | | **POSS** | Possible/Possibly |
| **PREM** | Premise | | **PROB** | Problem |
| **PROP** | Property | | **PT** | Patient |
| **PU (P/U)** | Pick-up | | **REPO** | Repossession |
| **RO** | Registered owner/ | | **RP** | Reporting Party/ |
| **S** | South | | | Responsible Party |
| **SB** | South Bound | | **SE** | Southeast |
| **SEC** | Security | | **SFR** | Scholls Ferry Road |
| **SH** | Sherwood | | | |
| **SIL** | Silver | | **SMT** | Scars/Marks/Tattoos |
| **SO** | South of | | **SUBJ** | Subject |
| **SUSP** | Suspect/Suspicious | | **SUV** | Sport Utility Vehicle |
| **SW** | Southwest | | **TI** | Tigard |
| **TS** | Tualatin Sherwood | | **TU** | Tualatin |

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 115 of 177

WASHINGTON COUNTY CONSOLIDATED COMMUNICATIONS AGENCY
Call Taking Manual



| **TV** | Tualatin Valley | **TX** | Transfer |
|---|---|---|---|
| **XPT** | Transport | **UFN** | Until Further Notice |
| **UNK** | Unknown | **UTL** | Unable to Locate |
| **UUMV** | Unauthorized Use of a Motor Vehicle | **VEH** | Vehicle |
| | | **VIC/VICT** | Victim |
| **VIOL** | Violation | **VM** | Voice Mail |
| **W/** | With | **W** | West |
| **WB** | Westbound | **W/O** | Without |
| **WO** | West of | **WIT** | Witness |
| **VRO** | Violation of Restraining Order | **YOF** | Year old female |
| **YOM** | Year old male | | |

## Commonly Used Fire Equipment Abbreviations

| **BC** | Battalion Chief | **C** | Chief |
|---|---|---|---|
| **CAR** | Toyota FJ Suv | **E** | Engine |
| **HB** | Heavy Brush | **HR** | Heavy Rescue |
| **LB** Light Brush | | **LIFE** | Life Flight Air Ambulance |
| **MED** | Medic | **RHB** | Rehab |
| **T** | Truck | **HM** | Hazmat |
| **WT** | Water Tender | | |

## Commonly Used Medical Abbreviations

| | |
|---|---|
| **AED** | Automated External Defibrillator |
| **AFIB** | Atrial Fibrillation |
| **ALS** | Advance Life Support |
| **ALOC** | Altered Level of Consciousness |
| **AMB** | Ambulance |
| **BLS** | Basic Life Support |
| **BP** | Blood Sugar |
| **CHF** | Congestive Heart Failure |
| **CON/CONS** | Conscious |
| **COPD** | Chronic Obstructive Pulmonary Disease |
| **CPR** | Cardio-Pulmonary Resuscitation |
| **CVA** | Cerebrovascular Accident (Stroke) |
| **DX** | Diagnosis |
| **EMD** | Emergency Medical Dispatch/Dispatcher |
| **EPI** | Epinephrine |
| **ER/ED** | Emergency Room/Emergency Department |
| **ETOH** | Alcohol Intoxication |
| **FX** | Fracture |
| **GI** | Gastro-Intestinal |

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 116 of 177



| | |
|---|---|
| **GLF** | Ground Level Fall |
| **HT** | Heart |
| **HX** | History |
| **ICU** | Intensive Care Unit |
| **INJ** | Injury |
| **MCI** | Mass Casualty Incident |
| **MI** | Myocardial Infarction |
| **MSDS** | Manufacturers Safety Data Sheet |
| **NITRO** | Nitroglycerin |
| **O2** | Oxygen |
| **OVD** | Overdose |
| **HR** | Heart Rate |
| **RX** | Prescriptions |
| **SIDS** | Sudden Infant Death Syndrome |
| **SOB** | Short of Breath |
| **TIA** | Transient Ischemic Attack (Cerebrovascular related) |
| **UNCONS** | Unconscious |
| **VFIB** | Ventricular Fibrillation |

## INFORM CAD FOR CALL TAKING

Computer Aided Dispatch (CAD) is a computer base system which aids PSAP Telecommunicators by automating selected dispatching and record keeping activities. CAD functions include but are not limited to:

- ❖ Call Taking
- ❖ Police/Fire/EMS Dispatching
- ❖ Inter-Terminal Messaging
- ❖ Integrated Mapping

- ❖ State, Federal Date Base Inquiry Access
- ❖ Pager Notifications
- ❖ System Status Management

- ❖ Geo-base Address Validation
- ❖ Unit Status Maintenance
- ❖ E9-1-1 Interface
- ❖ Mobile Digital Terminal/Computer Dispatching
- ❖ Fire Station Alerting

- ❖ Automated Vehicle Locator (AVL)
- ❖ CAD2CAD Functions

WCCCA currently uses the CentralSquare® Inform CAD system and shares the system with Clackamas County Communications (CCOM), Lake Oswego (LOCOM) and Columbia County 911 (C911). Sharing a CAD system allows for interoperability between agencies. Calls for service can be forwarded from one agency to the other within the same system. This is an effective and efficient process, especially in shared jurisdictional

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 117 of 177



areas (e.g. City of Wilsonville). Due to the shared system, certain functions overlap and provide information on both agencies individual systems (e.g. call types).

**Password Requirements**
You will be required to change your CAD password every 90 days. You will receive a warning, through CAD, 7 days prior to expiration. Passwords must meet the following requirements:
- Minimum length: 8 characters
- Must contain; Uppercase Letter, Lower Case Letter, Number and Special Character
- Cannot be a repeat password of any of the previous 10 passwords
- Cannot match user name or ID
- Log in attempts before lockout: 3

**Logging On**
If the Log In screen is not visible, double-click the Production (live) CAD icon on the desktop:



You may also see a CAD icon like this:



This is the icon that allows you to select the CAD environment you want to work in (Production/Training). Always select this icon when working in Training CAD. Double-clicking on this icon will bring up this window:

From this window you can double-click on the desired CAD environment.

After launching via the Production CAD icon or the Environment Selector, the Log In screen will appear. Select your User Name, enter your password, scroll and select your Profile Preference and hit "Enter".

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 118 of 177







After Log In, confirm the environment selection, if applicable, on the lower right corner of the Dashboard.



**Inform CAD – Emergency Call Taking Screen (ECT)**
The ECT is used for entering new calls for service into the CAD system. The minimum amount of information needed in an ECT window to create a call for dispatch is a Location, Call Type and Call Description.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 119 of 177

WASHINGTON COUNTY CONSOLIDATED COMMUNICATIONS AGENCY
Call Taking Manual





## Opening the ECT

To open a new ECT, you can choose one of several ways:

1. Keyboard function key / F3



2. Dashboard Icon



WCCCA Call Taking Manual
June 2023

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 120 of 177



3. Powerline



4. Answering a 9-1-1 call automatically launches an ETC

NOTE: You can have multiple ECT screens open at one time. Open additional screens using any of the above mentioned ways.

<u>Navigating the ECT</u>
There are many options for navigating through the ECT:

- Mouse

- Tab through the fields:
  - o Tab – moves you forward
  - o Shift+Tab – moves you backward

- Hot Keys – ALT+Underscored Character

  *Examples:*  

  *After entering a location into the filed, use ALT+L to geo-verify it*

  *When you are ready to send a call to queue for dispatch, use ALT+Q*

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 121 of 177



## Getting to Know the ECT

In this next section, we will explore the different components of the ECT and learn how they function or are used.



1. Clock/Timer – activates at the first keystroke or after an ECT is open for a preconfigured amount of time.
2. Incident ID – after the call is sent to dispatch a 3-digit number will populate. This number can be used to complete various tasks, but ONLY when the call is open/active.
3. Master Incident Number – this number also populates after the call is sent to dispatch. It will begin with WP (WCCCA Police) or WF (WCCCA Fire) depending on call type, followed by 9 digits.
4. Location Field
5. Location Information – if there is a common place name associated with the location chosen it will populate here. You can also "free text" in this field.
6. Apartment or Suite Number
7. Community Code – this community will auto-populate when the location is geo-verified
8. Cross Streets – will auto-populate with location geo-verification
9. Call Type – drop down list of all call types

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 122 of 177



10. Call Description – auto-populates after a call type has been selected
11. Priority – auto-populates to the default priority assigned to a call type, can be upgraded or downgraded manually by the call taker
12. Comments – you can enter comments in this box prior to and after sending the call to dispatch.
13. Priority Information – this is a "free text" box. In call taking, this box is **ONLY** used for 2 types of information; weapons/officer safety information (e.g. gun, knife) or unit number/name (e.g. 1311/Jones) when taking calls for specific officers/deputies.

There are icons running down the center of the ECT. Many of them are inactive (greyed out). If there is information related to a location, the icons will become active once the location is Geo-Verified. Following is a reference chart for the function of these icons:

| Icon | Name | Function |
|------|------|----------|
| ⚠️ | Caution Notes | Indicates Caution Notes on file for address/location and opens the Caution Note Utility when clicked |
| 🌐 | Geo (map) | Focuses Geo on the address/location (zooms it on the map) |
| 🎯 | Bulls Eye/Geo-Verification | Indicates address/location is Geo-Verified |
| 🚫 | No Match/Non-Geo-Verified | Indicates address/location NOT Geo-Verified |
| ℹ️ | Premise Info/Utility | Indicates Premise Info on file and opens the Premise Utility when clicked |
| SOP | SOP (Standard Operating Procedures) | *** not utilized *** |
| 📋 | Premise History | Indicates prior Premise History on file and opens the Premise History utility when clicked |

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 123 of 177

WASHINGTON COUNTY CONSOLIDATED COMMUNICATIONS AGENCY
Call Taking Manual





1. Reporting Party Information – Name, Phone/Extension (if applicable), Address (if different from incident location)
2. Response Plan / Response Area – auto-populates after location geo-verification
3. Jurisdiction / Division – auto-populates after location geo-verification
4. Supplemental Information* – used to add persons or vehicle information to a call
5. License Plate Information* – can be used to run a plate for a call
   *more on this later

Remaining ECT Buttons:

| Button | Description |
|---|---|
| **SEND TO Q** | Sends the call to the queue (providing mandatory fields have been entered) while retaining the call information in the call taking window. This allows you to continue entering information, but also allows the call to be dispatched immediately. |
| CLQ | Caller Location Query – allows a call taker to request location information via text with a link. The person with the phone must click the link and follow the prompts in order for a location to be sent back to the call taker. |

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 124 of 177



| | |
|---|---|
| ANI/ALI | Displays the Automatic Number Identifier/Automatic Location Indicator (ANI/ALI) interface and data from ANI/ALI calls. |
| ACCEPT ALI | This will populate your location field with the land line or wireless Phase information, along with your map |
| UPDATE LOC. | Enables (turns yellow) when: 1. Phase I/II Wireless – Vesta phone rebids provide a potential new address 2. A linked multi-agency (police/fire) incident's address changes When you click the button, a queue will display one or more entries that you can accept, decline or ignore. The button will return to normal once you act on the new information. |
| ProQA / ProQA SUM. | ***not used by WCCCA |
| DUP. CALL | Creates an exact copy of the call displayed in the Incident Viewer and puts it in the pending queue |
| SEND PAGE | ***not used |
| VIEW CASE# | Displays case numbers as assigned by the PowerLine. Can also be used to assign a case number. |
| APCO | ***future use |
| RECOMMEND | Displays the Initial Assignment window, which recommends units available for assignment, so that you can assign units to an incident. |
| Add Resource | Displays the Add Additional Resources window so you can commit more resources and capabilities to an incident. |
| BALANCE | Displays the Response Reconfigure window, allowing you to assign different units to the incident. Note: The reconfigure options is not available for alarms of level 2 or greater. |
| Greater Alarm | Displays the Greater Alarm window in which you can increase the severity of response by adding alarm levels. |
| Add Agency | Displays the Add Agency window so you can add an agency or jurisdiction (if multi-jurisdictional agency) to the call currently displayed in the Incident Viewer. |

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 125 of 177



| | |
|---|---|
| CANCEL INCIDENT | Cancels the ECT screen if no data inputted. Can be used to "file" and close a call such as an Incomplete 911 with location/call type/phone number in the ECT. Will still be searchable in the Incident Editor. |
| EXIT / SEND | If required information is completed, sends the call to queue and closes the ECT. |
| ERASE ECT | Clears the fields in the ECT window and cancels the call. |

ECT Tabs:

| Additional Information | Assignments | Activities | Call Backs | Comments/Notes | Edit Log | Times | Transport Info | User Data | Attachments |

These tabs are in the middle of the ECT. Most of them are not utilized in call taking or dispatching, but the "Activities" and "Times" tabs are the most commonly used.

