**Karen O'Kasey,** OSB No. 870696
E-mail: kok@hartwagner.com
**Ruth A. Casby**, OSB No. 944225
E-mail: rac@hartwgner.com
**Zachariah H. Allen**, OSB No. 122729
E-mail: zah@hartwagner.com
**HART WAGNER LLP**
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

<u>Of Attorneys for Defendant Washington County</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, on behalf of its clients and constituents, and JOSHUA WESLEY,<br><br>           Plaintiffs,<br><br>  v.<br><br>WASHINGTON COUNTY, a political subdivision of the State of Oregon; and the WASHINGTON COUNTY CONSOLIDATED COMMUNICATIONS AGENCY, an intergovernmental entity in the State of Oregon,<br><br>           Defendants. | No. 3:24-cv-00235-SB<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Defendants Washington County and Washington County Consolidated Communications Agency jointly file this unopposed motion for an extension of time to file reply briefs.

///

**Page 1 – UNOPPOSED MOTION FOR EXTENSION OF TIME**

**HART WAGNER LLP**
**1000 S.W. Broadway,**
**Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile: (503) 222-2301**

## L.R. 7.1. CERTIFICATION

Pursuant to Local Rule 7-1, the undersigned certify that they conferred with plaintiffs' counsel and plaintiffs do not oppose this motion.

## MOTION FOR EXTENSION OF TIME

Defendants request a 14-day extension of the deadline to file their replies in support of their respective Rule 12 motions.

The current deadline for defendants' reply is May 31, 2024. Defendants request that the deadline be extended to June 14, 2024.

This request is not made for purposes of delay.

Respectfully submitted this 20th day of May, 2024.

HART WAGNER LLP

By:   /s/ *Karen O'Kasey*
Karen O'Kasey, OSB No. 870696
Ruth A. Casby, OSB No. 944225
Zachariah H. Allen, OSB No. 122729
Of Attorneys for Defendant Washington County

MILLER NASH LLP

By:   /s/ *Iván Resendiz Gutierrez*
Ivan Resendiz Gutierrez, OSB No. 154617
Heather Van Meter, OSB No. 983625
Of Attorneys for Defendant Washington County Consolidated Communications Agency

**Page 2 – UNOPPOSED MOTION FOR EXTENSION OF TIME**

**HART WAGNER LLP**
**1000 S.W. Broadway,**
**Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile: (503) 222-2301**

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of May, 2024, I served the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the following parties at the following addresses:

Dave Boyer
Meghan E. Apshaga
Disability Rights Oregon
511 SW 10th Ave., Suite 200
Portland, OR 97205-2748

Kelly Simon
American Civil Liberties Union
Foundation of Oregon, Inc.
PO Box 40585
Portland, OR 97240-585

Daniel L. Brown
Laura L. Chapman
Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112-0015
   *Attorneys for Plaintiff*

Heather Van Meter
Ivan Resendiz
Miller Nash LLP
500 E Broadway Ste 400
Vancouver WA  98660
   *Attorneys for Co-Defendant*

by electronic means through the Court's Case Management/Electronic Case File system.

                  */s/ Karen O'Kasey*
                  Karen O'Kasey

Page 1 – CERTIFICATE OF SERVICE

**HART WAGNER LLP**
**1000 S.W. Broadway,**
**Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile: (503) 222-2301**