Julian Clark
Jenn Rolnick Borchetta
American Civil Liberties Union
Foundation, Inc.
125 Broad Street, 17th Floor
New York, NY 10004-2400
jclark@aclu.org
jborchetta@aclu.org
(929) 969-4365

David Boyer, OSB # 235450
Meghan E. Apshaga, OSB #232137
Disability Rights Oregon
511 SW 10th Ave., Suite 200
Portland, OR 97205-2748
dboyer@droregon.org
mapshaga@droregon.org
(503) 243-2081 ext. 301

Brian Dimmick
Westley Resendes
American Civil Liberties Union
Foundation, Inc.
915 15th Street NW
Washington, DC 20005-2302
bdimmick@aclu.org
wresendes@aclu.org
(202) 638-2210

Wilson Baker
American Civil Liberties Union
Foundation, Inc.
425 California Street
San Francisco, CA 94104-2102
wbaker@aclu.org
(415) 570-8011

Kelly Simon, OSB #154213
American Civil Liberties Union
Foundation of Oregon, Inc.
PO Box 40585
Portland, OR 97240-0585
ksimon@aclu-or.org
(503) 227-3186

Daniel L. Brown
Laura L. Chapman
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112-0015
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
dbrown@sheppardmullin.com
lchapman@sheppardmullin.com
NY Telephone: (212) 634-3095
SF Telephone: (415) 434-9100

Attorneys for Plaintiffs

UNITED STATES DISTRICT

COURT DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, on behalf of its clients and constituents, and JOSHUA WESLEY,<br><br>                   Plaintiffs,<br><br>   v.<br><br>WASHINGTON COUNTY, a political subdivision of the State of Oregon; and the WASHINGTON COUNTY CONSOLIDATED COMMUNICATIONS AGENCY, an intergovernmental entity in the State of Oregon,<br><br>                   Defendants. | Case No. 3:24-cv-00235-SB<br><br>PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY |

## **PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to the Court's request made during oral argument on August 29, 2024, Plaintiffs respectfully submit as supplemental authority the Minute Order issued today, September 10, 2024, by The Honorable Ana C. Reyes in the matter of *Bread for the City v. District of Columbia*, No. 1:23-cv-01945-ACR (D.D.C.). The full text of the Minute Order as it appears on the Case Management/ Electronic Case Files system is as follows:

> Minute Order. Proceedings held before Judge Ana C. Reyes: denying [42] Motion to Dismiss; Status Conference held on 9/10/2024; Scheduling Conference set for 10/30/2024 at 2:00 PM in Courtroom 12- In Person before Judge Ana C. Reyes. Court Reporter Christine Asif. (zjch, ) (Entered: 09/10/2024)

Dated: September 10, 2024    Respectfully submitted,

/s/ Julian Clark
Julian Clark
American Civil Liberties Union Foundation, Inc.
125 Broad Street, 17th Floor
New York, NY 10004-2400
jclark@aclu.org
(929) 969-4365

*Attorney for Plaintiffs*

2 – Plaintiffs' Notice of Supplemental Authority

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 10th day of September, 2024, I served the foregoing Plaintiffs' Notice of Supplemental Authority on the parties below by electronic means through the Court's Case Management/Electronic Case Files system.

Heather Van Meter
Liani Reeves
Ivan Resendiz
Miller Nash LLP
500 E Broadway Ste 400
Vancouver WA 98660
    *Attorneys for Co-Defendant WCCCA*

Karen O'Kasey
Ruth A. Casby
Zachariah H. Allen
Hart Wagner LLP
1000 SW Broadway, 20th Floor
Portland, OR 97205
    *Attorneys for Co-Defendant Washington*
    *County*

                                                        /s/ Julian Clark
                                                        Julian Clark