**JOHN DILORENZO, JR**. OSB #802040
johndilorenzo@dwt.com
**CHRISTOPHER E. BYER**, OSB #245786
chrisbyer@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

*Attorneys for subpoenaed non-party*
*American Medical Response Northwest, Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **DISABILITY RIGHTS OREGON**, on behalf of its clients and constituents,<br><br>       Plaintiff,<br><br>       v.<br><br>**WASHINGTON COUNTY**, a political subdivision of the State of Oregon; and the **WASHINGTON COUNTY CONSOLIDATED COMMUNICATIONS AGENCY**, an intergovernmental entity in the State of Oregon,<br><br>       Defendants. | Case No. 3:24-cv-00235-SB<br><br>**NON-PARTY AMERICAN MEDICAL RESPONSE NORTHWEST, INC.'S NOTICE TO WITHDRAW PENDING MOTION TO QUASH SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that non-party American Medical Response Northwest, Inc. ("AMR") hereby withdraws its pending Motion to Quash Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (ECF No. 83) (the "Motion to Quash"). Counsel for AMR has conferred with counsel for Plaintiff Disability Rights Oregon, who consents to AMR withdrawing its Motion to Quash.

Page 1 – AMR'S NOTICE TO WITHDRAW MOTION TO QUASH

DATED this 22nd day of May, 2026.

**DAVIS WRIGHT TREMAINE LLP**

By  *s/ Christopher E. Byer*
    John DiLorenzo, Jr. OSB #802040
    johndilorenzo@dwt.com
    Christopher E. Byer, OSB #245786
    chrisbyer@dwt.com
    Telephone:  503.241.2300
    Facsimile:  503.778.5299

*Attorneys for subpoenaed non-party*
*American Medical Response Northwest, Inc.*

Page 2 – AMR'S NOTICE TO WITHDRAW MOTION TO QUASH