Supplemental Information:
These icons serve three purposes; the entry of additional vehicle, person, weapon or property information, collects any queried plates, persons, weapons or property information conducted by the dispatcher or the assigned units, collects additional caller information from appended calls.

| Icon | Name | Function |
|---|---|---|
| | Supplemental Info/Add Person | Displays Incident Supplemental Person Form |
| | Supplemental Info/Add Vehicle | Displays Incident Supplemental Vehicle Form |
| | Supplemental Info Available | Indicates (turns red) additional person, vehicle, weapon or property information available and displays the Supplemental Information Utility. |

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 126 of 177

WASHINGTON COUNTY CONSOLIDATED COMMUNICATIONS AGENCY
Call Taking Manual



## Supplemental Information Utility Screen:



## Location Verification (see SOG 47)

An accurate location is the single most important piece of information needed to send emergency help. Location information can be entered into CAD several ways:

- Physical Address
- Intersection
- Common Place Name
- Lat/Long (Phase 2, RapidSOS)

Once the location information is entered into the Location field, you will need to geo-verify it in the system. This can be done by tabbing, clicking on the Location button or ALT+L. This is a critical step to ensure that the information is valid and also to verify jurisdiction prior to creating an incident for dispatch.



## Physical Address

You can enter physical address information in several different formats prior to geo-verification:

Full Physical Address
- Numeric, Directional, Street/Road Name, Street/Road Type, City/Community Code



Partial Physical Address – Selection via Pick List
- Numeric, Full Street/Road Name
- Numeric, Partial Street/Road Name
- Numeric, Full/Partial Street/Road Name, City/Community Code

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 128 of 177

WASHINGTON COUNTY CONSOLIDATED COMMUNICATIONS AGENCY
Call Taking Manual





In the pick list (a.k.a. Geo-Locator – more on this later), scroll until you find the correct location. To select a pick list entry, highlight the text with the curser and either use the "OK" button or ALT+O; or double click the on the entry text. If you need to re-enter a location you can edit your location field in the Geo-Locator window and click "Search" or ALT+S to get a new pick list.

Common Place Name

Frequently, callers do not know the [physical address of their location as they are at businesses, leisure activities, etc. The Common Place Names file allows call takers to search for the correct physical address based on the name of the location.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 129 of 177





REMEMBER: You can narrow down a pick list by using an asterisk with a community code.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 130 of 177



*NOTE:* Putting in the most accurate location in every time leaves less room for error or delay in service due to jurisdictional boundaries.

> *Example: Caller is reporting a crash on the street in front of the Target on Beaverton Hillsdale Hwy.*
> Using the common place name = *Target (10775 SW BHH)* = **WCSO**
> Using the intersection = *SW BHH/SW 107th* = **BVPD**

## Intersections

Nearest intersections are routinely used as locations for traffic complaints, motor vehicle accidents or as reference for reported incidents happing in an area but not where the caller is calling from (e.g. caller at home, reporting a suspicious person walking in the neighborhood, gives nearest intersection in the direction subject is walking at the location of occurrence). Unless you are sure of the directional and street/road name, limit the information entered so that a larger pick list will return. Use caution if the

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 131 of 177



street/road name is 2-words, as only entering the first word may limit pick list matches. Adding the city/community code also works with intersection files to limit pick list matches (using an asterisk and the city code like in the example above). When using intersections, the first street is *always* the street the incident is occurring on following by the nearest cross street. A "/" separates the two.



Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 132 of 177



## Geo-Locator Utility (pop-up)

When geo-verifying a location, CAD scans the address database for the address or premise. If more than one possible match is found, the Geo-Locator window opens, displaying a list of matches. There are utility buttons within the Geo-Locator to assist in finding the correct location.



1. <u>A</u>ll Areas – removes the limitations of the address database (searches all areas in CAD vs WCCCA Plus Buffer)
2. Soun<u>d</u>ex – searches for like sounding streets
3. GEO – moves the map to the location you have highlighted in the pick list
4. Street <u>I</u>nfo – brings up the location's cross streets, block ranges, response areas and any aliases
5. <u>N</u>o Match – forces the address into CAD, but it will NOT be geo-verified (not typically used in call taking).

You will be able to confirm whether or not your location has been successfully geo-verified with icons on the ECT:

Geo-Verified 

Not Geo-Verified

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 133 of 177

WASHINGTON COUNTY CONSOLIDATED COMMUNICATIONS AGENCY
Call Taking Manual



## Warning of a Duplicate Call

If an active incident is in close proximity (within 2000 feet) of a call being entered, the call taker will receive a "Warning of Duplicate Call" pop-up box. Clicking on a possible duplicate call in the list will display the details of the call in the comments section on the bottom of the pop-up box. Based on the information displayed, the call taker must decide to enter a New Call or Append to Existing Call. It is best to not select the Link option as it can cause confusion and function issues in CAD. (see page 26, Duplicate Call Information)



## Verifying CAD Incident Creation (see SOG 34)

There have been unanticipated delays in service due to failure to generate a CAD incident. These incidents are known as "Non-Generated Incident (NGIs)." The term NGI is defined as "as instance where the caller taker intended to and thought they generated a CAD incident, but, in fact, no CAD incident was generated, and, in which the original call taker did not "catch (discover) and correct the non-generated incident within five (5) minutes of then the CAD incident should have been generated." In addition, if one half of a dual response call does not get created then it is an NGI, regardless of whether or not that caused a delay in service.

A "Good Catch" is an instance in which the caller taker *does* "catch" (discover) *and* correct the NGI within five (5) minutes of when the CAD incident should have been generated.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 134 of 177



Avoidable delays in service are a significant and serious liability issue with potentially far-ranging impacts. Of greatest concern is delaying service to a caller who often times is expecting emergency assistance with an expedited response. Such a delay in service attributed to a call taker not verifying a CAD incident has been created may rise to the level of gross negligence in which both the Agency and the individual call taker assume legal liability for related damages.

**In all calls for service**, the following Agency best practices are to be followed to ensure a CAD incident is generated for service prior to moving on to another task:

- Visually check the top left-hand corner of the ECT screen to verify there is both an INC ID # and a Master Incident Number.
- Add the 3-digit Inc ID or the last 4 of the Master Inc Number to the call.
- Utilize the "R" (recall) CAD command to query or recall the CAD incident number to verify the accurate transfer and information entered into the initial ECT.

## Basic CAD Powerline Commands and Functions

Following are the most common CAD commands used as a call taker. This list is not all-inclusive.

<u>Security Commands</u>

**OPOF –** Operator Sign Off
- Cannot sign off if you have an open ECT, Incident Viewer or Incident Editor Screen

**PASS –** Reset Password
- Resets a user's password to a default password
- User will be prompted to change the password immediately at log in
    *Examples:*    **PASS A65##** (dispatcher ID)
                  **PASS B45213** (first letter of the unit's jurisdiction and DPSST)
                  **PASS E0421** (fire apparatus name)

**WHO** – Search by Console Name
    *Example:*    **WHO BV**

**WHERE** – Locate a user (on duty)
    *Example:*    **WHERE *SMITH***

**WHOALL** – Search by PASP
    *Example:*    **WHOALL WCCCA**

<u>Messaging</u>

**MSG** – Send a message
- Used to message other dispatchers, consoles, units, PSAP's etc
    *Examples:*    **MSG 1311**
                  **MSG A65##** (individual dispatcher at WCCCA)

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 135 of 177

WASHINGTON COUNTY CONSOLIDATED COMMUNICATIONS AGENCY
Call Taking Manual



**MSG HBP** (all logged in units within agency)
**MSG FCOM** (discipline within WCCCA)
**FWD** – Forwards last viewed message
**DMSG** – Deletes last viewed message
**UMS / ALERT** – Sends a high priority (urgent) message

Search Methods via Powerline

**EDIT / IE** – Brings up the Incident Editor to search for incidents by date:



In this first window, select Agency Type and Date/Date Range and hit "Search." When the Search Window populates, fill it out the known fields and hit "Search" again. This will return you to the first screen with the search results listed.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 136 of 177

WASHINGTON COUNTY CONSOLIDATED COMMUNICATIONS AGENCY
Call Taking Manual



**PERSON** – Searches CAD by a person's name
**PLATE** – Searches CAD by a specific license plate
**PHONE** – Searches CAD by a phone number
**PH** – Searches CAD for Premise History on a specific location

<u>Updating Calls via Powerline</u>
**AC** – Add Comments
**ACC** – Add Confidential Comments
**NOTIFY** or **ACN** – Add comments and send an Advisor Alert to the dispatcher
**SL** – Sets (changes) the call location
**ST** – Sets (changes) the call type
**SP** – Sets (changes) the call priority
**RTC** – Request to Cancel
**AA** – Add Agency
**DUP** – Duplicates the incident
**LINK** – Links two calls together (any information added after the link occurs goes into both calls)
**APP** – Appends one call into another incident

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 137 of 177





### VESTA PHONE SYSTEM

VESTA is the state-approved telephone system used by WCCCA for all emergency and non-emergency calls. This advanced system utilizes a stand-alone keypad (Genovation) and/or a regular keyboard to operate the various modules. Additionally, an "XMU" device screens incoming 9-1-1 wireless calls to reduce the number of inadvertent or misdials to 9-1-1 (including devices that have 1-button dial for emergency calls). This device provides advanced announcement, voice prompt for action and messages in both English and Spanish.

Incoming calls received at WCCCA are prioritized in the following order:
- 9-1-1 hardwire / wireless "trunks"
- Commercial alarm companies
- Non-emergency lines

Within these lines, phone calls are routed through the Automatic Call Distributor (ACD). The ACD allocates incoming telephone calls by the line type priority, workstation assignment and available call takers (in"Ready"); all emergency and non-emergency calls are currently screened by the ACD.

The ACD delivers telephone calls in the following order:
*** fill this in after Matt gets back to you ***

To launch the VESTA 9-1-1 program, click on the windows screen in the lower left corner of the monitor associated with the system (currently the smaller monitor on the left of your console) and then select the VESTA 9-1-1 icon.



Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 138 of 177



You log into the system with a user name and password. The system defaults to WCCCA as the Agency and then you select a role (Call Taker, Dispatch, Coach, etc) related to your current position.




Each role is associated with one or more layouts. The layout defaults to the previous one used when signed into that role. To select a different layout, click on the "Layout" dropdown and choose the layout that best suits your current assignment. The difference between layouts 1 and 2 of the same name is simply the color; grey or blue.



Clicking on the "Tools" dropdown will allow the call taker to open the Greetings Manager. In the Greetings Manager, a call taker can prerecord an answer greeting for both emergency and non-emergency calls. Call takers are not required to use this feature.

After logging in, your phone screen will look similar to this:

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 139 of 177





Let's break it down (location information based on default setting of the phone system).

On the lower right corner, the time and date will display. There is also an information indicator. If you click on that, it will display information about the call taker that is logged in; including name and role.



In the upper left quadrant, you have several functions. The default function is the Dial Directory. Each function has a tab along the bottom of the box that you can select to populate the related information.

Dial Directory
The Dial Directory contains a database of preprogrammed numbers used frequently by call takers and dispatchers. The red 911 buttons across the top allow us to connect

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 140 of 177



with the other PSAP's in the area, making the transferring of calls easier. An arrow symbol (▶) in a directory box indicates there is more than one phone number associated with the category. Click on the category and a new directory screen will populate. Once you have found the found the location you are looking for, just click it and a phone call will be initiated.

To get the Contact Details of a directory entry, click the "Details" button (1) and then the entry you wish to see (2). An information box will pop up (3):



## Contact Search
Clicking this tab will allow you to search the directory database for a number. This is especially helpful when you are not sure which directory category the number you are looking for is under. Once you have found the number you are looking for, you can make a phone call in two ways; highlight the entry and click the "Dial" button or double click the entry.



## Agents
To see all employees currently logged into the phone system, click the Agents tab. It will display their name, position they are working and other information; including their current call status. You can use this tab to transfer calls directly to an employee or call them by double clicking on the associated entry.

## Recent Calls

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 141 of 177



The Recent Calls tab will display both Inbound and Outbound calls taken or placed by the specific call taker/position since signing into the program. You can call a number back by clicking on the associated entry.

Abandoned Calls

Any call that gets thru the XMU but is disconnected by the caller prior to falling into a queue will show here. *** suggestions for this area?***

Call Information Display

Moving on to the upper right of your screen, you will see the Call Information Display. This is where location (ALI) and phone number (ANI) information will populate. You will also see additional information such as class of service, Lat/Long and response area of the call.



At times, there may be a need for a "Manual Request" for a location. This allows the call taker to input a landline phone number and get subscriber information from it. This is only used when there is an urgent need to obtain a location.

If a call taker receives a call and the information displayed on the screen is incorrect (i.e. the phone number is correct, but the caller has moved and their old address is populating), an "Incorrect Location" form must be filled out and submitted.

Queue Display

The Queue Display is below the Call Information Display. This box provides information about what type and how many calls are holding as well as the longest wait time in each queue. It also indicates the number of call takers signed into the system and how many are in "Ready" or "Not Ready".

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 142 of 177



| Queue Display | | | | | |
|---|---|---|---|---|---|
| Queue | Calls | Ready | Agents | Not Ready | Longest Wait Time |
| E911 | 1 | 0 | 14 | 9 | 00:03 |
| ALARMS | 0 | 0 | 14 | 9 | 00:00 |
| NONEMERG | 1 | 0 | 14 | 9 | 00:10 |

Position Lines, Ringdown, Toolbar

The Position Lines, Ringdown and Toolbar run across the lower left side of the screen. Position Lines will change based on the layout you have chosen.

The Ringdown shows other lines you may receive incoming calls on and are the same no matter what the layout.

The Toolbar indicates the call taker's status; Ready (green)/Not Ready (red). You can change your status by mouse clicking the button. It will toggle between the two. You can also use the Genovation Keypad (more on that later) to perform this function.



The call taker also accesses the TTY program and the playback feature from the Toolbar.

*TTY -*

Personal Call/Queues

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 143 of 177



In VESTA, there are multiple individual lines available for the call taker to use. Incoming non-emergency and 9-1-1 calls will drop into the "In Calls" box.



## Phone Tools



Genovation Keypad



**CARRY ON FROM HERE**



# OVERVIEW OF GEOGRAPHY

Call takers use various tools daily to include an integrated mapping system and information provided by the telephone system via ANI/ALI data. Understanding geography components and definitions, as well as being individually familiar with areas of Washington County assist a call taker in determining location (see SOG 47).

The initial point for the land surveys in Oregon is referred to as the Willamette Stone; and the principle survey meridian, running north and south is named the Willamette Meridian. The principle meridians (running north and south) and base lines (running east and west) form the framework for the surveys, including grids od six-mile-square townships, thirty-six-mile sections per township and smaller subdivisions.



**Willamette Baseline:**
- Divider between North and South
- Addresses start at zero and increase as you move North or South
- The common streets on the Willamette Baseline
  - Baseline, Main St (Hillsboro), TV Hwy/Hwy 8, Adair (Cornelius), Pacific Ave (Forest Grove)

**Willamette Meridian:**
- Forms a portion of the East County limit
- 65th is the common street name associated with the Willamette Meridian

The term "addressing grid" refers to the uniform house numbering and street identification system. The addressing grid in Washington County is an extension of the

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 145 of 177



Portland/Metro grid system, which is based on the state system. Most cities and the unincorporated area of Washington County follow the addressing grid standards with the exception of Gaston, Forest Grove and Cornelius. These cities use their own city specific addressing grid.

The following is a partial list of addressing grid standards and abbreviations:
- **Even** numbered addresses are the **east** and **south** sides of the street
- **Odd** numbered addresses are the **north** and **west** sides of the street
  *(As we all know, people in the northwest are odd!)*
- Streets running north/south are typically numbered, but some major north/south arterials are named (Murray Blvd, Cornelius Pass Road)
- Streets running east/west are typically named

In addition to a general knowledge of city/county addressing systems, call takers and dispatchers are responsible for demonstrating knowledge of the following:
- County boundaries
- Major state highways are arterial streets
- Use of maps/mapping system to include but not limited to the use of the integrated CAD mapping application (see SOG 45).

Washington County shares a border with the following counties: Multnomah, Clackamas, Clatsop, Columbia, Tillamook and Yamhill. Knowledge of bordering counties will assist in identifying incidents occurring in other jurisdictions.

State highways running through city jurisdictions may also be known by other community names. This is critically important – depending on where an incident is located will determine whether or not the highway is knows by it's number or a local community name. The major state highways are listed below by direction, number and community/local names.

## <u>EAST / WEST</u> HIGHWAYS ARE **<u>EVEN</u>** <u>NUMBERED</u>
### Highway 6 (HWY 6)
- West County – Wilson River Hwy

### Highway 8 (HWY 8)
From east to west:
- In Beaverton: Canyon Rd, SW Tualatin Valley Hwy or SW TV Hwy
- In Hillsboro: SW/SE Tualatin Valley Hwy or SW/SE TV Hwy/10th, Baseline Rd (westbound), Oak St (eastbound)
- In Cornelius: Adair St (westbound), Baseline (eastbound)

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 146 of 177



- In Forest Grove: Pacific Ave (westbound), 19th Ave (eastbound), E St, Gales Creek Rd
- In County: Gales Creek Rd

## Highway 10 (HWY 10)
- In Beaverton/County: SW Beaverton Hillsdale Hwy, SW Farmington Rd

## Highway 26 (HWY 26)
- In Washington County: NW Sunset Hwy

## Highway 210 (HWY 210)
- In Beaverton/County: Scholls Ferry Rd

## Highway 240 (HWY 240)
- In Yamhill Co/Newberg: Yamhill-Newberg Hwy

## NORTH / SOUTH HIGHWAYS ARE ODD NUMBERED
## Interstate 5 (I5 FWY)
- Wilsonville, Tualatin, Tigard

## Interstate 205 (I-205 FWY)
- Veterans Memorial Hwy

## Highway 217 (HWY 217)
- Tigard and Beaverton

## Highway 99 (HWY 99W)
- In south Washington County: SW Pacific Hwy
- In Newberg: Portland Rd

## Highway 219 (HWY 219)
- In Yamhill Co/Newberg: St Paul Hwy, 1st St, College St, Hillsboro-Newberg Hwy
- In Washington County: Hillsboro-Newberg Hwy, SW Hillsboro Hwy

## Highway 47 (HWY 47)
- In Gaston: Yamhill/Gaston Hwy, Front St
- In Forest Grove: Old TV Hwy, Quince St, Nehalem Hwy
- In Banks: W Main
- In NW Washington County: Vernonia Hwy

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 147 of 177



## Major Arterials

The following list of streets, roads and parkways are a small sampling of major arterials in Washington County. The list is representative only and is not all-inclusive. Each community has major arterials that run through their city and familiarization will come with repeated use.

### NORTH / SOUTH ARTERIALS

- In Beaverton: NW/SW Murray Blvd, NW/SW Cedar Hills Blvd
- In Hillsboro: NW/SW 185th Ave, SW Minter Bridge Rd, NW Glencoe Rd, River Rd, NW Cornelius Pass Rd
- In Tigard: SW Hall Blvd
- In Sherwood/County: SW Tualatin Sherwood Rd

### EAST / WEST ARTERIALS

- In Beaverton/Hillsboro: NW/NE Cornell Rd
- In Beaverton/County: NW/SW Walker Rd
- In North County: NW Germantown Rd
- In Hillsboro/County: NW West Union Rd, NW Evergreen Pkwy
- In Hillsboro: Baseline Rd
- In Tualatin/Sherwood: SW Tualatin Sherwood Rd.

## MAPPING – (Directive 4.10)

In the CAD environment, integrated mapping is a critical function of location identification and verification. All locations entered into CAD are geo-verified against a database that is maintained by the Information Technology (IT) department. The ECT will display the jurisdiction and division of the geo-verified location. If the incident is not in WCCCA's dispatch area, the call will be transferred to the appropriate PSAP for processing.

GEO-VERIFICATION

Geo-verification or address verification is the process of entering a description of a location and receiving a location match with XY coordinates. The following types of locations can be geo-verified in CAD:

- Civic Address – the legal property address assigned by the city or county addressing authority (e.g. 5900 NE Pinefarm Ct)
- Premise – the descriptive name for a place (e.g. WCCCA)
- Street Intersection – where two streets intersect one another (e.g. NE Pinefarm Ct/NE Clara Ct)
- Coordinates – the latitude and longitude coordinates (see INFO WLAT)

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 148 of 177



Our reference GIS data includes address points and street centerlines. Address points are an explicit point representation of a civic address. Address points are typically plotted on the building or the suite number they are associated – it is the most precise reference GIS layer available. For this reason, we configure CAD to first attempt geo-verification to the address point. If no match is available (perhaps due to a spelling error or missing address record), CAD will attempt to find a match along the street centerline. Matches made against the street centerline are an estimated representation of the address location.

Geo-verification works in the following order:
- Enter location description (e.g. 5900 NE PINEFARM CT is the description of a civic address location)
- The system breaks down the locations description into its individual elements (house #, prefix, street name, street type, directional suffix)
- The elements are compared to our regional address point and street centerline data and a pick list is generated base on the accuracy of the match
- If an exact match exists, the location is geo-verified. You now have spatial coordinates associated with your location.
- If multiple match candidates exist, a Geo-Locator pop up window appears and you must select the correct reference location.

GEO-FILE EXTENT
The address and street reference date covers Washington, Multnomah, Clackamas, Columbia, Clatsop, Yamhill and Marion Counties. We have configured geo-verification to prioritize location matches based on search area. WCCCA's search area is a two-mile buffer around the collective service area of all of the divisions we dispatch for. You may set your search area preference by "poking CAD in the eye" to bring up the View Controller. The recommendation is to only have "WCCCA Service Area Plus Buffer" highlighted.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 149 of 177





To see this in action, type "100 GRANT" in your ECT and notice that the Geo-Locator window provides match options in Hillsboro and Newberg. That is because these two cities fall within the WCCCA search area. Now click the "All Areas" button and notice all the additional pick options. Clicking "All Areas" effectively removes the search area filter and allows you to search the entire extent of the refence tab.

INTERSECTIONS
A forward slash "/" is the special indicator for intersections. In the ECT, enter the street the incident is occurring on and a forward slash, followed by the closest cross street. If the cross street is unknown, enter the first street followed by a forward slash and asterisk "*" and the Geo-Locator pick list window appears with all possible intersections.

Examples:
- "MURRAY/TV" will geo-verify to: SW Murray Blvd/SW Tualatin Valley Hwy
- "CPR/CORNELL" will geo-verify to: NE Cornelius Pass Rd/NE Cornell Rd
- "CENTURY BLVD/*" will provide a pick list of all streets that intersect with Century Blvd

HIGHWAY AND RAMPS
Highways ramps are entered as premises and do not require a forward slash. Always start with the direction of travel (NB, SB, EB, WB) and the highway name. Following the highway name you can type one of the following"
- Overpass/street name

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 150 of 177



- o NB 217 ALLEN NORTH OF – "I am traveling NB on Hwy 217 and I'm north of the Allen Blvd ramp/overpass"
- o EB SUNSET 185th EAST OF – "I am traveling EB on Sunset Hwy and I'm east of the 185th ramp/overpass"
- AT
  - o NB 217 AT ALLEN – "I am traveling NB on Hwy 217 and am at/under the Allen Blvd overpass"
  - o EB SUNSET AT 185th – "I am traveling EB Sunset Hwy and am at/under the 185th Ave overpass"
- EXIT
  - o NB 217 EXIT 2B (ALLEN) – "I am traveling NB on Hwy 217 and am approaching/at Exit 2B to Allen Blvd"
  - o EB SUNSET EXIT 64 (185th) – "I am traveling EB on Sunset Hwy and am approaching/at Exit 64 to 185th Ave"
- MP (milepost)
  - o NB 217 MP 2 – "I am traveling NB on Hwy 217 and am at milepost 2"
  - o EB SUNSET MP 64 – "I am traveling EB on Sunset Hwy and am at milepost 64"
- TO (only for HWY to HWY interchanges)
  - o NB 217 TO EB SUNSET – "I am traveling NB on Hwy 217 and am taking the ramp to go EB on Sunset Hwy"
  - o EB SUNSET TO HWY 217 – "I am traveling EB on Sunset Hwy and am taking to ramp to go SB on Hwy 217"

When in doubt, revert to basics – enter the direction of travel followed by the highway name. This will provide a long pick list of every highway premise option for that direction of travel. Once you become more familiar with the more specific options (overpass, AT, EXIT, MP, etc) you can use those to narrow down your pick list.

<u>ALIASES</u>
When you type in a street alias (abbreviation) into the ECT, CAD reverts it to the real name.

*Examples:*
- "1500 CHB" will geo-verify to "1500 SW Cedar Hills Blvd"
- "2200 CPR" will geo-verify to "2200 NE Cornelius Pass Rd"
- "STV" will geo-verify to St Vincent Hospital at "9205 SW Barnes Rd"

The following list is aliases that can be used in the CAD system to expedite entry information; it is not all-inclusive:

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 151 of 177



| BFR | Boones Ferry Rd | JSR | NE/NW Jackson School Rd |
|-----|-----------------|-----|--------------------------|
| BHH | SW Beaverton Hillsdale Hwy | LBF | SW Lower Boones Ferry Rd |
| CHB | SW Cedar Hills Blvd | LRX | Light rail xing (w/ street name) |
| CPR | NE Cornelius Pass Rd | MAX | MAX (w/ stop name) |
| CSR | NW Cornelius Schefflin Rd | RRX | Railroad xing (w/ street name) |
| HWY 10 | SW Beaverton Hillsdale Hwy<br>SW Farmington Rd | SFR/SF | SW Scholls Ferry Rd |
| HWY 219 | SW Hillsboro Hwy | TRS/TS | SW Tualatin Sherwood Rd |
| HWY 6 | NW Wilson River Hwy | TV HWY | SE/SW Tualatin Valley Hwy |
| HWY 8 | SW/SE Tualatin Valley Hwy<br>N Adair St<br>Gales Creek Rd<br>E Street<br>Baseline ST | UBF | SW Upper Boones Ferry Rd |
| HWY 99 | SW Pacific Hwy | WSM | Washington Square Mall |
| | | WSR | SW Washington Square Rd |
| *Hospitals* | | | |
| KWH | Kaiser Westside | MPH | Meridian Park Hospital |
| STV | St Vincent Hospital | TUH | Tuality Hospital (OHSU) |

## GEOTOOLS

GEO is the name of the CAD mapping application. Its features and functions include real time unit location display, incident display, visualization of layers, address searching, measurement and numerous dispatching functions (you will probably never use the dispatching functions because it is faster to do from a powerline). You can hover your mouse over each tool to see a tool tip explaining the tool's purpose. Go to GEO > View > Show Additional Tools to make your toolbar display 21 tools rather than just 9.

| TOOL NAME | ICON | DESCRIPTION |
|-----------|------|-------------|
| Zoom In/Out | | Zooms in/out on the selected area |
| Fixed Zoom In/Out | | Zooms the map view in (showing more detail)/out (showing more area) in a fixed amount |
| Pan | | Moves the visible area of the map by clicking and dragging the map |
| Continuous Zoom | | Continuously pans or zooms the selected area. Right click the mouse to pan, left click to zoom. In each case, hold the mouse button and drag the mouse to change the visible extent of the map |

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 152 of 177



| | | |
|---|---|---|
| Full Extent Tool | | Zooms the window out to display the entire map area that is loaded in your system |
| Go Back to Prev Ext | | Changes the visible are of the map to the previous extent (zoom level) in the history list |
| Go to Next Ext | | Changes the visible are of the map to the next extent (zoom level) in the history list |
| Refresh View | | Redraws the map based on the current data |
| Locator | | Open the Locator window in which you can select a specific Unit, Incident, Premise, Address or Station/Post. The map is centered on the selected feature, optionally zooming to an area that includes a specified radius around the feature. Items will display only if your filters are set to include them |
| Squeegee | | Removes any address or SOS labels, route lines or distance calculator lines |
| Reverse Geo-Validation Tool | | When this tool is activated and the user has an ECT screen open, the user can click appoint on the map to reverse geo-code the latitude and longitude to the street address or directly to a lat/long if too far from a street. This information populates the address field in the ECT. |
| Street Information | | ** this tool is not active in our system ** |
| Route Tool | | Provides driving directions between two points and graphically displays the route on the map |
| Zoom Radius | | Centers the map and zooms to a preset radius |
| Distance Calculator Tool | | Calculates the distance of a polyline and each of its straight-line segments that are drawn on the map with the mouse |
| Drag-Drop Tool | | Assigns a Unit to an Incident or places the unit in quarters at a station by dragging the unit to the incident or station |
| Layer Information | | Displays information about any feature on the current map view |

Page **153** of 177

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 153 of 177

WASHINGTON COUNTY CONSOLIDATED COMMUNICATIONS AGENCY
Call Taking Manual



Area Calculator      Enables you to draw and compute the area for your own polygons

## CAD MAP COMMANDS
- ZI – Zoom Incident
- ZU – Zoom Unit
- GEO – reopens the map if accidently closed

## MAP LAYERS

☐ 🗐 **Layers**
  ☐ ☑ CAD Data
    ☐ ☐ Ambulance Service Area
    ☐ ☐ Connecting Hillsboro Addressing Project
    ☐ ☐ Community Boundaries
    ☐ ☐ DEQ Burn Boundary
    ☐ ☐ Fire Mapping Zones (FMZ)
    ☐ ☐ Fire Division Boundaries
    ☐ ☐ Fire First Due Boundary
    ☐ ☑ Highway Ramp Labels
    ☐ ☐ Hydrants - Regional
    ☐ ☐ Life Flight Landing Zones
    ☐ ☐ Pipelines
    ☐ ☑ Police Division Boundaries
    ☐ ☐ PSAP Boundaries
    ☐ ☐ Preplan Polygons
    ☐ ☐! PGE Public Safety Power Shutoff Zones
    ☐ ☐ ResponseAreas
    ☐ ☐ Search Areas
    ☐ ☐ Tow Rotation
    ☐ ☐ Urban Growth Boundary
    ☐ ☐ WaterDistricts
    ☐ ☐ Preplan Features
    ☐ ☐ Occupancy_Contacts
    ☐ ☑ Common Layers
    ☐ ☑
    ☐ ☑ 5 BASEMAP OPTIONS
    ☐ ☑ CHECK 1 BASEMAP AT A TIME!!!
    ☐ ☐ Day Basemap
    ☐ ☐ Night Basemap
    ☐ ☐ Photos Basemap
    ☐ ☑ Hybrid Day Basemap
    ☐ ☐ Hybrid Night Basemap
    ☐ ☐ CHECK 1 BASEMAP AT A TIME!!!
    ☐ ☑ Version: 4-5-2022

The Table of Contents (aka Layers List) appears on the left side of GEO. Each line represents either an individual map layer or a grouping of map layers. Clicking on the "+" icon will allow you to see the layers in that group. Layers are scale dependent. A black check box next to a layer means the layer is visible and will display at the current map zoom level. A grey checkbox means that the layer will display but you must first zoom in further.

CAD Data is the very first layer group and should always be checked on. It contains a number of CAD system layers that update dynamically including units, incidents, stations and radios.

Many layers are unchecked by default. You may check one or more of them if you need, but otherwise they should be left unchecked for better map legibility.

## BASE MAP OPTIONS
There are five base map options in GEO. A base map is simply a collection of layers that have been symbolized a specific way to meet a specific need. Turn each base map on one at a time and see how they differ. You may use whichever base map suits your needs and preference. When you save your profile your

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 154 of 177



GEO preferences will be saved as well. Make sure to only have one base map option checked at a time. Turning on one or more will slow the performance of the map. The following are base map options:

- **Day** Base Map – this base map consists of points layers (e.g. address points), line layers (e.g. streets) and polygon layers (e.g. tax lots) but not aerial photos. The map layer symbology/labels in this base map have a lighter color theme.
- **Night** Base Map – this base map consists of a consists of point, line and polygon layers but not aerial photos. The map layer symbology/labels have a darker color theme.
- **Hybrid Day** Base Map – this base map consists of a combination of both the Day Base Map and the Photos Base Map. The Day Base Map will appear when your map is zoomed out to a neighborhood/city/county scale. The Photos Base Map will appear when your map is zoomed in to a block/tax lot scale, which is to say pretty zoomed in (Viewing: 1.5 x .72 miles in the lower right corner of GEO)
- **Hybrid Night** Base Map – same as the item above except that is uses the Night Base Map color theme.
- **Photos** Base Map – this base map is similar to the Hybrid Day Base Map. The only difference is that the aerial photos will display from a close in tax lot scale all the way out to a city scale (Viewing: 15 x 5 miles in lower right corner of GEO)

LAYER DESCRIPTIONS
Here are descriptions for some of the more interesting/complex/important layers:

- **Address Points** – this regional layer is assembled from 15 city and county-maintained layers. The layer in GEO is configured to that when you are zoomed out you will only see house numbers.
- **Address Points Units** - Once you zoom in close enough you will see unit/suite numbers. Note that the unit/suite numbers exist in GEO for visual reference purposes. We removed units from geo-validation (meaning they won't show up in your pick list) to avoid excessively long pick lists.
- **All Streets** – the street layer is also referred to as the street centerline. It is the line representation of the center of the street right of way. In GEO, this layer provides a visual for reference and labeling. In CAD it is used for geo-validation of intersections and as a backup for missing address points.
- **Cities** – the cities layer contains all cities in Oregon
- **Path and Trails** – this layer is not searchable. It simply provides a visual indication of where there are trails and the trail name as a label tip. Access the layer attributes for detailed information on trail access, use and managing agency. For long trail systems like Westside Linear Trail and Fanno Creek Trail we have trail to surface street access points entered as CAD premises.

Page **155** of 177

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 155 of 177



- **PSAP Boundaries** – includes all Oregon PSAP's. Open the layer attribute table for PSAP location, contact info and a link to the Internet Oregon PSAP contact list.
- **Schools** – right click on the school's icon and select Properties to bring up the layer attributes; contains info on school's admin phone, grade and district

TROUBLESHOOTING

*Default Settings* – GEO gives the user the ability to turn layers on and off, and then save their settings to their profile. To revert back to its default settings, go to GEO > File > Reset Map View to Agency Default. If you are experiencing issues with your GEO map this is a good initial step to try.

*Updating to Latest GEO Map Version* – The last layer in the GEO Layers list indicates the version of GEO map. There is typically a GEO map update available every three months. If you notice that your map version is more than three months out of date, go to GEO > File > Download Latest > All.  Then, GEO > File > Reset Map View to Agency Default and select "yes" in the pop up. This will update your GEO map to the most current version. The map version is tied to your profile, so this process only needs to be performed once per dispatcher, not once per workstation. Note that a Reset to Default will return your map to all default settings, meaning the first 20 layers will be checked off and you will reset to Day Base Map. You can set your layers/base map to your preference and save your profile to preserve these settings.

*Narrowing Down a Pick List* – In order to limit the pick list by community or street name, you can use the asterisk "*", followed by the community code or street name. The asterisk is the wildcard search indicator. This will only give you locations in the specified city or on the specified street.

    EXAMPLES:
    - "Starbucks*BTN" will provide a pick list of all Starbucks locations in Beaverton
    - "Shell*HIL" will provide of pick list of all Shell stations in Hillsboro.
    - "Chevron*Corn" will provide a pick list of all Chevrons on Cornell Rd (or street with "corn" in it)

    NOTE: Use caution when limiting by community code. If the callers say the location is in Beaverton and *BTN is entered, but it is actually in unincorporated Washington County which has the community code of POR, the pick list will not show the correct location

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 156 of 177



## State Highway Reference

| HIGHWAY/ MILEPOST | EXIT/ CROSSROAD | PD JURIS/ DISP | FD JURIS /DISP | LANDMARKS/ REMARKS |
|---|---|---|---|---|
| **I-5** | | | | |
| 281 | French Prairie Rest Area | OSP/OSP | Aurora/METCOM | (f.k.a. Baldock Rest Area) |
| 282 | Charbonneau/Canby | OSP/OSP | Aurora/METCOM | |
| 283 | S. Wilsonville | OSP/OSP | TVFR/WCCCA | |
| 285 | N. Wilsonville | OSP/OSP | TVFR/WCCCA | (MP 285, But EXIT 286) |
| 287 | South end of Tualatin | OSP/OSP | TVFR/WCCCA | |
| 288 | I-205 | OSP/OSP | TVFR/WCCCA | |
| 289 | Tualatin/Sherwood | OSP/OSP | TVFR/WCCCA | Nyberg Rd |
| 290 | Lake Oswego/Durham | OSP/OSP | TVFR/WCCCA | Bridgeport Mall |
| 291 | Upper Boones/Carmen | OSP/OSP | TVFR/WCCCA | Washington/Clack Co Line |
| 292A | Highway 217 | OSP/OSP | TVFR/WCCCA | |
| 292B | Kruse/72nd Ave | OSP/OSP | TVFR/WCCCA | |
| 293 | Haines St | OSP/OSP | TVFR/WCCCA | Washington/Mult Co Line |
| 294 | Tigard/Barbur Blvd | PPB/BOEC | PFB/BOEC | |
| | | | | |
| **I-205** | | | | |
| 1 | NB I-5 | OSP/OSP | TVFR/WCCCA | |
| 3 | Stafford Rd. | OSP/OSP | TVFR/WCCCA | |
| 6 | 10th St. | OSP/OSP | TVFR/WCCCA | |
| 8 | 43/Willamette Dr | OSP/OSP | TVFR/WCCCA | |
| 9 | 99E/Mcloughlin Blvd | OSP/OSP | TVFR/WCCCA | |
| | | | | |
| **Hwy 26 WB (Sunset)** | | | | |
| 72 | Oregon Zoo | PPB/BOEC | PFB/BOEC | |
| 71B | Sylvan | PPB/BOEC | PFB/BOEC | |
| 71A | Canyon Ramp | PPB/BOEC | PFB/BOEC | |
| 70.92 | | PPB/BOEC | PFB/BOEC | Washington/Mult Co Line |
| 70.65 | MP 70 in CAD | BPD/WCCCA | TVFR/WCCCA | Beaverton/Portland Line |
| 69B | Barnes | BPD/WCCCA | TVFR/WCCCA | |
| 69A | Hwy 217 SB | BPD/WCCCA | TVFR/WCCCA | |
| 68 | Cedar Hills Blvd | BPD/WCCCA | TVFR/WCCCA | |
| 67 | Murray | BPD/WCCCA | TVFR/WCCCA | |
| 65 | Cornell/Bethany | BPD/WCCCA | TVFR/WCCCA | Exit Cornell to access Bethany |
| 64 | 185th Ave | BPD/WCCCA | TVFR/WCCCA | Beaverton EO/Hillsboro WO |
| 62B | Cornelius Pass NB | HPD/WCCCA | HFD/WCCCA | |
| 62A | Cornelius Pass SB | HPD/WCCCA | HFD/WCCCA | HB Stadium exit |
| 61B | Helvetia NB | WCSO/WCCCA | TVFR/WCCCA | |
| 61A | Brookwood SC | HBP/WCCCA | HFD/WCCCA | |
| 59 | Jackson School Rd | WCSO/WCCCA | TVFR/WCCCA | |
| 57 | Glencoe Rd | WCSO/WCCCA | TVFR/WCCCA | North Plains, FG exit |
| 55 | Dersham Rd | WCSO/WCCCA | TVFR/WCCCA | |
| 53 | Highway 6 Jct. | WCSO/WCCCA | BKFD/WCCCA | Banks exit |
| 49 | Highway 47 Jct. SB | WCSO/WCCCA | BKFD/WCCCA | SB exit to Banks/FG |
| 45 | Highway 47 Jct. NB | WCSO/WCCCA | BKFD/WCCCA | NB exit to Vernonia |
| 40 | | WCSO/WCCCA | BKFD/WCCCA | Dennis Edwards Tunnel |
| 34.16 | MP 35 in CAD | WCSO/WCCCA | BKFD/WCCCA | Washington Co Line |
| 32 | Viewpoint | OSP/OSP | BKFD/WCCCA | Mutual aid fire response |

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 157 of 177

**WASHINGTON COUNTY CONSOLIDATED COMMUNICATIONS AGENCY**
Call Taking Manual



| 29 | Rest Area | OSP/OSP | BKFD/WCCCA | Mutual aid fire response |
|----|-----------|---------|------------|--------------------------|
| 29-35 | Parts of 3 counties | BKFD mutual aid | w/ Clatsop Co, N. Astoria, Elsie Vine Maple | |

**Hwy 26 EB (Sunset)**

| 29-35 | Parts of 3 counties | BKFD mutual aid | w/ Clatsop Co, N. Astoria, Elsie Vine Maple | |
|-------|---------------------|-----------------|---------------------------------------------|---|
| 29 | Rest Area | OSP/OSP | BKFD/WCCCA | Mutual aid fire response |
| 32 | Viewpoint | OSP/OSP | BKFD/WCCCA | Mutual aid fire response |
| 34.16 | MP 35 in CAD | WCSO/WCCCA | BKFD/WCCCA | Washington Co Line |
| 40 | | WCSO/WCCCA | BKFD/WCCCA | Dennis Edwards Tunnel |
| 45 | Highway 47 Jct. NB | WCSO/WCCCA | BKFD/WCCCA | NB exit to Vernonia |
| 49 | Highway 47 Jct. SB | WCSO/WCCCA | BKFD/WCCCA | SB exit to Banks/FG |
| 53 | Highway 6 Jct. | WCSO/WCCCA | BKFD/WCCCA | Banks exit |
| 55 | Dersham Rd | WCSO/WCCCA | TVFR/WCCCA | |
| 57 | Glencoe Rd | WCSO/WCCCA | TVFR/WCCCA | North Plains, FG exit |
| 61 | Brookwood Pkwy | HBP/WCCCA | HFD/WCCCA | Helvetia Rd exit also |
| 62 | Cornelius Pass Rd | HBP/WCCCA | HFD/WCCCA | HB Stadium exit |
| 64 | 185th Ave | HBP/WCCCA | HFD/WCCCA | HB/BV Divide |
| 65 | Cornell/Bethany | BPD/WCCCA | TVFR/WCCCA | Exit Bethany to access Cornell |
| 67 | Murray | BPD/WCCCA | TVFR/WCCCA | |
| 68 | Cedar Hills Blvd | BPD/WCCCA | TVFR/WCCCA | |
| 69A | Hwy 217 SB | BPD/WCCCA | TVFR/WCCCA | |
| 69B | Barnes Rd | BPD/WCCCA | TVFR/WCCCA | St Vincent Hospital exit |
| 70 | Canyon entrance | BPD/WCCCA | TVFR/WCCCA | |
| 71 | Sylvan | PPB/BOEC | PFB/BOEC | |
| 72 | Oregon Zoo | PPB/BOEC | PFB/BOEC | |
| 73 | Stadium exit | PPB/BOEC | PFB/BOECV | |

**Hwy 6 (Wilson River Hwy)**

| 32 | Tillamook Co | OSP/OSP | FGFD/WCCCA | MP 32 in CAD for FGFD |
|----|--------------|---------|------------|------------------------|
| 32.85 | Summit | OSP/OSP | FGFD/WCCCA | Located in Tillamook Co |
| 32.88 | Jones & Lees Camp | OSP/OSP | FGFD/WCCCA | Camps in Tillamook Co |
| 33 | | WCSO/WCCCA | FGFD/WCCCA | Washington/Till Co Line |
| 34 | Brown & Rogers Camp | WCSO/WCCCA | FGFD/WCCCA | Parking lots are WCSO |
| 36 | Forest Camp Park | WCSO/WCCCA | FGFD/WCCCA | |
| 37 | Trolley Park | WCSO/WCCCA | FGFD/WCCCA | Btwn MP 37-38 (Aagard Rd) |
| 38 | Diabetic Camp | WCSO/WCCCA | FGFD/WCCCA | Near MP 38 (Cedarbrook Ln) |
| 38.95 | Timber Jct | WCSO/WCCCA | FGFD/WCCCA | |
| 39.3 | Glenwood area | WCSO/WCCCA | FGFD/WCCCA | Glenwood Store |
| 42 | Hwy 8 Jct | WCSO/WCCCA | FGFD/WCCCA | Gales Creek Rd to FG |
| 45 | | WCSO/WCCCA | BKFD/WCCCA | BKFD responses begin |
| 49 | Hwy 47 Jct | WCSO/WCCCA | BKFD/WCCCA | Banks exit Hwy 47 is Main St |
| 51.46 | Hwy 26 Jct | WCSO/WCCCA | BKFD/WCCCA | |

**Hwy 217 SB**

| 1 | Walker Rd | BPD/WCSO | TVFR/WCCCA | |
|---|-----------|----------|------------|---|

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 158 of 177



| 2A | Canyon Rd | BPD/WCSO | TVFR/WCCCA | Same exit for BHH (Hwy 10) |
|---|---|---|---|---|
| 2B | Allen Blvd | BPD/WCSO | TVFR/WCCCA | |
| 3 | Denney Rd | BPD/WCSO | TVFR/WCCCA | |
| 4A | Progress | BPD/WCSO | TVFR/WCCCA | Hall Blvd exit |
| 4.49 | | BPD/WCSO | TVFR/WCCCA | BV/TI Line |
| 4B | Scholls Ferry Rd | BPD/WCSO | TVFR/WCCCA | S of SFR is TI |
| 5 | Greenburg Rd | TIPD/WCCCA | TVFR/WCCCA | |
| 6 | Pacific Hwy (99W) | TIPD/WCCCA | TVFR/WCCCA | Tigard exit |
| 7 | 72nd Ave | TIPD/WCCCA | TVFR/WCCCA | |
| 7.2 | TI city limits | TIPD/WCCCA | TVFR/WCCCA | 217 can access I5 NB/SB 217 becomes Kruse Way in Lake O |

| **Hwy 217 NB** | | | | |
|---|---|---|---|---|
| 7 | 72nd | TIPD/WCCCA | TVFR/WCCCA | |
| 6 | Pacific Hwy (99W) | TIPD/WCCCA | TVFR/WCCCA | |
| 5 | Greenburg Rd | TIPD/WCCCA | TVFR/WCCCA | |
| 4 | Scholls Ferry Rd | BPD/WCCCA | TVFR/WCCCA | S of SFR is TI |
| 3 | Denney Rd | BPD/WCCCA | TVFR/WCCCA | |
| 2B | Allen Blvd | BPD/WCCCA | TVFR/WCCCA | |
| 2A | Beaverton Hillsdale | BPD/WCCCA | TVFR/WCCCA | Same exit for Canyon Rd |
| 1 | Walker Rd | BPD/WCCCA | TVFR/WCCCA | 217 NB Cn access Hwy 26 EB and WB 217 ends at Barnes Rd |

| **HWY 8 (Canyon)** | | | | |
|---|---|---|---|---|
| 0.15 | Hwy 26 | BPD/WCCCA | TVFR/WCCCA | Beaverton/Portland Line |
| 3 | Hwy 217 | BPD/WCCCA | TVFR/WCCCA | |
| 4 | Hocken Ave | BPD/WCCCA | TVFR/WCCCA | Becomes TV Hwy |
| 6 | 170th Ave | BPD/WCCCA | TVFR/WCCCA | End of BV city limits |
| 8.32 | Cornelius Pass Rd | HPD/WCCCA | HFD/WCCCA | |
| 14.31 | Dairy Creek Bridge | HPD/WCCCA | HFD/WCCCA | TV, SE 10th, Baseline through HB |
| 15.21 | Becomes Baseline Rd | COPD/WCCCA | COFD/WCCCA | East CO city limits |
| 15.99 | Becomes Adair | COPD/WCCCA | COFD/WCCCA | Eb is Baseline |
| 17.42 | Becomes Pacific Ave | FGPD/WCCCA | FGFD/WCCCA | |
| 17.88 | Becomes E At | FGPD/WCCCA | FGFD/WCCCA | By Tom McCall school |
| | Gales Way | FGPD/WCCCA | FGFD/WCCCA | Becomes Gales Creek Rd |
| | Hwy 6 | WCSO/WCCCA | FGFD/WCCCA | End of Hwy 8 |

| **HWY 10 (BHH)** | | | | |
|---|---|---|---|---|
| | SW 63rd | PPB/BOEC | PFB/BOEC | Wash Co/Portland Line |
| | SW 65th | WCSO/WCCCA | TVFR/WCCCA | |
| | Laurelwood Ave | BPD/WCCCA | TVFR/WCCCA | East BV city limits |
| | Lombard Ave | BPD/WCCCA | TVFR/WCCCA | Becomes Farmington |
| | SW 148th | BPD/WCCCA | TVFR/WCCCA | W Beaverton |
| | Hillsboro Hwy | WCSO/WCCCA | TVFR/WCCCA | End of Farmington |

| **Hwy 47** | | | | |
|---|---|---|---|---|

Exhibit 1- Declaration of Ivan Resendiz Gutierrez



| | | | | |
|---|---|---|---|---|
| 69.14 | | WCSO/WCCCA | BKFD/WCCCA | Washington/Columbia Co line |
| 70.93 | Linear Park | WCSO/WCCCA | BKFD/WCCCA | OSP will respond if avail |
| 71.05 | Wooden RR Trestle | WCSO/WCCCA | BKFD/WCCCA | |
| 71.89 | Nowakowski Rd (N) | WCSO/WCCCA | BKFD/WCCCA | a.k.a. Tophill |
| 74.09 | Nowakowski Rd (S) | WCSO/WCCCA | BKFD/WCCCA | |
| 74.34 | RR Trestle | WCSO/WCCCA | BKFD/WCCCA | |
| 80.51 | Hwy 26/Hwy 47 Jct | WCSO/WCCCA | BKFD/WCCCA | Staley's Jct |
| 82.85 | | WCSO/WCCCA | BKFD/WCCCA | BK N city limits |
| 83.58 | | WCSO/WCCCA | BKFD/WCCCA | BK S city limits |
| 89.46 | | FGPD/WCCCA | FGFD/WCCCA | FG N city limits |
| 18.02 | 19th St | FGPD/WCCCA | FGFD/WCCCA | |
| 19.96 | | FGPD/WCCCA | FGFD/WCCCA | S FG city limits |
| 21.96 | Old Hwy 47 | WCSO/WCCCA | FGFD/WCCCA | |
| 24 | Scoggins Valley Rd | WCSO/WCCCA | GAFD/WCCCA | Road to Hagg Lake |
| 25.32 | Tualatin River | WCSO/WCCCA | GAFD/WCCCA | N Gaston city limits |
| 25.72 | NW Oleson Rd (approx.) | YCSO/YCOM | GAFD/WCCCA | S Gaston city limits |
| | NW Phillips Rd | YCSO/YCOM | GAFD/WCCCA | End of GAFD responses |

**Hwy 99**
**Pacific Hwy**

| | | | | |
|---|---|---|---|---|
| 7 | Barbur Blvd | PPB/BOEC | PFB/BOEC | Becomes Pacific Hwy at 11416 SW Pac Hwy |
| 9 | Viaduct | TIPD/WCCCA | TVFR/WCCCA | |
| 11 | Durham Rd | KCPD/WCCCA | TVFR/WCCCA | |
| 13 | Pacific Dr | WCSO/WCCCA | TVFR/WCCCA | |
| 14.15 | Onion Flats | WCSO/WCCCA | TVFR/WCCCA | |
| 15 | Tualatin Sherwood Rd | SHPD/WCCCA | TVFR/WCCCA | Roy Rogers on W side |
| 18 | Bell Rd | WCSO/WCCCA | TVFR/WCCCA | |
| 19 | SW 207th Rd (approx.) | WCSO/WCCCA | TVFR/WCCCA | Rex Hill |
| 20 | | YCSO/YCOM | TVFR/WCCCA | Washington/Yamhill Co line |

**Hwy 219**
**(Hillsboro Hwy)**

| | | | | |
|---|---|---|---|---|
| 0 | 1st St | HPD/WCCCA | HFD/WCCCA | |
| 1 | Jackson Bottom | HPD/WCCCA | HFD/WCCCA | Wetlands |
| 1.24 | | HPD/WCCCA | HFD/WCCCA | S HB city limits |
| 2.5 | Tongue Ln | WCSO/WCCCA | TVFR/WCCCA | |
| 4 | Unger Rd | WCSO/WCCCA | TVFR/WCCCA | Farmington View School |
| 5.45 | Farmington Rd | WCSO/WCCCA | TVFR/WCCCA | |
| 5.54 | Bald Peak Rd | WCSO/WCCCA | TVFR/WCCCA | |
| 7 | Laurel Rd | WCSO/WCCCA | TVFR/WCCCA | |
| 8 | Midway Rd | WCSO/WCCCA | TVFR/WCCCA | |
| 9.6 | Wolsburn Rd | WCSO/WCCCA | TVFR/WCCCA | |
| 10 | Scholls Ferry Rd | WCSO/WCCCA | TVFR/WCCCA | |
| 12 | Jaquith Rd | WCSO/WCCCA | TVFR/WCCCA | |
| 15 | NE Mountain Top Rd | WCSO/WCCCA | TVFR/WCCCA | Washington/Yamhill Co line |
| 15.4 | NE Neill Rd | YCSO/YCOM | TVFR/WCCCA | |

**Hwy 210**
**(Scholls Ferry Rd)**

| | | | | |
|---|---|---|---|---|
| | Sunset Hwy | PPB/BOEC | PFB/BOEC | Skyline Rd becomes SFR |

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 160 of 177



| | Sheridan Ct (approx.) | PPB/BOEC | TVFR/WCCCA | 2320 SW SFR – TVFR |
|---|---|---|---|---|
| | SW Hamilton (approx.) | WCSO/WCCCA | TVFR/WCCCA | Washington Co/Portland line |
| | Hwy 217-135th Ave | BPD/WCCCA | TVFR/WCCCA | SFR BV/TI line |
| | SW River Rd | WCSO/WCCCA | TVFR/WCCCA | SFR westerly becomes River Rd |

# LEDS / DMV INTRODUCTION

Information is made available to criminal justice agencies for official criminal justice purposes, which includes investigation, apprehension, prosecution, adjudication, pre and post-trial supervision and rehabilitation. There are also a number of non-criminal justice agencies that have direct access to LEDS files for the purpose of conducting criminal history and driving record background checks on applicants for various types of certification and licensing such as school bus drivers, child care providers, etc.

LEDS Helpdesk is open 24/7 to assist with LEDS training questions, investigative assistance, LEDS transaction problems, as well as general questions pertaining to the use of LEDS. They are also the afterhours DMV resource.
- LEDS Operations Center
  503-378-5565 or helpdesk.leds@state.or.us

Each user of LEDS must observe any restrictions placed on the use or dissemination of information obtained from DMV. Use of this information for anything other than an authorized purpose is prohibited. Authorized purposes are specifically defined below:
- Enforcement of state traffic and criminal laws and regulations
- Identification of vehicles which have been towed or impounded by police
- Screening of prospective or present agency employees who will have access to LEDS equipment or information
- Identification of vehicles or individuals associated with criminal investigations
- Review of driving and registration records for prosecution and sentencing functions
- Access to vehicle registration information by fire and rescue agencies in emergency situations where waiting for the availability of a law enforcement officer would compound the emergency
- Inquiries for licensing, employment and regulatory purposes authorized by State law and approved in writing by DMV

## Security

While it may be tempting to let your friends and neighbors in on the information you have learned during the course of your job, it is a violation of LEDS policy to release any information transmitted via LEDS to unauthorized parties. This can and does have

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 161 of 177



serious consequences to those users who "forget" the restrictions on use and dissemination of LEDS/NCIC data including suspension or termination of LEDS access. This restriction on information dissemination not only applies to criminal history files, but to all information received or sent via LEDS.

## LEDS/NCIC Misuse

System misuse is a term that is applied to a very broad spectrum of problems that relate to the use of LEDS and NCIC systems.  System misuse occurs any time the system is used for any purpose not expressly authorized by LEDS Administrative Rules. Furthermore, information that is obtained for a legitimate purpose, but is later disseminated to unauthorized persons or entities, also constitutes misuse.

To prevent you from becoming involved in an embarrassing situation at the least, and a career-ending incident at the worst, please evaluate why you are making every inquiry before hitting the "ENTER" key. If you are unsure about the legitimacy of a particular LEDS/NCIC transaction, contact your Supervisor or LEDS Representative before making the inquiry. If you suspect an incident of system misuse, please contact your Supervisor.

## THE AUTHORIZATION OF ANY AGENCY TO ACCESS THE LEDS NETWORK OR ASSOCIATED SYSTEMS OR TO RETAIN ACCESS IS SUBJECT TO REVOCATION OR CANCELLATION BY LEDS ON THE FOLLOWING GROUNDS:

1. **Violation by the agency or by a member of the agency of any state statute, administrative rule or policy pertaining to the use of the LEDS or associated systems.**
2. **Violation of the security of the LEDS system:** Accessing, retrieving or using information from or through the LEDS system for non-official or unauthorized purposes.

## Definitions

_INTERPOL (International Criminal Police Organization)_ – the world's largest police organization with 190-member countries. Its primary role is to assist law enforcement agencies around the world in combatting all forms of transnational frim and terrorism.

_LEDS (Law Enforcement Data System)_ – Central state criminal justice telecommunications and information system. Maintains a statewide information system into which criminal justice agencies can enter records and make inquiries on various categories of persons vehicles and property. Some records maintained in LEDS are also stored in NCIC if they qualify and are of interstate interest.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 162 of 177



_NCIC (National Crime Information Center)_ – Operated by the FBI in Washington, DC. Maintains a computerized information system into which local, state and federal criminal justice agencies can enter and inquire on records related to persons, vehicles and property.

_NLETS (National Law Enforcement Telecommunications System)_ – National message switching network which links local, state and federal criminal justice agencies together for the purpose of information exchange. NLETS is controlled and funded y a consortium of states. It links individual stat computer systems, providing a network allowing transmissions of free test messages between agencies in different states through the use of a national addressing standard.

_DMV (Drive & Motor Vehicles Services section of the Oregon Department of Transportation)_ – DMV maintains a computerized records system containing information on all motor vehicles registered in the state and all persons who are issued drivers licenses or identification cards.

_CLETS (California Law Enforcement Telecommunications System)_ – LEDS users are provided online access to driver license and vehicle registration information from the State of California through the LEDS/CLETS computer link.

## LEDS IN CALL TAKING

In call taking, the use of LEDS functions to inquire about vehicle or person status is secondary to processing the call. The two most common inquiries a call taker may make are vehicle(s) and person(s), however most LEDS functions are processed by the dispatcher.

> _BEST PRACTICE:_
> _Call Takers DO NOT make LEDS inquiries unless the information obtained from the inquiry assists with processing the call correctly. (e.g. running a plate to see if a vehicle has been impounded, trying to locate an address for a suicidal subject via name/DOB inquiry when the caller does not know it)_

PERSON FILES
**Driver Status**
The Driver and Motor Vehicles Service Section files are accessible online to authorized LEDS system users for criminal justice purposes. Records available include those of all

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 163 of 177



drivers licensed in Oregon, identification cards issued by DMV, records of out-of-state drivers who have Oregon records but are not licensed in Oregon and records of persons who have Oregon driving records but no driver's license.

Inquiries for Oregon driver license information can be made using either the Oregon operator's license number (OLN) or by the name (NAM) and date of birth (DOB) of the subject. The Oregon driving record response includes identification information and current status of the driver, followed by all accidents, convictions, suspensions, revocations and cancellations for the past five (5) years.

Below are the commands to run a person via the CAD Powerline. They may also be done using the Records Check Window (F4 or RCW) or the Supplemental Persons icon in the ECT.

OREGON
> **Wants (LEDS) & Driver License Status (DMV)**
>> **By ODL#**
>>> DLW UNIT,1234567
>>>> *Example:* DLW 1311,1234567
>
>> **By NAM & DOB**
>>> QDW UNIT,LAST,FIRST,MIDDLE,DOB
>>>> *Example:* QDW 1311,DOE,JANE,M,12011991

OUT OF STATE
> **Driver License Status ONLY (NLETS)**
>> **By OLN**
>>> DLW UNIT,Number,State
>>>> *Example:* DLW 5421,GRONSTR996BA,WA
>> NOTE: If you run someone using an out of state OLN you must then re-run them out of Oregon by NAM/DOB for wants
>
>> **By NAM/DOB**
>>> QDW UNIT,LAST,FIRST,MIDDLE,DOB,STATE,SEX
>>>> *Example:* QDW 5421,DOE,JOHN,M,06041973,WA,M
>> NOTE: Running a subject by NAM/DOB out of state will not only provide you with the out of state DMV return, it will also provide you with an Oregon DMV, NCIC and LEDS return in one step

Exhibit 1- Declaration of Ivan Resendiz Gutierrez



When inquiring by OLN or NAM/DOB, you could potentially get five (5) returns; DMV, LEDS, NCIC, NLET/INTERPOL (all on one page) and NLETS (on a second page). They may not return in the same order every time.

The following is the DMV return you may see when inquiring on an OLN or NAME & DOB:

DMV RESPONSE: Oregon Driving Status via OLN

```
DLW.06282023
RECORD, LEDS TRAINING
3225 STATE ST
SALEM  OR  97309
LIC/NO:5035120    TYPE:NONE    END:
EXP:00-00-0000  ISS:00*00*0000   DOB:04-05-1945   1ST LIC:00-00-0000
SEX:    HEIGHT:0-00   WEIGHT:000   CDL:NO   VETERAN:NO   DEAF:NO
STOPS:00    RES:
  ****STATUS ON 06282023****
CDL:NONE
 DL:NO OREGON DRIVERS LICENSE
      * * * * * * E N D  O F  R E C O R D * * * * * * *
```

Broken down by line:

| | | |
|---|---|---|
| 1 | DLW.06282023 | Inquiry message key and date of response |
| 2 | RECORD, LEDS TRAINING | Name of licensee |
| 3 | 3225 STATE ST | Street address of licensee |
| 4 | SALEM  OR  97309 | City, state and zip code of licensee |
| 5 | LIC/NO:5035120<br>TYPE:NONE<br>END: | Driver license number<br>Classification of driving privileges<br>Endorsements (such as motorcycle) |
| 6 | EXP:00-00-0000<br>ISS:00*00*0000<br>DOB:04-05-1945<br>1ST LIC:00-00-0000 | License expiration date<br>Date license was last issued<br>Licensee's date of birth |
| 7 | SEX:<br>HEIGHT:0-00<br>WEIGHT:000<br>CDL:NO<br>VETERAN:NO<br>DEAF:NO | Gender of licensee<br>Height (in feet and inches)<br>Weight (in pounds)<br>Does the licensee have a CDL?<br>Is the licensee a veteran?<br>Is the licensee hearing impaired? |
| 8 | STOPS:00<br>RES: | Flags for internal use<br>Restrictions |
| 9 | ****STATUS ON 06282023**** | Date of inquiry |

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 165 of 177



| 10 | CDL:NONE | Indicates Commercial driver license status |
|---|---|---|
| 11 | DL:NO OREGON DRIVERS LICENSE | Indicates Driver license status |

Information below the status will be citation, suspension, revocation info, etc. The return when inquiring by NAM/DOB will be similar.

**Wanted Persons File**
Any person from 11 to 99 years of age, for whom a criminal arrest warrant has been issued, may be entered into the LEDS or NCIC wanted persons files.

| *Wanted Persons File* | *Entered into:* |
|---|---|
| Felony Warrant | LEDS & NCIC |
| Temporary Felony Warrants (Felony Warrant Pending) | LEDS & NCIC |
| State Felony Warrant (will not extradite out-of-state) | LEDS & NCIC |
| Misdemeanor Warrants | LEDS |
| Municipal Warrants | LEDS |
| Cite & Release Warrants | LEDS |

*CAUTION Indicator (-C)*
A Caution Indicator should be added to a wanted person entry when it is known that an individual is armed and dangerous, has suicidal tendencies, has previously escaped custody, is a drug addict or whatever is appropriate to the particular circumstances of the individual.

The following examples depict record responses from LEDS and NCIC. Complete records are returned only when the LEDS computer finds an exact match on numeric identifiers (SOC, LNU, OLN, FBI, LIC, VIN) or finds only one possible match by name and DOB.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 166 of 177



## LEDS RESPONSE: Wanted Person

```
*** CAUTION ***
FELONY WARRANT (BASED ON NAM, DOB)
EW-C OR0370000   NAM/EW, LEDS TEST                    DOB/ 1969/09/09
  SEX/M   RAC/W   POB/OR   HGT/600   WGT/190   EYE/BLU   HAI/RED   SKN/MED
  OCA/YY-TEST12      SMT/GLASSES    FPC/PMTT121009DITT161504
  MNU/PP-LEDSTEST33

  **WARRANT INFORMATION**
  OFF/0901   HOMICIDE - WILLFUL KILL-FAMILY-GUN    OFN/HOMICIDE WITH GUN
  DOW/2010/02/08    CRT/OR037013J - LESDTEST COUNTY CIRCUIT COURT
  WTP/FEL    WNO/LEDS-TEST-12    BAL/-00
  EXL/1 - FULL EXTRADITION

  MIS/PLEASE NOTE THIS IS A TEST RECORD ONLY - DO NOT TAKE ANY ACTION OR
      CANCEL THIS RECORD - RECORD ENTERED BY OSP LEDS TRNG UNIT FOR TRNG
      PURPOSES ONLY - NOTE 0FNDER IS ARMED AND DANGER0US - MENTALLY UNSTABLE
      - TEST RECORD ONLY
  NOA/NO
  DNA/YES    DLO/OREGON LEDS CRIME LAB 3225 STATE ST SALEM OR - THIS IS TEST
      INFO ONLY

  **SUPPLEMENTAL INFORMATION**
  AKA/DEVILDOGS, X                      / FATONE, X
  AKA/LEDS, TEST EW
  MON/CHESTY                            / FOUR EYES
  SMT/TAT FHD     / TAT R ARM
  CMC/15 - EXPLOSIVE EXPERTISE          /70* - SUICIDAL

  ENT: 2010/02/08 AT 0841 FROM LE41 BY/LEDSTEST COUNTY SHERIFFS OFFICE (LTS)
  UPD: 2010/07/22 AT 1109 FROM LE41
LNU/W064747663          RECORD IN NCIC/YES    NIC/W598189325
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI
```

| Field Code | Field | Field Code | Field |
|---|---|---|---|
| ORI/ | Originating Agency Identifier | NAM/ | Name |
| SEX/ | Gender | RAC/ | Race |
| POB/ | Place of birth | DOB/ | Date of birth |
| HGT/ | Height | WGT/ | Weight |
| EYE/ | Eye color | HAI/ | Hair color |
| SKN/ | Skin tone | SMT/ | Scars, Marks, Tattoos |
| FBI/ | FBI Identification Number | SID/ | State Identification Number |
| FPC/ | NCIC Fingerprint Classification | MNU/ | Misc. Identifying Numbers |
| SOC/ | Social Security Number | OLN/ | Operator License Number (DL/ID) |
| OFF/ | Uniform Offense Code, NCIC | OFN/ | Offense Name |
| WTP/ | Warrant Type | DOW/ | Date of Warrant |

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 167 of 177

WASHINGTON COUNTY CONSOLIDATED COMMUNICATIONS AGENCY
Call Taking Manual



| WNO/ | Warrant Number | BAL/ | Bail Amount |
|------|----------------|------|-------------|
| OCA/ | Originating Agency Case Number | MIS/ | Miscellaneous Filed |
| AKA/ | Alias (also known as) | ENT/ | Date & Time Information entered |
| BY/ | Entering Agency | LNU/ | LEDS File Number for this entry |

## Correction Client Hits

The Corrections File contains records of persons on parole, probation or on other types of supervision. The purpose of these records is to advise law enforcement officers that a person is under supervision. The system also notifies the supervising agency that an inquiry has was made on their parole/probation offender. These record types are not arrest warrants.

LEDS RESPONSE: Corrections Client

```
*** NOT A WARRANT ***
CORRECTIONS OFFENDER - FELONY PAROLE (BASED ON LNU)
EPR OR037013G    NAM/EPR, LEDS TEST                 DOB/1969/09/09
    SEX/M    RAC/W    POB/    HGT/500    WGT/300    EYE/BLU
HAI/GRY    SKN/MED
    OCA/2016-LEDS TEST    SMT/BLND R EYE
    SID/20052033
    MNU/MC-CHESTY0311

    **SENTENCE INFORMATION**
OFF/3901 - BOOKMAKING    OFN/BOOKMAKING
RTP/FPA    DOE/2016/04/06
    PON/CJIS,TRAINING UNIT       POD/(503) 934-0300    POE/(503)
378-5565
    EMAIL/TRAINING.CJIS@STATE.OR.US
    ADR/3225 STATE ST    ZIP/97301
    DATE ADRESS CHANGED/2016/04/06

MIS/PLEASE NOTE THIS IS A TEST RECORD ONLY - DO NOT TAKE ACTION OR CANCEL
THIS RECORD - RECORD ENTERED BY OSP CJIS TRAINING UNIT FOR TRAINING
PURPOSES ONLY
DNA/YES    DLO/OREGON LEDS CRIME LAB 3225 STATE ST SALEM OR - TEST RECORD
INFO ONLY

  **SUPPLEMENTAL INFORMATION**
AKA/EPR, LEDS TESTOR                    /  LEDS, TRNG UNIT

ENT: 2016/04/06 AT 0911 FROM LE24 BY/LEDSTEST COUNTY COMMUNITY CORRECTIONS
(LTN)
UPD: 2022/01/10 AT 0845 FROM LE61
LNU/W065648808       RECORD IN NCIC/NO

 -- IF ENFORCEMENT ACTION IS TAKEN AGAINST THIS PERSON SEND A MESSAGE TO
'LTN'
```

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 168 of 177



NOTE: "EPR" is the record type. There is a list of the different record types in the LEDS Manual. For field information see previous chart.

**Registered Sex Offender Records**
The purpose of these records is to advise law enforcement officers that a person is a Registered Sex Offender. The system also notifies the supervising agency that an inquiry was made on their offender. The record types are not arrest warrants.

LEDS RESPONSE: OSP Registered Predatory Sex Offender (Supervised)

```
***NOT A WARRANT***
CORRECTIONS OFFENDER-FELONY PAROLE
REGISTERED PREDATORY SEX OFFENDER (BASED ON SID)
EPRP  OR0370013G  NAM/ERPR,LEDS TEST                    .M.W.   .09-19-1909
  HGT/505  WGT/150  EYE/BRO  HAI/BRO  SKN/MED
  OCA/YY-TEST12  SMT/HUMPBACKED
SID/19999810
OFF/2022  OFN/BURG 1  RPT/FPA  DOE/12-31-2000


**SEX OFFENDER REGISTRATION INFO
CHG/1102 RAPE WITH-  DES/SCHOOL GROUNDS
ADR/955 CENTER ST NE        CIS/SALEM, OR      ZIP/97310
SENTENCE EXPIRED DATE/01-01-2075   DATE ADDRESS CHANGED/05-15-2021


MIS/PERMANENT LEDS EPRP TEST RECORD – DO NOT TAKE ANY ACTION – DO NOT CANCEL
ENT: 01-01-2000 AT 0833 FROM LE41   BY/LEDSTEST CO COMMUNITY CORR (LTN)


UPD: 09-23-2012 AT 1550 FROM LE41
LNU/W032729337


-- IF ENFORCEMENT ACTION IS TAKEN AGAINST THIS PERSON SEND A MESSAGE TO "LTN"


-- CAN'T RELEASE INFORMATION ON SUPERVISED PREDATORY SEX OFFENDERS
```

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 169 of 177

WASHINGTON COUNTY CONSOLIDATED COMMUNICATIONS AGENCY
Call Taking Manual



## LEDS RESPONSE: OSP Registered Predatory Sex Offender (Unsupervised)

```
***NOT A WARRANT***
OREGON STATE POLICE SEX OFFENDER (BASED ON NAM/DOB)
ESX OROS0004   NAME/EXS, LEDS TEST                .M.W.   .09-09-1909
   HGT/506   WGT/150   EYE/BRO   HAI/BRO   SKN/MED
   OCA/YY-TEST12   SMT/GLASSES
   SID/1999871
**SEX OFFENDER REGISTRATION INFO
   CHG/3699 SEX OFFENSE -DES/SODOMY 1
   ADR/111 MAIN ST      CIS/LOOKABOUT, OR        ZIP/97000
   DATE OF LAST CONTACT/12-24-2022   SIGNED FORM/N
   MIS/LEDS PERMANENT TEST RECORD - DO NOT CANCEL
   ENT: 01-14-2000 AT 1143 FROM LE31   BY/SP SEX OFFENDER UNIT (SXO)
   UPD: 01-23-2023 AT 1355 FROM LE55
LNU/W032729332


ORS 181.595 AND 181.599 REQUIRES REGISTERED SEX OFFENDERS WHO ARE
DISHCARGED FROM SUPERVISION TO REPORT ADDRESS INFORMATION TO OREGON LAW
ENFORECMENT ANNUALLY OR WITHIN 10 DAYS OF ADDRESS CHANGE


THE "MIS" FIELD INDICATES THE OFFENDERS STATUS
TO VERIFY STATUS CALL THE SEX OFFENDERS REGISTRATION UNIT AT OREGON STATE
POLICE 503-378-3720


*******************************************


IF SUBJECT IS CONTACTED, PLEASE NOTIFY SEX OFFENDER REGISTRATION UNIT BY
SENDING TTY TO (SXO) INDICATING THE REASON FOR CONTACAT, OFFENDERS CURRENT
ADDRESS AND THE LENGTH OF THE TIME AT THAT ADDRESS


*******************************************
```

| Record Type | Description | Record Type | Description |
|---|---|---|---|
| EPR | Supervised Offender | ESX | Registered w/ State Police |
| EPRP | Supervised *Predatory* Offender | ESXP | Registered w/ State Police and *Predatory* |
| Field Code | Field | Field Code | Field |
| CHG | Charge | DES | Sex Offense Description |
| ADR | Offenders Street Address | CIS | Offenders City & State |
| ZIP | Offenders Zip Code | | |
| SENTENCE EXPIRE | The last day of the sentence for the sex offense | DATE ADDRESS CHANGED | The date of the latest address modification. This field will only appear if the address changed from the address placed in the original entry |



| DATE OF LAST CONTACT | The last contact Law Enforcement had with the offender | MIS | Indicates the offenders current status |
|---|---|---|---|

**Armed Career Criminal Records**

United States code prohibits persons convicted of a crime punishable by imprisonment for a term exceeding one (1) year from possessing or transporting any firearm manufactured in whole, or part in, from another state or country. Persons who violate this provision AND have three (3) previous convictions, by any court for a violent felony

```
POTENTIAL ARMED CAREER CRIMINAL / NOT A WARRANT (BASED ON NAM/DOB)
EIP   ORAATF0200   NAME/ACR, LEDS TEST
.M.W.OR.090909
   HGT/500   WGT/090   EYE/BLU   HAI/RED
   OCA/YY-TEST12
   DOR/102602         /RPT/ACR
   MIS/LEDS TEST RECORDS - DO NOT CANCEL
   ENTERED ON 020903 AT 0330 FROM TM     BY/ATF PORTLAND (ATF)
LNU/W002272788

--- IF FOUND IN POSSESION OF A FIREARM OR AMMUNITION, PLEASE CONTACT THE
ATF
--- ARMED CAREER CRIMINAL TASK FORCE (503) 326-5115
```

and/or a serious drug offense may become eligible for enhanced sentencing guidelines. Other Officer Safety Records include:

Drug Manufacturers, Motorcycle Gang Affiliate, Psychiatric Security Review Board Orders, ATF Violent Felons

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 171 of 177



## Protective Order Records

The LEDS automated file of Restraining and Talking Protective Orders provide a statewide index to call individuals who are restrained from contacting specified persons and/or appearing in specified locations. Information contained in each record includes the name and identifying information of such persons and which counter sheriff's office hold the original order.

```
QW.OR034100.NAM/EPO, LEDS TEST.DOB/10051962

***NOT A WARRANT***
RESTRAINING PROTECTIVE ORDER        (BASED ON NAME/DOB)
EPO   OR0370000   NAM/EPO, LEDS TEST                    .M.W.OR.10051962
   HGT/503   WGT/120   EYE/BLU   HAI/GRY   SKN/MED
   OCA/YY-TEST12   SMT/TAT R ARM   FPC/PMTT121009DITT161504
   SOC/500121232
   OLN/1191212.OR.96
   LIC/TESTLRP6.OR.99.PC   VIN/JT2AE04E1P0999999.96.TOYT.CAM.4DR.RED
   RPT/RPO   RESTRAINING ORDER/RO123456   PCO/01   BAL/1000-00
   ISD/07-19-1996   XPED/NONEXP   CRT/OR024025J   BRADY/Y
   MIS/100 FEET OF 123 CEDAR DRIVE EXCEPT WHEN PICKING UP CHILDREN FOR
VISITATION
   PPN/SMITH, MARY A                         .F.W.09161949
   ENTERED ON 01-01-1999 AT 1507 FROM XA BY/SO LEDSTEST (LTS)
LNU/RO22233455
```

Additional field codes not previously listed:

| Field Code | Field | Field Code | Field |
|---|---|---|---|
| RPT/ | Type of protection order | PNO/ | Protection Order Number |
| ISD/ | Issue date of the order | EXP/ | Expiration date of the order |
| PPN/ | Protected person's name | | |

## VEHICLE FILES

## Registration information

The Oregon motor vehicle registration file is maintained by the Driver and Motor Services Section of the Oregon Department of Transportation. These records may be reviewed for criminal justice purposes as defined in the Oregon Administrative rules. They may not be run or reviewed for the purposes of tax or parking tag fine collection.

Below are the commands to run a vehicle via the CAD Powerline. They may also be done using the Records Check Window (F4 or RCW) or the Supplemental Vehicles icon in the ECT.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 172 of 177



<u>OREGON</u>
### Wants (LEDS) & Registration (DMV)
#### By License Plate
QRS UNIT,PLATE
*Example:* DLW 1311,FAT500

#### By VIN
QRSV UNIT,VIN
*Example:* QRSV 1311,JN6ND01S7EX284832
*- Or –*
VIN UNIT, VIN
*Example:* VIN 1311,JN6ND01S7EX284832

<u>OUT OF STATE</u>
### Wants (LEDS) and Registration (DMV)
#### By License Plate
QRS UNIT,Plate,State
*Example:* QRS 6311,FAT500,WA
#### By VIN
QRSV UNIT,VIN,State
*Example:* QRSV 6311, JN6ND01S7EX284832,WA
*- or –*
VIN UNIT,VIN,State
*Example:* VIN 6311, JN6ND01S7EX284832,WA

The following example shows the Oregon DMV response to a vehicle registration inquiry by license plate number or vehicle identification number (VIN):

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 173 of 177



```
QRS.06272023
L,GAG500
MA:TOYT /PRV  S:VA  Y:1993  L:     SP:0   06-27-2023
ID:JT3AC11R0P1999999   TI:DUMMYRECD
CD:C  EXP:07-13-2012  P/DT:12-04-2017  FL:
04:TEST, PERSON TST   02-03-1943   3975620
08:LEDS - TRAINING UNIT   00-00-0000 X 122706
R:VEHICLE DOES NOT EXIST TEST ON SALM

R:3225 STATE ST
  SALEM  OR  97309  24  MARION COUNTY

DEAF OR HARD OF HEARING:   N

INSURANCE INFORMATION

COMPLANY:  NO INSURANCE INFORMATION ON FILE
POLICY NO:    (POLICY)  TYPE:
EFFETIVE: 00-00-0000  TERMINATION:  00-00-0000

DISPLAY COMPLETE   R=Y  C=N  S=N
```

Broken down by line:

| 1 | `QRS.06272023` | Inquiry message key and date of response |
|---|---|---|
| 2 | `L,GAG500` | License plate number or DMV file number |
| 3 | `MA:TOYT`<br>`/PRV`<br>`S:VA`<br>`Y:1993`<br>`L:`<br>`SP:0`<br>`06-27-2023` | Make<br>Model<br>Body style<br>Vehicle year<br>Length of vehicle<br>Special docs processing if # not 0<br>Date of inquiry |
| 4 | `ID:JT3AC11R0P1999999`<br>`TI:DUMMYRECD` | Vehicle Identification Number (VIN)<br>Title number |
| 5 | `CD:C`<br>`EXP:07-13-2012`<br>`P/DT:12-04-2017`<br>`FL:` | Ownership indicator<br>Registration expiration<br>Last processing date<br>Flags |
| 6 | `04:TEST, PERSON TST`<br>`02-03-1943`<br>`3975620` | Registered Owners Name<br>Registered Owners DOB<br>Registered Owners OLN |
| 7 | `08:LEDS - TRAINING UNIT`<br>`00-00-0000` | Addt. RO info |

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 174 of 177



| | | |
|---|---|---|
| | X 122706 | |
| 8 | R:VEHICLE DOES NOT EXIST TEST ON SALM | RO address |
| 9 | R:3225 STATE ST | Addt RO address or lien holder info |
| 10 | SALEM  OR  97309  24  MARION COUNTY | City, state, zip, county |
| 11 | DEAF OR HARD OF HEARING:    N | Hearing impaired? |
| 12 | INSURANCE  INFORMATION | |
| 13 | COMPLANY:   NO INSURANCE INFORMATION ON FILE | Insurance company name |
| 14 | POLICY NO:<br>(POLICY)  TYPE: | Insurance policy number<br>Type |
| 15 | EFFECTIVE:  00-00-0000<br>TERMINATION:  00-00-0000 | Date insurance was effective<br>Date insurance was cancelled |

The following are examples of Oregon DMV messages when there is no information to provide or the information is otherwise restricted (e.g. undercover police or government vehicle, belongs to a person who is being protected; belongs to a celebrity):

```
REG.FAT500
UNABLE TO LOCATE        FAT500
```

```
REG.FAT500
RECORD NOT ON FILE            FAT500
```

The purpose of the LEDS and NCIC Vehicle File is to aid criminal justice agencies in apprehension of people involved in the theft of vehicles and in the recovery of stolen and missing vehicles.

LEDS ACKNOWLEDGEMENT: WHEN NO RECORD IS FOUND MEANING "CLEAR"

```
L23000100000.REUR    0001    LEDS
OR03423N
NOR RECORD FOUND LIC/FAT500
```

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 175 of 177



## LEDS RESPONSE: STOLEN VEHICLE

```
REUR    0068    LEDS
QV.OR0370100/LIC/FAT500

STOLEN VEHICLE          (BASED ON LIC)
EV          OR0370100    LIC/    FAT500.OR.YY.PC
  VIN/1GADKJ34393R3J.83.CHEV.CAM.2D.WHI    DOT/00-00-0000
  OCA/YY-1234    MIS/WIDE TIRES
  ENTERED ON MMDDYY AT 1523 FROM ZT    BY/PD TEST CITY
LNU/V080454040
```

## NCIC RESPONSE: STOLEN VEHICLE

```
REUR  0068    NCIC
OR0370100

MKE/STOLEN VEHICLE
ORI/OR0370100    LIC/    FAT500    LIS/OR    LIY/YY    LIT/PC
VIN/1GADKJ34393R3J  VYR/83  VMA/CHEV    VMO/CAM    VST/2DR
VCO/WHI
DOT/YYYYMMDD    OCA/  YY-1234
MIS/WIDE TIRES
NIC/V473941071
ORI IS TEST CITY PD OR
IMMED COFIRM WITH ORI
```

| Field Code | Field | Field Code | Field |
|---|---|---|---|
| ORI/ | Originating Agency Identifier | LIC/ | License Plate Number |
| LIS/ | License State | LIY/ | License Plate Year of Expiration |
| LIT/ | License Type | VIN/ | Vehicle Identification Number |
| VYR/ | Year of Vehicle | VMA/ | Vehicle Make |
| VMO/ | Vehicle Model | VST/ | Vehicle Style |
| VCO/ | Vehicle Color | OCA/ | Originating Agency Case Number |
| MIS/ | Miscellaneous | | |

## DMV Flags (INFO FLAG)

A "flag" is an indicator that is placed on a vehicle record to indicate that some action has been, or needs to be, taken. Some flags are for information only, while other flags will not allow certain transactions to be processed. A complete list of DMV flags can be found in the INFO file listed above or in the DMV manual.

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 176 of 177



# REFERENCE CHARTS

## STATE ABBREVIATIONS

| Alaska | **AK** | Kentucky | **KY** | Ohio | **OH** |
|---|---|---|---|---|---|
| Alabama | **AL** | Louisiana | **LA** | Oklahoma | **OK** |
| Arkansas | **AR** | Massachusetts | **MA** | Oregon | **OR** |
| Arizona | **AZ** | Maryland | **MD** | Pennsylvania | **PA** |
| California | **CA** | Maine | **ME** | Rhode Island | **RI** |
| Colorado | **CO** | Michigan | **MI** | South Carolina | **SC** |
| Connecticut | **CT** | Minnesota | **MN** | South Dakota | **SD** |
| District of Columbia | **DC** | Missouri | **MO** | Tennessee | **TN** |
| Delaware | **DE** | Mississippi | **MS** | Texas | **TX** |
| Florida | **FL** | Montana | **MT** | Utah | **UT** |
| Georgia | **GA** | North Carolina | **NC** | Virginia | **VA** |
| Hawaii | **HI** | Nebraska | **NB** | Vermont | **VT** |
| Iowa | **IA** | New Hampshire | **NH** | Washington | **WA** |
| Idaho | **ID** | New Jersey | **NJ** | Wisconsin | **WI** |
| Illinois | **IL** | New Mexico | **NM** | West Virginia | **WV** |
| Indiana | **IN** | Nevada | **NV** | Wyoming | **WY** |
| Kansas | **KS** | New York | **NY** | | |

## REGIONAL CODES

| Eastern | **A1** | Northeastern | **B1** |
|---|---|---|---|
| Southeastern | **C1** | Southern | **D1** |
| Mid-eastern | **E1** | Mid-western | **F1** |
| Southwestern | **G1** | Western | **H1** |

## PROVINCIAL CODES*

| Alberta | **AB** | Ontario | **ON** |
|---|---|---|---|
| British Columbia | **BC** | Prince Edward Island | **PE** |
| Manitoba | **MB** | Quebec | **PQ** |
| New Brunswick | **NK** | Saskatchewan | **SN** |
| Newfoundland | **NF** | Northwest Territories | **NT** |
| Nova Scotia | **NS** | Yukon Territories | **YT** |
| Nunavut | **NU** | | |

*Canadian inquiries must be done through the F4/Records Check Window

Exhibit 1- Declaration of Ivan Resendiz Gutierrez
Page 177 of 177